IN THE USDC-SDNY

| | |
|---|---|
| **Miss Universe LP** | Hearing Date: |
| Plaintiff/Petitioner | CASE NO:<br>**12cv9174** |
| vs. | AFFIDAVIT OF SERVICE OF:<br>Civil Cover Sheet, Rule 7.1 Statement, Notice of Petition with attached Proposed Order, Petition to Confirm Arbitration Award, Memorandum of Law in Support of Petition to Confirm Arbitration, Individual Rules of J. Paul Oetken and SDNY Electronic Case Filing Rules and Instructions |
| **Sheena Monnin** | |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **20th day of December, 2012**, at **2:30 PM**, at the address of **9244 MARSHALL Road, CRANBERRY TOWNSHIP**, Butler County, **PA 16066**; this affiant served the above described documents upon **Sheena Marie Monnin** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Sheena Marie Monnin, NAMED DEFENDANT, A white female approx. 21-25 years of age 5'8"-5'10" in height weighing 120-140 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 20 day of December, 2012.

_____
**J OShea**

SUBSCRIBED AND SWORN to before me this 20 day of December, 2012

_____
NOTARY PUBLIC in and for the State of **Pennsylvania**
Residing at: _____
My Commission Expires: _____

FOR: **Cooley LLP -New York**
REF: **318389-201**

ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: **9781871** BRO FIL

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Sharon R Chir, Notary Public
Marshall Twp, Butler County
My commission expires March 21, 2016