UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
MISS UNIVERSE L.P., LLLP,

                Petitioner,

    -against-

SHEENA MONNIN,

                Respondent.

------------------------------------------------- X

12 Civ. 9174 (JPO)

**NOTICE OF REQUEST TO ENTER DEFAULT JUDGMENT**

      PLEASE TAKE NOTICE that, upon the accompanying: (a) Affirmation of Scott S. Balber for Judgment by Default, (b) Proposed Order Confirming Arbitration Award, and (c) Exhibit A thereto, Petitioner Miss Universe, L.P., LLLP hereby requests, pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, that the Clerk of this Court enter a Certificate of Default against Respondent Sheena Monnin in this matter.

Dated: January 8, 2013
New York, New York

                                      COOLEY LLP

                                      By: _____
                                          Scott S. Balber (SB 5807)
                                          Timothy L. Foster (TF 8896)

                                      1114 Avenue of the Americas
                                      New York, New York 10036
                                      Tel: (212) 479-6000
                                      sbalber@cooley.com

                                      Attorneys for Petitioner
                                      MISS UNIVERSE L.P., LLLP

TO:   Richard F. Klineburger III, Esq.
      Klineburger & Nussey
      1313 Race Street
      Philadelphia, PA 19107
      Tel: (215) 568-5155

      Attorney for Respondent

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

    HECTOR GONZALEZ being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the County of Kings and State of New York, and that on the 8th day of January, 2013, deponent served the within **Notice of Request to Enter Default Judgment, Affirmation of Scott S. Balber for a Judgment by Default with the Proposed Order and Judgment Confirming Arbitration Award** upon:

**Sheena Monnin**
**9244 Marshall Road**
**Butler County**
**Cranberry Township, PA 16066**
*Respondent*

And

**Richard F. Klineburger III, Esq.**
**Klineburger & Nussey**
**1313 Race Street**
**Philadelphia, PA 19107**

    by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope, which I deposited in an official depository under exclusive care and custody of the United States Postal Service within the State of New York.

_____
/ Hector Gonzalez

Sworn to before me this
8TH day of January, 2013

_____
Notary Public

SOFIA VULLIS
Notary Public - State of New York
NO. 01VU6225234
Qualified in Queens County
My Commission Expires 7/19/14