UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X

MISS UNIVERSE L.P., LLLP,

                Petitioner,         12 Civ. 9174 (JPO)

      -against-

SHEENA MONNIN,             **AFFIRMATION FOR**
                                           **JUDGMENT BY DEFAULT**

                Respondent.

----------------------------------------- X

      SCOTT S. BALBER, an attorney duly admitted to practice law in the courts of the State of New York and before the above-named Court, respectfully affirms the following under penalty of perjury:

      1. I am a member of the Bar of this Court and am associated with the firm of Cooley LLP, attorneys for Petitioner Miss Universe L.P., LLLP in the above-entitled action. I am familiar with all of the facts and circumstances in this action.

      2. I make this affirmation pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of Petitioner's application for the entry of a default judgment against Respondent Sheena Monnin.

      3. Respondent Sheena Monnin is not a minor, is not mentally incompetent, and is not a member of the military service of the United States of America.

      4. This is an action seeking judicial confirmation of an arbitration award of $5,000,000 owed by Respondent to Petitioner for defamation.

      5. Jurisdiction of the subject matter of this action is based on diversity jurisdiction under 28 U.S.C. § 1332.

6. This action was commenced on December 17, 2012 by the filing of the Petition to Confirm and related documents. A copy of the Petition to Confirm and related documents was served on the Respondent on December 20, 2012 by personal service on Sheena Marie Monnin, by personal delivery and leaving of a true and correct copy of the filed documents with Sheena Marie Monnin, and proof of service by the Special Process Server was filed on January 2, 2013. The Respondent has not answered or otherwise opposed the Petition to Confirm and the time for the Respondent to respond to the Petition to Confirm has expired.

7. This action seeks confirmation of the arbitration award for the liquidated amount of $5,000,000, which is justly due and owing, and no part of which has been paid.

8. The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

WHEREFORE, Petitioner requests the entry of Default and the entry of the annexed Judgment against Respondent.

Dated: January 7, 2013
New York, New York

*[signature]*

Scott S. Balber (SB 5807)

Cooley LLP
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 479-6000
sbalber@cooley.com
*Attorneys for Miss Universe L.P., LLLP*