```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X

MISS UNIVERSE L.P., LLLP,

                    Petitioner,

      -against-

SHEENA MONNIN,

                    Respondent.

---------------------------------------- X

12 Civ. 9174 (JPO)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 17, 2012 with the filing of a Petition to Confirm Arbitration Award, a copy of the Petition to Confirm and related documents was served on the Respondent on December 20, 2012 by personal service on Sheena Marie Monnin, by personal delivery and leaving of a true and correct copy of the filed documents with Sheena Marie Monnin, and proof of service by the Special Process Server was filed on January 2, 2013.

I further certify that the docket entries indicate that the Respondent has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Respondent is hereby noted.

Dated: January 9, 2013
New York, New York

                                **RUBY J. KRAJICK**
                                Clerk of Court

                      By: _____
                           Deputy Clerk