

Scott S. Balber
T: +1 212 479 6550
sbalber@cooley.com



BY HAND DELIVERY

January 9, 2013

The Honorable J. Paul Oetken
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: *Miss Universe L.P., LLLP v. Monnin*, 12 Civ. 9174 (JPO)--Response to Respondent's
Request for Extension of Time

Dear Judge Oetken:

We represent the Miss Universe Organization (the "MUO") in connection with the above-
referenced matter.  We write in response to Respondent Sheena Monnin's request for a
retroactive four week extension to respond to MUO's petition to confirm an arbitration award
rendered in its favor.

On December 10, 2012, the Honorable Theodore H. Katz, sitting as the sole arbitrator in a
JAMS arbitration, issued an arbitration award against Ms. Monnin and in favor of the MUO.  Ms.
Monnin's counsel, who was her counsel of record in the arbitration, received a copy of the
award from JAMS.  On December 17, 2012, the MUO filed its petition to confirm the arbitration
award in this Court.  Ms. Monnin was served personally on December 20, 2012 and her counsel
was served by Federal Express at the same time.  Pursuant to Local Civil Rule 6.1(b), Ms.
Monnin's response to the petition was due on January 3, 2013.  Ms.  Monnin did not respond to
the petition and did not seek an extension from this Court until January 8, 2013, after the MUO
had already sought a Certificate of Default from the Clerk's office.  The Clerk issued a
Certificate of Default against Ms. Monnin on January 9, 2013.

A petition to confirm an arbitration award can be denied only if the Court finds that the arbitrator
engaged in corruption, fraud, evident partiality, specified misconduct, or manifest disregard of
the law, or that the arbitrator exceeded his power.  *Jock v. Sterling Jewelers, Inc.*, 646 F.3d 113,
121-22 (2d Cir. 2011).  Ms.  Monnin does not (and cannot) claim that any of these factors were



The Honorable J. Paul Oetken
January 9, 2013
Page Two

present.  Nor does she provide any excuse for her failure to seek an extension before her deadline passed.  Accordingly, MUO respectfully requests that Ms. Monnin's request for an extension be denied and that judgment be entered forthwith.

Respectfully submitted,

Scott S. Balber

cc:  Sheena Monnin