January 8, 2013

Honorable J. Paul Oetken
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



Re: 12 CV 09174 Miss Universe LP vs Sheena Monnin
    Judgment Extension Request

Dear Judge Oetken,

I would like to contest the above referenced arbitration judgment.

I am requesting an extension in this case so that I may prepare to present my side of the situation to the court. I ask that you grant me at least a four week extension in this regard as I am seeking several documents from the arbitrator relating to this judgment.

Thank you for your consideration.

Respectfully,

Sheena Monnin

sheena.monnin@yahoo.com

P O Box 2473
Cranberry Township, PA 16066

412.877.5304


cc: Scott Balber; Cooley LLP via email