UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MISS UNIVERSE L.P., LLLP,                  :

                Petitioner,    :   Civil Action No. 1:12-cv-09174 (JPO)

    v.                                       :

                               **APPEARANCE OF COUNSEL**
SHEENA MONNIN,                             :

                Respondent.    :
------------------------------------x

To the Clerk of Court and all Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondent, SHEENA MONNIN

Dated: January 25, 2013

                                        Damian L. Albergo, Esq. (DLA 8712)
                                        COLE, SCHOTZ, MEISEL,
                                        FORMAN & LEONARD, P.A.
                                        900 Third Avenue – 16th Floor
                                        New York, New York 10022
                                        Telephone: (212) 752-8000
                                        Facsimile: (212) 752-8393
                                        Email: dalbergo@coleschotz.com
                                        **Attorney for Respondent**