UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
MISS UNIVERSE L.P., LLLP,                :

              Petitioner,        :   Civil Action No. 1:12-cv-09174 (JPO)

  v.                                     :
                                               **APPEARANCE OF COUNSEL**
SHEENA MONNIN,                           :

              Respondent.       :

------------------------------------ x

**To the Clerk of Court and all Parties of Record:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondent, SHEENA MONNIN

Dated: January 25, 2013

                                   _____
                                   Michael R. Yellin, Esq. (MRY 1588)
                                   COLE, SCHOTZ, MEISEL,
                                   FORMAN & LEONARD, P.A.
                                   900 Third Avenue – 16th Floor
                                   New York, New York 10022
                                   Telephone: (212) 752-8000
                                   Facsimile: (212) 752-8393
                                   Email: myellin@coleschotz.com
                                   **Attorney for Respondent**