**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MISS UNIVERSE L.P., LLLP,

                                      Plaintiff,

                -against-                                    1:12 CV 09174_____ ( JPO  )

**SHEENA MONNIN**                                    **MOTION FOR ADMISSION**
                                                        **PRO HAC VICE**

                                      Defendant.

---

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I  **STEVEN R. KLEIN**                              , hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

**SHEENA MONNIN**                              in the above-captioned action.

        I am in good standing of the bar(s) of the state(s) of

**NEW JERSEY**                              and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated:  1/29/13                                    Respectfully Submitted,



                                        _____

                                        Applicant Signature

                                        Applicant's Name: **STEVEN R. KLEIN**

                                        Firm Name:  **Cole, Schotz Meisel, Forman & Leonard, P.A.**

                                        Address:  **25 Main Street  -  Court Plaza North**

                                        City / State / Zip: **Hackensack, New Jersey 07601**

                                        Telephone / Fax:  **201 525 6262  /  201 678 6265**

                                        E-Mail: **sklein@coleschotz.com**