# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Steven R. Klein

was duly admitted to practice in said Court as of December 17, 1981 and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: January 24, 2013

WILLIAM T. WALSH, CLERK

By *(signature)*

Crystal Shanklin, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.