**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

　　　　　　　　　　　　　　　　　　　Plaintiff,

　　　　　-against-　　　　　　　　　　　　　　　　　　　____cv_____(　　)

　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER FOR ADMISSION
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO HAC VICE
　　　　　　　　　　　　　　　　　　　Defendant.　　　ON ORAL MOTION
_____

　　　　Upon the oral motion of _____, for

admission to practice Pro Hac Vice in the above captioned action is granted.

　　　　Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____; and that his/her contact information is as follows

(please print):

　　　　Applicant's Name: _____

　　　　Firm Name: _____

　　　　Address:  _____

　　　　City / State / Zip: _____

　　　　Telephone / Fax: _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____ in the above entitled action;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated:_____　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge