UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISS UNIVERSE L.P., LLLP,

                    Plaintiff,

   -against-

SHEENA MONNIN         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 01 2013

1:12 cv 09174 (JPO)

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __STEVEN R. KLEIN__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __NEW JERSEY__; and that his/her contact information is as follows (please print):

    Applicant's Name: __STEVEN R. KLEIN__

    Firm Name: __COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.__

    Address: __25 MAIN STREET - COURT PLAZA NORTH__

    City / State / Zip: __HACKENSACK, NEW JERSEY 07601__

    Telephone / Fax: __201 525 6265  /  201 678 6265__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __SHEENA MONNIN__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 2/1/13

_____
United States District / ~~Magistrate~~ Judge