UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MISS UNIVERSE L.P., L.L.L.P.,

                Petitioner,

-against-

SHEENA MONNIN,

                Respondent.

---

Case No. 1:12-cv-09174 (JPO)

Civil Action

**NOTICE OF CROSS-MOTION TO VACATE THE ARBITRATION AWARD**

PLEASE TAKE NOTICE that upon the annexed Declaration of Respondent, Sheena Monnin; the Declaration of Richard F. Klineburger, III, Esq.; the accompanying Memorandum of Law; and all prior pleadings and proceedings had herein, the undersigned will cross-move this Court, before the Honorable J. Paul Oetken, U.S.D.J., in Courtoom15D, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order vacating the arbitration award entered against Respondent, Sheena Monnin, and for such other and further relief as the Court deems just and proper.

Petitioner's reply papers must be filed and served on or before February 12, 2013 in accordance with the Court's January 11, 2013 Order (Docket Entry No. 9).

DATED: New York, New York
            February 5, 2013

                                      COLE, SCHOTZ, MEISEL,
                                      FORMAN & LEONARD, P.A.
                                      Attorneys for Respondent, Sheena Monnin

                                      By: */s/ Steven R. Klein*
                                          Steven R. Klein (*pro hac vice*)
                                          900 Third Avenue, 16th Floor
                                          New York, NY  10022
                                          Telephone No. (212) 752-8000
                                          Fax No. (212) 752-8393