# EXHIBIT A

Case 1:12-cv-09174-JPO   Document 18-1   Filed 02/05/13   Page 2 of 3



JUN 2 6 2012

**THE RESOLUTION EXPERTS**

# Demand for Arbitration Before JAMS

TO RESPONDENT: Sheena Monnin
(Name of the Party on whom Demand for Arbitration is made)

(Address) 9244 Marshall Road

| Cranberry Township, | | PA | 16066 |
|---|---|---|---|
| (Telephone) 412-877-5304 | (Fax) | | Sheena.Monnin@yahoo.com |

Representative/Attorney (if known): _____
(Name of the Representative/Attorney of the Party on whom Demand for Arbitration is made)

(Address) _____

| (City) | (State) | (Zip) |
|---|---|---|
| (Telephone) | (Fax) | (E-Mail) |

## FROM CLAIMANT (Name): Miss Universe L.P., LLLP

(Address) 1370 Avenue of the Americas, 16th Floor

| New York | | NY | 10019 |
|---|---|---|---|
| (Telephone) 212-373-4999 | (Fax) 212-373-5378 | | (E-Mail) |

Representative/Attorney of Claimant (if known): Scott S. Balber, Chadbourne & Parke, LLP
(Name of the Representative/Attorney for the Party Demanding Arbitration)

(Address) 30 Rockefeller Plaza

| New York, | | NY | 10112 |
|---|---|---|---|
| (Telephone) 212-408-5100 | (Fax) 212-541-5369 | | sbalber@chadbourne.com |

## NATURE OF DISPUTE
Claimant hereby demands that you submit the following dispute to final and binding arbitration (a more detailed statement of the claim(s) may be attached):

See attached Statement of Claim.

## ARBITRATION AGREEMENT
This demand is made pursuant to the arbitration agreement which the parties made as follows (cite location of arbitration provision & attach two (2) copies of entire agreement).

This demand is being made pursuant to paragraph 22 of the Official Entry Form/Contract 2012 Miss USA Pageant.



- 3 -
Effective 10/20/2011
Resolution Centers Nationwide • 1.800.352.5267 • www.jamsadr.com
(c) copyright 2011 JAMS. All rights reserved.



THE RESOLUTION EXPERTS

# Demand for Arbitration Before JAMS

## CLAIM & RELIEF SOUGHT BY CLAIMANT

Claimant asserts the following claim and seeks the following relief (include amount in controversy, if applicable):

The claimant respectfully requests an arbitration award in its favor against Respondent Sheena Monnin for the following relief:

(1) For compensatory damages according to proof, but in any event not less that $10 million;
(2) For punitive damages according to proof;
(3) Upon a finding in favor of Claimant on its defamation claim, for a permanent injunction enjoining Respondent from issuing defamatory statements about Claimant to others through the internet, in person, or through other means;
(4) For costs in bringing this arbitration and other reasonable expense;
(5) For any attorneys' fees incurred, and;
(6) For such other relief as the Arbitrator may deem just and proper.

## RESPONSE

Respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. Send the original response and counter-claim to the claimant at the address stated above with two (2) copies to JAMS.

## REQUEST FOR HEARING

JAMS is requested to set this matter for hearing at: _____ New York, NY _____
(Preferred Hearing Location)

## ELECTION FOR EXPEDITED PROCEDURES (COMPREHENSIVE RULE 16.1)

By checking this box ☐ Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than 7 days from the date this Demand is served whether it agrees to the Expedited Procedure.

Signed (Claimant): _____ Date: June 25, 2012
(may be signed by an attorney)

Print Name: Scott S. Balber