# EXHIBIT C



*Klineburger & Nussey*
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of*
*New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of*
*New Jersey as a Matrimonial Attorney*
*Admitted to practice in New Jersey & Pennsylvania*

Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

July 3, 2012

Scott S. Balber, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112

RE:   **My Client:   Sheena Monnin**
        **Your Client: Miss Universe L.P., LLLP**
        **Request for JAMS Mediation**

Dear Mr. Balber:

Please be advised that my client is not subject to the terms of the "Official Entry Form/Contract" for the 2012 Miss USA Pageant. I will not belabor the legal as well as factual reasoning for same position other than to state that as of June 4, 2012, Ms. Moonin had no duty to your client(s).

In any event, she will not be participating in any JAMS Arbitration.

Very truly yours,

*RFK*

RICHARD F. KLINEBURGER, III

RFK/kc
cc:   Michael Cohen, Esquire
       JAMS Resolution Center
       Sheena Monnin