# EXHIBIT D



*Klineburger & Nussey*
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of*
*New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of*
*New Jersey as a Matrimonial Attorney*
***Admitted to practice in New Jersey & Pennsylvania***

Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

July 18, 2012

Monica Veglia
Case Manager
JAMS Resolution Services
620 Eight Avenue
34th Floor
New York, New York 10018
***Via Facsimile 212-751-4099 & Electronic Mail***

RE:   My Client:    **Sheena Monnin**
      Your Client:  **Miss Universe L.P., LLLP**
      **JAMS Reference Number: 1425011630**

Dear Ms. Veglia:

I apologize for any confusion as to representation and contact information with the above captioned matter. This correspondence will confirm that I represent Ms. Sheena Monnin in this as well as in any other ancillary matters. In any event, Ms. Monnin is not subject to any arbitration provisions, has not entered into an agreement with your company and she will not be participating in any JAMS resolution services at this time.

Please contact me with any comments or questions. I thank you for your time and attention to this matter.

Very truly yours,

RICHARD F. KLINEBURGER, III

RFK/kc

cc:   Scott S. Balber, Esquire ***Via Facsimile 212-541-5369 & Electronic Mail***
      Michael Cohen, Esquire ***Via Facsimile 212-980-3821 & Electronic Mail***
      Sheena Monnin