# EXHIBIT E



**Klineburger & Nussey**
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of*
*New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of*
*New Jersey as a Matrimonial Attorney*
*Admitted to practice in New Jersey & Pennsylvania*

Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

July 18, 2012

Scott S. Balber, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112
***Via Facsimile 212-541-5369 & Electronic Mail***

    **RE:**   **My Client:**   **Sheena Monnin**
               **Your Client:** **Miss Universe L.P., LLLP**

Dear Mr. Balber:

    After discussing this matter previously with Mr. Michael Cohen, Esquire as well as my client and her family, our position has not changed and I am still of the mind set my client is subject to the terms of the "Official Entry Form/Contract" for the 2012 Miss USA Pageant.

    Just so we are clear, Ms. Moonin never contracted with JAMS for any type of Arbitration services and as of June 4, 2012, Ms. Moonin had no duty to your client(s).

    If anyone is the injured party in this situation, it is my client who has been subjected to malicious, false and defamatory statements by Mr. Donald Trump who is believed to be the driving force behind this campaign of harassment and bullying. My client is an honest individual who would never make a statement not based in good faith as well as reality. It is a shame that your clients are essentially mocking the very essence of her being through their actions. Please have them guided accordingly.

    Any legal proceedings in this matter will be dealt with in a court of competent jurisdiction.

                         Very truly yours,

                         RICHARD F. KLINEBURGER, III

RFK/kc
cc:    Michael Cohen, Esquire *Via Facsimile 212-980-3821 & Electronic Mail*
        Sheena Monnin



38 Haddon Avenue, Haddonfield, NJ 08033- Telephone (856) 428-7469