# EXHIBIT F

**Veglia Monica**

**From:** Stockman Meredith
**Sent:** Wednesday, January 09, 2013 9:31 AM
**To:** Veglia Monica
**Subject:** FW: Miss Universe L.P., LLLP vs. Monnin, Sheena
**Attachments:** 2649868.pdf; 2649496.pdf



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)

**From:** Stockman Meredith
**Sent:** Monday, August 27, 2012 12:14 PM
**To:** 'Sheena.Monnin@yahoo.com'
**Cc:** 'rfk@klineburgerandnussey.com'
**Subject:** Miss Universe L.P., LLLP vs. Monnin, Sheena

RE:  BALANCE OWED

Dear Sheena,

I'm following up on an outstanding balance reflected on the attached invoice in connection with the above-referenced matter. Please review the invoice and send a check promptly to the following address:

1920 Main Street
Suite 300
Irvine, CA 92614

Please write the check payable to JAMS and include the reference number 1425011630. If you have any questions, please don't hesitate to contact me at 212.607.2785.

Regards,

Meredith

1



**THE RESOLUTION EXPERTS®**

## INVOICE

| | Invoice Date | Invoice Number |
|---|---|---|
| | 07/13/12 | 0002649868-425 |

To:  Sheena Monnin
     9244 Marshall Road
     Cranberry Twp, PA 16066

Reference #:         1425011630    MV
Billing Specialist:  Erwin Gonzalez
Telephone:           (949) 224-4642
Employer ID:         68-0542699

RE:  Miss Universe L.P., LLLP vs. Monnin, Sheena
Representing:   N\A
Hearing Type:   Arbitration

Neutral(s):     Hon. Theodore Katz (Ret.)

Rep# 2

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 07/12/12 | Hon. Theodore Katz (Ret.)<br>Retainer Fees.<br>To be applied to reading, research, preparation, etc. NOTE: At the conclusion of the case, any unused portion of this retainer will be refunded. | 5,000.00 | 2 | 2,500.00 |

|  |  |
|---|---|
| Expenses/Retainers | 2,500.00 |
| Total | $ 2,500.00 |
| Outstanding Balance as of 08/27/12 | $ 2,900.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



THE RESOLUTION EXPERTS®

# INVOICE

| | Invoice Date | Invoice Number |
|---|---|---|
| | 07/12/12 | 0002649496-425 |

To: Sheena Monnin
9244 Marshall Road
Cranberry Twp, PA 16066

Reference #: 1425011630 MV
Billing Specialist: Erwin Gonzalez
Telephone: (949) 224-4642
Employer ID: 68-0542699

RE: Miss Universe L.P., LLLP vs. Monnin, Sheena
Representing: N\A
Hearing Type: Arbitration

Neutral(s): Hon. Theodore Katz (Ret.)

Rep# 2

| Date/Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 07/12/12 | Case Management Fee | | | | 400.00 |

| | | |
|---|---|---|
| | Fees | 400.00 |
| | Total | $ 400.00 |
| Outstanding Balance as of 08/27/12 | | $ 2,900.00 |



Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.