# EXHIBIT G

**Veglia Monica**

| | |
|---|---|
| **From:** | Stockman Meredith |
| **Sent:** | Wednesday, January 09, 2013 9:31 AM |
| **To:** | Veglia Monica |
| **Subject:** | FW: Miss Universe L.P., LLLP vs. Monnin, Sheena - REF# 1425011630 |



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2786 (direct)
212-751-4099 (fax)

**From:** Stockman Meredith
**Sent:** Monday, August 27, 2012 12:15 PM
**To:** 'sbalber@chadbourne.com'; 'Sheena.Monnin@yahoo.com'; 'LSchapira@chadbourne.com'; 'aberner@missuniverse.com'; 'rfk@klineburgerandnussey.com'
**Subject:** Miss Universe L.P., LLLP vs. Monnin, Sheena - REF# 1425011630

Dear Counsel:

I would like to schedule a conference call in connection with the above-referenced matter with Hon. Theodore Katz. Availability is as follows:

September 13th at 9:30am EDT
September 14th at 9:30am EDT
September 18th at 9:30am EDT
September 19th at 9:30am EDT

Please be advised that these dates/ times are subject to change. If you are not able to participate during the times noted above, please provide your alternate availability. *Please reply with your availability and cc each other with your response.* ***If you are unable to attend the call but there is someone in your firm/office that has the authority to attend in your absence, please let me know.*

Best regards,


Meredith

1