# EXHIBIT H

**Veglia Monica**

| | |
|---|---|
| **From:** | Stockman Meredith |
| **Sent:** | Wednesday, January 09, 2013 9:31 AM |
| **To:** | Veglia Monica |
| **Subject:** | FW: Miss Universe L.P., LLLP vs. Monnin, Sheena |
| **Attachments:** | stockman.082712.pdf |



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY 10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)

**From:** Kelly [mailto:rfk@klineburgerandnussey.com]
**Sent:** Monday, August 27, 2012 12:40 PM
**To:** Stockman Meredith
**Cc:** Sheena.Monnin@yahoo.com
**Subject:** RE: Miss Universe L.P., LLLP vs. Monnin, Sheena

Ms. Stockman:

Please see the enclosed correspondence.

Thank you.

Kelly L. Cunningham
**Klineburger & Nussey**
Legal Secretary to
Richard F. Klineburger, III, Esquire
D. Ryan Nussey, Esquire
38 North Haddon Avenue
Haddonfield, New Jersey 08033
856-428-7469/856-428-7530-Facsimile

-----Original Message-----
From: "Stockman Meredith" <mstockman@jamsadr.com>
Sent: Monday, August 27, 2012 12:14pm
To: "Sheena.Monnin@yahoo.com" <Sheena.Monnin@yahoo.com>
Cc: "rfk@klineburgerandnussey.com" <rfk@klineburgerandnussey.com>
Subject: Miss Universe L.P., LLLP vs. Monnin, Sheena

RE: BALANCE OWED

Dear Sheena,

1



## Klineburger & Nussey
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of*
*New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of*
*New Jersey as a Matrimonial Attorney*
**Admitted to practice in New Jersey & Pennsylvania**

Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

August 27, 2012

Meredith H. Stockman
Case Manager
JAMS Resolution Services
620 Eight Avenue
34th Floor
New York, New York 10018

*Via Email to mstockman@jamsadr.com*

RE:  My Client:  **Sheena Monnin**
     Your Client: **Miss Universe L.P., LLLP**
     **JAMS Reference Number: 1425011630**

Dear Ms. Stockman:

Enclosed please find my previously submitted correspondence with regard to the above captioned matter. As reflected in same, Ms. Monnin never contracted with your company for any services whatsoever. We have no intention of going forward with anything involving such dispute resolution.

Ms. Monnin is represented by undersigned counsel. Do not contact her directly ever again. Thanking you for your anticipated cooperation herein.

Very truly yours,

RICHARD F. KLINEBURGER, III

RFK/kc
Enclosure
cc:   Sheena Monnin

---

38 Haddon Avenue, Haddonfield, NJ 08033, Telephone (856) 428-7460