# EXHIBIT I

**Veglia Monica**

| | |
|---|---|
| From: | Stockman Meredith |
| Sent: | Wednesday, January 09, 2013 9:32 AM |
| To: | Veglia Monica |
| Subject: | FW: Miss Universe L.P., LLLP vs. Monnin, Sheena - REF# 1425011630 |
| Attachments: | KMBT28220120829120523.pdf; image001.jpg |



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)

**From:** Stockman Meredith
**Sent:** Wednesday, August 29, 2012 12:21 PM
**To:** 'sbalber@chadbourne.com'; 'LSchapira@chadbourne.com'; 'aberner@missuniverse.com'; 'rfk@klineburgerandnussey.com'
**Subject:** Miss Universe L.P., LLLP vs. Monnin, Sheena - REF# 1425011630

Dear Counsel,

Please find the Conference Call Confirmation Letter attached. Hard copy to follow via U.S. Mail.

Regards,

Meredith



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)



1



August 29, 2012

NOTICE TO ALL PARTIES

RE: <u>Miss Universe L.P., LLLP vs. Monnin, Sheena</u>
Reference #: 1425011630

Dear Parties:

This letter will confirm that a Conference Call in the above-referenced matter has been scheduled as follows:

DATE: September 14th, at 9:30am EDT

NEUTRAL: Hon. Theodore H. Katz (Ret.)

All participants shall dial 1-877-696-5267. When prompted, dial *0 and you will reach an operator where you can indicate Hon. Theodore H. Katz (Ret.) as the call moderator. You will then be connected to the conference call.

Contact me at 212-607-2791 or mstockman@jamsadr.com if you have questions.

Sincerely,

Monica Veglia
Case Manager
mveglia@jamsadr.com
Fax# 212-751-4099