# EXHIBIT J



**Kineburger & Nussey**
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of*
*New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of*
*New Jersey as a Matrimonial Attorney*
**Admitted to practice in New Jersey & Pennsylvania**

Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

August 29, 2012

Meredith H. Stockman
Case Manager
JAMS Resolution Services
620 Eight Avenue
34th Floor
New York, New York 10018

*Via Email to mstockman@jamsadr.com*

> RE: My Client: **Sheena Monnin**
> Your Client: **Miss Universe L.P., LLLP**
> **JAMS Reference Number: 1425011630**

Dear Ms. Stockman:

Neither myself nor Ms. Monnin will have a conference call in the above captioned matter since there is nothing to have a conference call about. Neither myself nor Ms. Monnin ever retained your company's services and will not be utilizing your company's services.

Thanking you for your anticipated cooperation.

Very truly yours,

RICHARD F. KLINEBURGER, III

RFK/kc
cc: Sheena Monnin