# EXHIBIT K

**Veglia Monica**

| | |
|---|---|
| **From:** | Stockman Meredith |
| **Sent:** | Wednesday, January 09, 2013 9:33 AM |
| **To:** | Veglia Monica |
| **Subject:** | FW: Miss Universe L.P., LLLP vs. Monnin, Sheena |
| **Attachments:** | 2684404.pdf; image001.jpg |



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)

---

**From:** Stockman Meredith
**Sent:** Wednesday, September 05, 2012 10:38 AM
**To:** 'rfk@klineburgerandnussey.com'
**Subject:** Miss Universe L.P., LLLP vs. Monnin, Sheena

RE:  BALANCE OWED

Dear Richard,

I'm following up on a balance reflected on the attached invoice in connection with the above-referenced matter. Please review the invoice and send a check promptly to the following address:

1920 Main Street
Suite 300
Irvine, CA 92614

Please write the check payable to JAMS and include the reference number 1425011630. If you have any questions, please don't hesitate to contact me at 212.607.2785.

Regards,

Meredith



1



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)

