# EXHIBIT L

**Veglia Monica**

| | |
|---|---|
| **From:** | Stockman Meredith |
| **Sent:** | Wednesday, January 09, 2013 9:33 AM |
| **To:** | Veglia Monica |
| **Subject:** | FW: Miss Universe L.P., LLLP vs. Monnin, Sheena |
| **Attachments:** | image001.jpg; stockman.090512.pdf |



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)

**From:** Kelly [mailto:rfk@klineburgerandnussey.com]
**Sent:** Wednesday, September 05, 2012 10:51 AM
**To:** Stockman Meredith
**Subject:** RE: Miss Universe L.P., LLLP vs. Monnin, Sheena

Please see the attached.

Thank you.

Kelly L. Cunningham
**Klineburger & Nussey**
Legal Secretary to
Richard F. Klineburger, III, Esquire
D. Ryan Nussey, Esquire
38 North Haddon Avenue
Haddonfield, New Jersey 08033
856-428-7469/856-428-7530-Facsimile

-----Original Message-----
From: "Stockman Meredith" <mstockman@jamsadr.com>
Sent: Wednesday, September 5, 2012 10:38am
To: "rfk@klineburgerandnussey.com" <rfk@klineburgerandnussey.com>
Subject: Miss Universe L.P., LLLP vs. Monnin, Sheena

RE:  BALANCE OWED


Dear Richard,

I'm following up on a balance reflected on the attached invoice in connection with the above-referenced matter. Please review the invoice and send a check promptly to the following address:

1

1920 Main Street
Suite 300
Irvine, CA 92614

Please write the check payable to JAMS and include the reference number 1425011630. If you have any questions, please don't hesitate to contact me at 212.607.2785.

Regards,

Meredith



**Meredith H. Stockman**
Case Coordinator

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY 10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)



## Klineburger & Nussey
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of
New Jersey as a Matrimonial Attorney*
*Admitted to practice in New Jersey & Pennsylvania*

Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

September 5, 2012

Meredith H. Stockman
Case Manager
JAMS Resolution Services
620 Eight Avenue
34th Floor
New York, New York 10018

*Via Email to mstockman@jamsadr.com & Facsimile 212-751-4099*

**RE:   My Client:   Sheena Monnin**
**Your Client: Miss Universe L.P., LLLP**
**JAMS Reference Number: 1425011630**

Dear Ms. Stockman:

Please send me a signed agreement with **your company** wherein either myself and/or my client agreed to utilize your services. Otherwise, please leave myself and Ms. Monnin alone.

Very truly yours,

RICHARD F. KLINEBURGER, III

RFK/kc
cc:   Sheena Monnin

---

38 Haddon Avenue, Haddonfield, NJ 08033- Telephone (856) 428-7460