# EXHIBIT M

# Veglia Monica

| | |
|---|---|
| **From:** | Veglia Monica |
| **Sent:** | Friday, November 02, 2012 10:30 AM |
| **To:** | 'sbalber@cooley.com'; 'aberner@missuniverse.com'; 'rfk@klineburgerandnussey.com'; 'timothy.foster@cooley.com' |
| **Subject:** | CONFIRMED FOR MONDAY (11/5) - Miss Universe L.P., LLLP vs. Monnin, Sheena - REF# 1425011630 |
| **Attachments:** | image001.jpg |
| **Importance:** | High |

Good Morning Counsel,

As follow up to my messages with your offices, this will confirm that the arbitration in this matter is going forward on **Monday, November 5th at 11:00 AM** (8hrs).

Thank you,
Monica



**Monica D. Veglia**
*Case Manager*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY 10018
Email: mveglia@jamsadr.com
212.607.2791 (Direct Dial)
212.751.4099 (Facsimile)

JAMS launched its first blog. Visit
www.jamsadrblog.com to read about the latest
trends and news in ADR.

Get the free JAMS App for access to neutral
contact information, maps to our Resolution
Centers and more. Click here to download.



1