# EXHIBIT N



## Klineburger & Nussey
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of
New Jersey as a Matrimonial Attorney*
*Admitted to practice in New Jersey & Pennsylvania*

Frank J. Hoerst, III *(Of Counsel)*
Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

November 2, 2012

Michael Cohen, Esquire
Executive Vice President and
Special Counsel to Donald J. Trump
725 Fifth Avenue
New York, New York 10022
*Via Facsimile 212-980-3821 & Email*

Scott S. Balber, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112

*Via Facsimile 212-541-5369 & Email*

RE: **My Client: Sheena Monnin**
**Your Client(s): Donald Trump and Miss Universe L.P., LLP**

Dear Counsel:

As you are aware, it is my opinion that Ms. Monnin is not subject to any arbitration agreement with regard to her former association with the Miss Universe Pageant. As I previously discussed with Mr. Cohen, and he agreed any action taken against Donald Trump, would clearly not be subject to any arbitration provision relating to the Miss Universe Pageant nor otherwise.

Enclosed herewith please find a copy of a draft complaint that I intend to file in the United States District Court for the Western District of Pennsylvania on or about Monday, November 5, 2012. If you gentlemen would like to discuss this Complaint and avoid any additional and/or unnecessary litigation costs, please contact my office so that we may discuss any possible resolutions which will be beneficial to all clients involved. If I do not hear from you by Noon on Monday, November 5, 2012, I will assume that your clients have no interest in resolving this matter in an amicable fashion and choose to engage in further litigation. Hopefully, logic will prevail and same will not be the case.

Very truly yours,

RICHARD R. KLINEBURGER, III

RFK/kc
Enclosure
cc: Glenn A. Zeitz, Esquire w/ Enclosure
     Sheena Monnin

38 Haddon Avenue, Haddonfield, NJ 08033 - Telephone (856) 428-7469