# EXHIBIT O

Print                                                                                               12/26/12 1:39 PM

**Subject:** Update



Philip Monnin (pmonnin@yahoo.com)

**To:** rfk@klineburgerandnussey.com;

**Date:** Monday, December 10, 2012 12:28 PM

Hi Richard,

First, I want to thank you on behalf of Sheena and our family for successfully removing the MUO threat of arbitration. We did not know what to do and your help was appreciated very much.

Also, it does not appear that you want to pursue the matter any farther with Mr. Trump. I want you to know that we do understand if this is your decision. However, we really need to know the context and substance of your last conversation with them so we can be informed.

I ask you to please call me at 412.877.5394 either today or tomorrow to update me on the conversation, give me your recommendation, and confirm your intent in this matter.

I look forward to speaking with you.

Philip Monnin

Sent from my iPad



