# EXHIBIT P

# Veglia Monica

| | |
|---|---|
| **From:** | Stockman Meredith |
| **Sent:** | Wednesday, January 09, 2013 9:43 AM |
| **To:** | Veglia Monica |
| **Subject:** | FW: Miss Universe L.P., LLLP vs. Monnin, Sheena - REF# 1425011630 |
| **Attachments:** | SKMBT_C36412121313220.pdf |



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)

---

**From:** Stockman Meredith
**Sent:** Thursday, December 13, 2012 12:35 PM
**To:** 'sbalber@cooley.com'; 'aberner@missuniverse.com'; 'rfk@klineburgerandnussey.com'; 'timothy.foster@cooley.com'
**Subject:** Miss Universe L.P., LLLP vs. Monnin, Sheena - REF# 1425011630

Good Afternoon,

Please find the Final Award in connection with the above-referenced matter attached. Hard copy to follow via U.S. Mail.

Regards,

Meredith



**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY  10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)



1