# EXHIBIT R



*Klineburger & Nussey*
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of*
*New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of*
*New Jersey as a Matrimonial Attorney*
*Admitted to practice in New Jersey & Pennsylvania*

Frank J. Hoerst, III *(Of Counsel)*
Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

December 13, 2012

Meredith H. Stockman
Case Manager
JAMS Resolution Services
620 Eight Avenue
34th Floor
New York, New York 10018

Via Email to mstockman@jamsadr.com

RE:  My Client:  Sheena Monnin
     Your Client:  Miss Universe L.P., LLLP
     JAMS Reference Number: 1425011630

Dear Ms. Stockman:

Please be advised that I never requested to go forward with arbitration in the above captioned matter. For some strange reason, you people think by sending me bills and correspondence relating to a matter in which I had no involvement, somehow or another makes me responsibility. Let me make this clear: I do not represent Ms. Monnin with regard to this matter. I did not sign any documentation subjecting either myself or Ms. Monnin through this process. Please stop bothering me. This is annoying. I owe nothing.

Without divulging any attorney/client privilege, I do not represent Ms. Monnin with regard to this matter. If you wish to contact her directly, please feel free to do so. I will not waste anymore time with this matter.

Please enjoy your holiday season.

Very truly yours,

RICHARD F. KLINEBURGER, III

RFK/kc
cc:   Sheena Monnin