# EXHIBIT A

📶 AT&T 🛜  **3:30 PM**  83% 🔋

◀ Messages  **Randy Sander...**  Edit

Jun 3, 2012 9:30 PM

> This is f-ing rigged Randy.

> Seriously? Colorado?

> South Carolina?

> I'm done. This is ridiculous.

> It's obviously rigged so the girl they want can shine; they kept several beautiful girls out for that reason.

Sheena:-). Be strong! We are above letting any suspicions lower us to any level we will regret being



**Randy Sander...**

> level we will regret being on tomorrow. You are certainly one of the classiest woman I've ever known. Don't let this change who you are!

> Florida saw the list of Top 5 this morning.

> It was on a script for the show tonight.

> I'm fine. But I thought this was an honest system.

> I truly hope it is.




..∎∎∎l AT&T  📶    3:30 PM    83% 🔋

 **Randy Sander...** 

> I truly hope it is.

> I have to believe it is Sheena. I have faith in the FCC's regulation if these things truly.

> Where r u now ?

> Please check your email. I have sent you my final and unchangeable thoughts and decision. I will not change my mind or be talked out of this decision. Time will not change my

 

**...ıtll AT&T** 🔾  **3:30 PM**  **83%** 

**Messages**  **Randy Sander...**  **Edit**

> Time will not change my decision. I consider my choice to be effective immediately.

Jun 4, 2012 4:47 PM

> I will not keep quiet on this.

> This was not fair play.

Delivered

Jun 4, 2012 5:49 PM

> Sheena - I have Received your resignation and will not try and change you mind. As in any business relationship we should respect each others positions even when we

 

**...ıl AT&T** 🔜     **3:30 PM**     83% 

**Messages**   **Randy Sander...**   **Edit**

> positions even when we don't agree. I do need to work with you to achieve proper closure to our business relationship. Please let me know when we can discuss the next steps.

Jun 4, 2012 10:38 PM

> Yes, if you will tell me how we proceed I will move forward quickly so we can both have closure.

Jun 5, 2012 1:07 AM

> Very good. I just landed do I will be in touch tomorrow Sheena.

