# EXHIBIT B

Print                                                                                           1/10/13 3:19 PM

Page 1 of 1

June 5

I'm so proud of you. I was there with you backstage when this all went down. Didn't Kelly O also confirm the script? So crazy. Love u sista. Flo-Reeeeda!

**Sheena Monnin**                                                                               June 5

Hahaha!! You just made my day 😊 Thank you!!!!!!! 💚

June 5

This is kind of cool. You started a big buzz and the blogs actually agree with you. Go girl!