# EXHIBIT C



**Hey girl this is ▓▓▓ and I just saw ur post on Facebook and wanted to reach out to you and tell you how much I admire you and applaud you for standing up in ur beliefs. You have my support! Xoxo**

Thank you so much ▓▓▓ It means a lot to me. I really believe its important to speak truth. I kept thinking the past 24

2/5/2013



kept thinking the past 24 hours that if someone doesn't stand up and speak out against this injustice to all of us who prepared fairly and competed fairly, then how can things ever change so that girls in the future will have a fair opportunity? This pageant shouldn't be about who your parents are or how much money they make. It should be about the beauty, poise, class, and integrity of each contestant.

Thank you for your text. I

2/5/2013





awareness to how shady this particular competition really was. I'm hoping that someone from the organization will leak information and shed some light on this issue. And if not hopefully your actions will grab someones attention an you can speak publicly about it. Its just such a disappointment to lose faith in something you've dreamed of for so long. But im sending you so many best wishes and please keep in touch :)