# EXHIBIT D



> Hey girl. I'm proud of you for standing up for what you believe in. Your are a strong, beautiful, and intelligent woman, don't let Trump make feel like anything less! I sincerely hope that the truth will come out and it will because of your courage to speak up.

Jun 9, 2012, 12:15 AM



Thank you!!!

2/5/2013