# EXHIBIT E



June 7

Hey Sheena! It's ▇▇▇▇▇ I've been talking with the other girls and we're all disgusted with how they are trying to turn things against you in the media. We know you didn't make this up out of no where – a lot of girls knew about that list backstage and are outraged. I personally heard about it straight from the girl who saw the list. I want to thank you for not just sticking up for yourself and your beliefs, but all of us. We want to get behind you on this if we can, if there's anything we can do let us know!