# EXHIBIT F

..ıl__ AT&T 🔇         6:42 PM            97% 

**Messages**                              **Edit**

—————————— Text Message ——————————
Jun 9, 2012 6:38 PM

> SOOO, I just got off the phone with someone from good morning america. I told them I fully back u and have them some more info in support of u. They asked if I'd do an interview. I wanted to talk to u about it first.

—————————— iMessage ——————————
Jun 9, 2012 7:57 PM

> Thank you, ____. I've decided to exclusively talk with Ann Curry from here on out. I think it's wonderful if you are willing

  iMessage                    Send

Case 1:12-cv-09174-JPO Document 19-6 Filed 02/05/13 Page 3 of 4

.ıııl. AT&T 📶    6:42 PM    97% 🔋

| Messages | ▓▓▓▓▓▓▓▓▓▓ | Edit |

> Wonderful if you are willing to speak your perspective publicly!!

Delivered

Jun 10, 2012 6:42 AM

> Sorry my phone died last night... Wow, I can't believe FL is denying what she said now. So heres the thing... I talked with josh from GMA yesterday, I told him my take on the whole thing as far as FL telling u that and also that another girl told me Kelly Osborn saw the list as well and said that is the reason why she won't judge(bc she knows it's rigged). I

why she won't judge(bc she knows it's rigged). I told him I back u 100% on what u heard and I am appalled that no one else is speaking up bc SO many others heard the same. I also told him that even tho I support u I was not directly told so for me it's hearsay. This is what worries me.... With a new business and still carrying my title I don't need any law suits or bad publicity. So I dont exactly know how to handle this.... And I love Olivia and do feel she deserved the win so I feel