# EXHIBIT G

**Subject: Miss Universe L.P., LLLP vs. Monnin, Sheena**

Dear Sheena,

I'm following up on receipt of your invoice in connection with the above-referenced matter. Kindly confirm receipt, and provide me with a payment status update at your earliest convenience. Attached please find a copy of your most current invoice. ***As a reminder, the arbitration cannot move further without payment.***

If you have any questions, please contact me at 212.607.2785.

Regards,

Meredith


Description:
Description:
JAMSadr.com.jp

**Meredith H. Stockman**
*Case Coordinator*

JAMS, *The Resolution Experts*
620 Eighth Avenue, 34th Floor
New York, NY 10018
mstockman@jamsadr.com
212-607-2785 (direct)
212-751-4099 (fax)

2/5/2013