# EXHIBIT H

Print                                                                                                                                     12/26/12 1:28 PM

**Subject:** Fwd: Re:

**:** Sheena Monnin (sheena.monnin@yahoo.com)

pmonnin@yahoo.com;

**Date:** Thursday, December 20, 2012 9:55 AM

Sent from my iPhone

Begin forwarded message:

> **From:** Sheena Monnin <sheena.monnin@yahoo.com>
> **Date:** November 12, 2012, 10:10:03 AM EST
> **To:** Kelly <rfk@klineburgerandnussey.com>
> **Subject: Re:**
> **Reply-To:** Sheena Monnin <sheena.monnin@yahoo.com>
>
> Hello Richard,
>
> I hope all is well with you! I received your email and the attached draft of the document. I was surprised to receive it and would like to understand our strategy moving forward! I'd love to take some time and talk with you. Please let me know when you are free.
>
> 
>
> Warmly,
>
> Sheena