# EXHIBIT J



### *Klineburger & Nussey*
**Attorneys At Law**
1313 Race Street
Philadelphia, PA 19107
Telephone (215) 568-5155
Facsimile (215) 568-1522

Richard F. Klineburger, III
*Certified by the Supreme Court of*
*New Jersey as a Criminal Trial Attorney*
D. Ryan Nussey
*Certified by the Supreme Court of*
*New Jersey as a Matrimonial Attorney*
**Admitted to practice in New Jersey & Pennsylvania**

Frank J. Hoerst, III *(Of Counsel)*
Maureen P. Steady *(Of Counsel)*
Carolyn G. Labin
Lauren P. Richmond *(PA Only)*
Nicole M. McCauley *(NJ Only)*
Michelle E. Roberson
Rebecca L. Engel

December 13, 2012

Meredith H. Stockman
Case Manager
JAMS Resolution Services
620 Eight Avenue
34th Floor
New York, New York 10018

*Via Email to mstockman@jamsadr.com*

RE:  **My Client:   Sheena Monnin**
     **Your Client: Miss Universe L.P., LLLP**
     **JAMS Reference Number: 1425011630**

Dear Ms. Stockman:

Please be advised that I never requested to go forward with arbitration in the above captioned matter. For some strange reason, you people think by sending me bills and correspondence relating to a matter in which I had no involvement, somehow or another makes me responsibility. Let me make this clear: I do not represent Ms. Monnin with regard to this matter. I did not sign any documentation subjecting either myself or Ms. Monnin through this process. Please stop bothering me. This is annoying. I owe nothing.

Without divulging any attorney/client privilege, I do not represent Ms. Monnin with regard to this matter. If you wish to contact her directly, please feel free to do so. I will not waste anymore time with this matter.

Please enjoy your holiday season.

Very truly yours,

RICHARD F. KLINEBURGER, III

RFK/kc
cc:   Sheena Monnin

---

38 Haddon Avenue, Haddonfield, NJ 08033- Telephone (856) 428-7469