# EXHIBIT K-1

1                          APPEARANCES

2

3       COOLEY LLP

4       1114 Avenue of the Americas

5       New York, New York 10036-7798

6       212.479.6000

7                 Attorneys for Claimant

8       BY:     SCOTT D. BALBER, ESQ.

9               sbalber@cooley.com

10

11      ALSO PRESENT:

12              Jonathan Low

13              Paula M. Shugart

14              Andrea E. Berner, Esq.

15              Jennifer Solar

16              Michael Cohen

17              Craig Heitkamp

18              Mariano Schwed, Esq.

19              T. Myrzabayev

20              William A. Barrett, Esq.

21

22

23

24

25

1

2          THE ARBITRATOR:  This is the

3    arbitration hearing in the Miss Universe

4    against Sheena Monnin proceeding.

5          For the record, the record should

6    reflect that Ms. Monnin and her attorney

7    are not present at the proceeding.

8          They have been provided notice and

9    copies of all orders issued and have

10   taken the position that they are not

11   going to participate in the proceeding.

12         Have you heard anything from them,

13   Mr. Balber?

14         MR. BALBER:  We did, actually.

15         We heard from her lawyer on Friday

16   who indicated they would not be

17   attending but were threatening to file a

18   lawsuit today in federal district court

19   for the Eastern District of Pennsylvania

20   so we said we will be here, we hope to

21   see you.

22         I am not sure what they are going

23   to do.  That is the last we heard.

24         MR. COHEN:  The nature of that

25   action is against Donald Trump

1                    Opening - Mr. Balber

2        individually for defamation.

3               THE ARBITRATOR:  Defamation

4        against --

5               MR. COHEN:  By Ms. Monnin.

6               THE ARBITRATOR:  Wait.  There is a

7        separate action?

8               MR. COHEN:  No.  This is what they

9        are threatening to bring.

10              THE ARBITRATOR:  I see.  Okay.

11       And you have gotten appearances?

12              Mr. Balber, do you want to make an

13       opening statement?

14              MR. BALBER:  Just some brief

15       comments, your Honor.

16              The fact that Ms. Monnin is not

17       here speaks volume from our perspective.

18       There is no defense to this action.

19              She, after having failed seven

20       times to achieve the goal of becoming

21       Miss USA, she became vengeful, bitter.

22              She embarked on a campaign to

23       retaliate against the organization by

24       asserting that we are rigged,

25       fraudulent, false and as a result of

1          Opening - Mr. Balber
2    Facebook postings, texts and an
3    appearance on the Today show, which we
4    will show you, she continued this
5    campaign in the face of undeniable,
6    incontrovertible proof that the
7    organization runs a carefully
8    orchestrated, secure pageant that is
9    audited by Ernst & Young.
10         You will hear from Ernst & Young
11   as well.
12         In the face of all this evidence
13   the fact that she made these allegations
14   and perpetuated them after the fact is
15   demonstrative of her malice.
16         The thing I do want to emphasize
17   though which is pretty important is the
18   injury that this organization has
19   suffered as a result of these reckless
20   statements.
21         You will hear from Ms. Shugart who
22   is the president of the Miss Universe
23   organization first.
24         The organization is built on
25   reputation; reputation alone.  They

1            Opening - Mr. Balber

2     don't sell inventory.  They don't

3     manufacture anything.  They don't

4     perform professional services.

5         Their sterling reputation, their

6     brand, is what drives the organization.

7         And the statements that were made

8     publicly by Ms. Monnin that we are

9     rigged and false has just done

10    irreparable damage.

11        We have lost millions of dollars

12    of revenue in this year alone.  We have

13    lost potential contestants on a

14    statewide level.

15        You will hear testimony from one

16    of our statewide directors about the

17    drop in applicants since Ms. Monnin made

18    her statements.

19        You will hear from a brand

20    valuation expert who will tell you that

21    the value of the brand which had been

22    sterling prior to these statements has

23    now been damaged in the amount of

24    millions of dollars.

25        One last point which I think is

Opening - Mr. Balber

1    critical.  This is with regard to a
2    statement you made during one of our
3    conference calls which is, well, are we
4    going to really be able to get a
5    judgment and enforce it against this
6    woman, and the answer is, I don't know,
7    but that is not why we are here.
8         We have suffered very substantial
9    economic injury which may not be
10   reparable by money or otherwise.
11        What has she gotten out of it?
12   She has gotten precisely the fame and
13   media attention, the Facebook following,
14   the TV appearances, that she could not
15   get the legitimate and honest way by
16   winning the pageant.
17        To allow her to walk away for
18   being responsible for the economic
19   damage she caused will simply send a
20   message that you can get your moment of
21   fame, it won't cost you very much, and
22   the organization can suffer as a result.
23        Thank you.
24        THE ARBITRATOR:  Just a couple of

Page 8

```
 1
 2        questions.
 3             So she participated in other state
 4        pageants --
 5             MR. BALBER:  Correct.
 6             THE ARBITRATOR:  -- prior to the
 7        one at issue.
 8             MR. BALBER:  Correct.
 9             She participated in the
10        Miss Florida pageant and the
11        Ms. Pennsylvania pageant a total of, I
12        believe, seven times.
13             THE ARBITRATOR:  She never made
14        it?
15             MR. BALBER:  You will hear
16        evidence that she made it to the
17        Miss USA pageant this year, did not
18        advance beyond the preliminary round,
19        and at that moment, long before a winner
20        was selected or the top five were
21        selected, she began making her
22        statements the pageant was rigged.
23             Purely vindictive, purely
24        malicious.
25             THE ARBITRATOR:  The other thing I
```



1

2          would like some clarification on is I

3          know you made discovery requests of Ms.

4          Monnin.  I am not sure what they were

5          and I know she didn't respond.

6              MR. BALBER:  We had asked for -- I

7          can provide you a copy.

8              We had asked for communications

9          that she had with any third-party about

10         the -- her allegations, any evidence

11         whatsoever she had in her possession

12         that would buttress her allegations,

13         copies of Facebook postings and the

14         like.

15             THE ARBITRATOR:  Okay.  At some

16         point maybe you could put in your

17         request as an exhibit.

18             MR. BALBER:  Absolutely.

19             THE ARBITRATOR:  Okay.  Why don't

20         you call your first witness?

21             MR. BALBER:  Sure.  The claimant

22         calls Paula Shugart.

23     PAULA SHUGART, called as a witness by the

24         Claimant, having been duly sworn,

25         testified as follows:

1          Shugart - direct

2              THE ARBITRATOR:  If it would help

3     to expedite things, I don't want to cut

4     anybody short, the way I see it the two

5     primary issues that I think I would need

6     to hear more evidence about is the issue

7     of actual malice and, of course, the

8     issue of the damages.

9              MR. BALBER:  Understood.  I think

10    it is important for you to hear --

11             THE ARBITRATOR:  Sure.

12             MR. BALBER:  The actual malice is

13    going to be derived circumstantially for

14    lots of reasons not the least of which

15    is she didn't respond to our discovery

16    requests.

17             We will be able to demonstrate

18    actual malice to show the contrast

19    between the reality, the careful,

20    measured, secure, audited mechanism by

21    which judging is contained relative to

22    her statements that had absolutely no

23    basis in fact.

24             As a result there is going to be a

25    little bit of a background presentation



```
 1                    Shugart - direct
 2           by Ms. Shugart and by Ernst & Young as
 3           to how they do things, how it operates,
 4           et cetera, all of which Ms. Monnin was
 5           aware of.
 6                THE ARBITRATOR:  She was aware of?
 7                MR. BALBER:  Yes.  We will get
 8           into that.
 9      DIRECT EXAMINATION
10      BY MR. BALBER:
11           Q.    Ms. Shugart, what is your current
12      position?
13           A.    I am the president of the
14      Miss Universe organization.
15           Q.    How long have you held that job?
16           A.    Twelve years.
17           Q.    How long has the organization been
18      around?
19           A.    62 years.
20           Q.    Since the 1950s?
21           A.    Since 1952 or 1951 we were formed.
22           Q.    What is the history of the
23      organization?  How was it is formed?
24           A.    We were actually formed originally
25      by a sponsor of Miss America who wanted to
```

```
 1                    Shugart - direct
 2      create their own pageant.
 3               They created Miss USA and
 4      Miss Universe and they felt they could do a
 5      bigger brand and do a better job with it.
 6           Q.    Who currently owns the
 7      organization?
 8           A.    It is a joint venture between NBC
 9      and Donald Trump.
10           Q.    Has the organization evolved over
11      the last 60 years since it was formed?
12           A.    Yes.  Definitely.
13           Q.    In what ways?
14           A.    It is now, where it started as a
15      relatively small pageant, it grew.
16               We are one of the most watched
17      events around the world.  We are
18      consistently the top-rated television
19      program in all of Latin America, many parts
20      of Asia.
21               We are -- we broadcast to 190
22      countries and Miss USA is actually seen in
23      90 countries.  Just because our following is
24      so strong people want to see who is going to
25      be competing in Miss Universe.
```

1                         Shugart - direct

2          Q.     What are the pageants that are run

3      by the organization?

4          A.     We own Miss Teen USA, Miss USA and

5      Miss Universe.

6          Q.     How does the organization get

7      contestants to participate in the

8      Miss Universe pageant?

9          A.     We have a series of franchisees

10      around the world.

11              We have the 50 states and the

12      District of Columbia and around the world we

13      have about 100 franchisees that also conduct

14      their own pageants and the winners of their

15      pageants compete in our umbrella pageant.

16          Q.     On the state level what is the

17      title awarded to the woman who wins the

18      Miss State pageant?

19          A.     It is Miss whatever the state and

20      USA so Miss Pennsylvania USA, Miss New York

21      USA.

22          Q.     The winners of the state pageants

23      compete again?

24          A.     Yes.   They will all come to

25      Miss USA and compete for that title.

```
1                    Shugart - direct
2         Q.    What does the winner of Miss USA
3    compete in?
4         A.    The winner of Miss USA will then
5    compete at Miss Universe.
6         Q.    How many countries participated in
7    the Miss Universe pageant?
8         A.    On average, usually around 90.
9         Q.    Where does the Miss Universe
10   organization get its revenue from?  How does
11   it make its money?
12        A.    There are three or four different
13   revenue streams.
14              Number one for us are host sites
15   so, because of the exposure, because we are
16   so popular, the exposure we are able to
17   provide a host country or city, it is big
18   for their tourism industry to bring us in
19   because like the Olympics or the World Cup
20   very few events can provide that kind of
21   exposure.
22              Secondly, sponsorship.  Different
23   brands that affiliate with our brand and our
24   title holders become their spokespeople or
25   their -- are seen in our telecast and our
```

1                    Shugart - direct

2    franchises around the world.

3           There are franchise fees that are

4    paid to the organization based on the

5    contestants that are competing on the state

6    or national level, and our license fee for

7    the television program from NBC Universal.

8       Q.    What was the total revenue

9    generated by the Miss Universe organization

10   last year?

11      A.    In 2011, around 30 million.

12      Q.    Let me direct your attention to

13   Exhibit 27 in your exhibit book.

14           Do you recognize Exhibit 27?

15      A.    Yes.  It is the -- our financial

16   statements.

17      Q.    If you look at page 4 --

18      A.    Yes.

19      Q.    -- total revenues for 2011?

20      A.    Yes.  Total revenue net of about

21   5.5 million.

22      Q.    That is net income and the total

23   revenue at the top line?

24      A.    The 31.

25      Q.    Right.

Shugart - direct

1

2          I mentioned in my opening

3    statement the importance of the integrity of

4    the organization and the value of the brand.

5          Tell us about how the integrity of

6    the organization matters with regard to its

7    ability to generate revenue?

8       A.    Well, the brand itself, that is

9    all we are.

10          We don't make cars, we don't do

11   anything else over 60 years where -- we are

12   an aspirational brand.  That is what we have

13   grown into be.

14          It is -- we sell dreams and

15   opportunities.  Some of our most -- to go

16   through our system, it is the opportunity of

17   something that you will never have a chance

18   to experience again.

19          It is a competition and it is

20   based on integrity.  It is based on our

21   reputation that you can compete and really

22   have a chance at having a life altering

23   experience.

24       Q.    And in your experience do the

25   sponsors and the network and advertisers

1                    Shugart - direct

2    have an expectation of that integrity?

3         A.    Absolutely.  Everyone that is

4    affiliated with our brand, and even our fans

5    who watch the show, we are about our

6    reputation, we are about integrity and that

7    is the number one thing that we are built

8    on.

9         Q.    What happens to a young woman when

10   she is crowned Miss USA?

11        A.    Without sounding too cliche,

12   literally her life does change forever.

13             It is only 61 women who have ever

14   experienced it before but the second she is

15   crowned and the lights go off she is swamped

16   by a lot of people on stage and all the

17   people that are going to be literally

18   running her life for the next year and while

19   she is taking the photo op and meeting

20   Mr. Trump, we have a crew -- our staff will

21   go upstairs, pack up all of her belongings,

22   move her to the presidential suite and where

23   she will come back after the coronation

24   event, and she immediately flies to New York

25   the next day where everything for the next

1                           Shugart - direct

2      year is paid for and she starts her life as

3      Miss USA representing our brands,

4      representing the company and then she starts

5      her media tour.

6                    Usually, the first thing is she

7      will go on the Today show the next day and

8      really start an entire new life.

9          Q.     Let's talk about the criteria for

10     being a Miss USA contestant.  Is there an

11     age restriction?

12         A.     Yes, there is.

13         Q.     What is it?

14         A.     18 to 26.

15         Q.     Once a woman hits age 27 --

16         A.     By a certain date then she ages

17     out and can no longer compete.

18         Q.     Are there any other restrictions

19     with regard to being married or having

20     children, anything like that?

21         A.     Yes.  There are certain rules, you

22     cannot be married, never had a child, and up

23     until this year you had to be naturally born

24     female.

25         Q.     What happened this year?

1                    Shugart - direct

2        A.     This year in Canada someone was

3    disqualified on the Canadian pageant for

4    being a transgendered contestant and after

5    much debate she was allowed to compete.

6        Q.     Allowed by the organization to

7    compete?

8        A.     Yes.

9        Q.     When did that happen?

10       A.     End of March, beginning of April

11   of this year.

12       Q.     Was that a controversial decision?

13       A.     Very.

14       Q.     In what respect?

15       A.     Obviously, there were a lot of

16   different viewpoints on both sides.

17              We really looked extensively --

18   being a worldwide organization obviously

19   there are different viewpoints, different

20   countries around the world, and so we really

21   looked at the Olympic model to -- as really

22   a road map of what kind of decision because

23   in the Olympics you are allowed to compete

24   if you are a transgendered athlete.  I know

25   that was controversial.

1    Shugart - direct

2         So we -- there were certainly a

3    lot of people felt it was not the right

4    decision and others that were very, very

5    supportive of the decision.

6         Q.   Are contestants in the Miss USA

7    pageant required to sign an agreement?

8         A.   Yes, they are.

9         Q.   Let me direct your attention to

10   Exhibits 1 and 2 in your book.

11        A.   I will definitely need glasses for

12   this one.

13        Q.   I don't blame you.

14             For starters, tell us what Exhibit

15   1 is and what Exhibit 2 is.

16        A.   Exhibit 1 is the contestant entry

17   form to compete at the Miss USA competition.

18        Q.   And what is Exhibit 2?

19        A.   These are the rules and

20   regulations for the state pageant.

21        Q.   Were Exhibits 1 and Exhibit 2

22   signed by anyone?

23        A.   Yes, they were.

24        Q.   By whom?

25        A.   Sheena Monnin and she initialed

1                    Shugart - direct

2    every page here.

3         Q.    She came up through the

4    Pennsylvania pageant?

5         A.    Yes, she did.

6         Q.    She became Miss Pennsylvania USA

7    2012?

8         A.    Yes, she did.

9         Q.    Let me direct your attention to

10   paragraph 5L of Exhibit 1 on page 7.

11        A.    Okay.

12        Q.    Without reading it into the record

13   just, if you can, tell us what this

14   paragraph speaks to.

15        A.    It speaks that she -- how she

16   agrees to conduct her activities in

17   accordance with our rules and regulations

18   and it speaks to she will not subject the

19   organization to ridicule or she won't

20   disparage the organization.

21             And it really speaks to our

22   reputation and the integrity of the

23   organization.

24        Q.    Her commitment and agreement not

25   to put the reputation of the organization at



```
 1                    Shugart - direct
 2      risk?
 3          A.    Yes, that is correct.
 4          Q.    And let me just direct your
 5      attention to paragraphs 5B and 5F as well.
 6          A.    Okay.
 7          Q.    Again, generally, what do those
 8      paragraphs speak to?
 9          A.    Again, it speaks to her
10      participation in the pageant and that she
11      agrees she will be following our rules and
12      requirements and of the pageant.  It speaks
13      to our reputation.
14          Q.    Again, she agrees not to violate
15      any rights or cause any injury or harm to
16      the organization?
17          A.    Yes.
18          Q.    Are there similar provisions in
19      Exhibit 2 with regard to the state pageant?
20          A.    Yes, there are.
21          Q.    Just collectively can you explain
22      for us the reasons why these provisions are
23      set forth in the Miss Pennsylvania and then
24      the Miss USA pageant agreements?
25          A.    Again, it all speaks to our
```

1               Shugart - direct

2    reputation.

3               It all speaks to what we are built

4    on and integrity and our reputation is if we

5    have a good reputation that is how we

6    flourish as an organization, that is how we

7    grow as an organization, and by -- if any

8    action of a contestant brings the

9    organization into disrepute then it will

10   damage the organization.  She agrees that

11   she won't do anything.

12      Q.    Are judges for the various

13   pageants also required to act with

14   integrity?

15      A.    Yes, absolutely.

16      Q.    Are they bound by any agreements?

17      A.    Yes, they are.

18            THE ARBITRATOR:  Before we move

19   on, can I assume that you are offering

20   each of these exhibits?

21            MR. BALBER:  I didn't know what

22   kind of procedure you wanted to use.

23            Yes.  I am happy to offer them.

24   If you want me to go through the

25   exercise absolutely.  I have had

```
1                    Shugart - direct
2        arbitrators --
3               THE ARBITRATOR:  You want to put
4        them all in at the end?
5               MR. BALBER:  I am happy to do it
6        seriatim.
7               Why don't we just offer --
8               THE ARBITRATOR:  27 is first.
9               MR. BALBER:  Exactly.  27.  Let's
10       offer 27 and 1 and 2.
11              THE ARBITRATOR:  27 and 1 and 2
12       are admitted.
13              (Claimant's Exhibit 27 received in
14       evidence)
15              (Claimant's Exhibit 1 received in
16       evidence)
17              (Claimant's  Exhibit 2 received in
18       evidence)
19  BY MR. BALBER:
20       Q.   Let me direct your attention to
21   Exhibits 3, 4, 5 and 6.  Let's start with
22   Exhibit 3.
23       A.   Yes.
24       Q.   What is Exhibit 3?
25       A.   This is a document that our judges
```

```
 1                    Shugart - direct
 2      sign just in -- to -- in compliance with the
 3      Communications Act.
 4               This is actually something we sign
 5      with NBC Universal, just that they -- it
 6      speaks that they have not received any
 7      payment or disclosed anything that they
 8      would need and that they are actually able
 9      to judge and there has been in -- they have
10      not received any financial payments on the
11      side.
12          Q.    Okay.  Then what is Exhibit 4?
13          A.    Exhibit 4 is the judge appearance
14      agreement basically saying that they have --
15      there are no conflicts, they agree to comply
16      with our rules and regulations to judge the
17      pageant and that there is nothing that would
18      preclude them from judging the pageant, they
19      haven't met the contestants and they agree
20      to follow all our rules basically.
21          Q.    Exhibits 5 and 6?
22          A.    5 and 6 are our judges handbooks;
23      one for the preliminary panel and the final
24      telecast panel basically outlining what the
25      experience will be, what we are looking for
```



                        Shugart - direct

1
2      in contestants and really the rules again of

3      making sure that they know exactly what is

4      expected and taking the whole event

5      seriously.

6              MR. BALBER:  We offer Exhibits 3

7          through 6.

8              THE ARBITRATOR:  3 through 6 are

9          admitted in evidence.

10             (Claimant's Exhibit 3 received in

11         evidence)

12             (Claimant's Exhibit 4 received in

13         evidence)

14             (Claimant's  Exhibit 5 received in

15         evidence)

16             (Claimant's Exhibit 6 received in

17         evidence)

18     BY MR. BALBER:

19         Q.    Let's talk, if we can,

20     Ms. Shugart, about the process for the

21     Miss USA pageant.

22             I think you testified that there

23     are 51 contestants.

24         A.    Yes, there are.

25         Q.    Where do those contestants come

1                        Shugart - direct

2       from?

3            A.    All 50 states and the District of

4       Columbia.

5            Q.    And what is the first stage in the

6       Miss USA competition?

7            A.    The first stage is actually on the

8       state level.

9            Q.    Once we get to 51?

10           A.    We have the preliminary

11      competition in which all 51 contestants

12      compete in swimsuit, evening gown and

13      interview.

14           Q.    Is the preliminary competition

15      aired on television?

16           A.    No.  It is webcast.

17           Q.    Are there judges for that part of

18      the competition?

19           A.    Yes, there are.

20           Q.    How many judges?

21           A.    Usually around seven or eight.

22           Q.    What is the set of characteristics

23      or criteria for those seven or eight judges?

24           A.    Usually we look for industry

25      professionals in the entertainment industry,



1               Shugart - direct

2    the fashion industry, media, business

3    community, people that are all successful in

4    their field and that would know what we

5    would be looking for in Miss USA.

6               Sometimes we have people in the

7    beauty industry that could envision having a

8    winner come on as one of their spokespeople.

9       Q.    Do you give any kind of

10   presentation to these preliminary judges

11   about what they should expect, how they

12   should conduct themselves?

13      A.    Definitely.

14      Q.    You personally do that?

15      A.    Yes.

16      O.    When, in the process, do you do

17   that?

18      A.    Well, when the judges come in the

19   preliminary competition is usually over a

20   two or three-day period.

21              So I will meet with the judges

22   when they first come in and I will talk to

23   them and thank them for giving up a lot of

24   time and explain how serious the process is

25   because it is -- it is very strange because





```
1                    Shugart - direct
2      whoever is crowned Miss USA is the face of
3      our company.
4             We work with her for a year yet it
5      is up to the judges to actually make the
6      hire for us.  They are hiring the face of
7      our company.
8             It is interesting because I am
9      dependent upon them to make good choices.
10     Q.    So anything else you say to them
11     as part of that --
12     A.    Yes.  I go through the whole
13     process of basically what really the
14     technical -- what to expect, what will be
15     happening in the interview process, the
16     chance that they will have to speak with
17     each contestant and the criteria of what we
18     are looking for and make it very, very clear
19     that I am looking for somebody with an "it"
20     factor.
21            I am not looking for a particular
22     skin color, height, hair color or anything.
23     I am just looking for -- I try to give them
24     the tools to say here is somebody that could
25     go on to be Miss USA and that is what I talk
```

1                    Shugart - direct

2    through with them.

3         Q.    Do you also speak to the 51

4    contestants during the preliminary phase?

5         A.    I do.  I speak to the contestants

6    actually several times throughout the

7    three-week period.  They are on location for

8    three weeks.

9              I -- the first time I speak to

10   them is within the first couple of days

11   after they registered and everything has

12   been set up.

13             And I just -- when I talk to the

14   contestants the first time it is really to

15   welcome them and let them know they are

16   the -- they are the only class of 2012.

17             There will be no other group that

18   will ever be able to say they are part of

19   this.  It is up to them to make the most of

20   the experience and I elaborate on that.

21        Q.    What else do you say to them in

22   that regard?

23        A.    Well, actually I make it very,

24   very clear that they should all be very

25   proud that they made it there.

1          Shugart - direct

2              Somebody once said that the odds

3      of making it to a Miss USA pageant, you have

4      better odds of actually playing in the NFL,

5      but I do make it clear that they are there

6      for three weeks and they have all of these

7      women who -- like-minded women who are

8      coming together and they need to make the

9      most of that experience because they will

10     probably have friendships out of this that

11     will last for the rest of their lives.

12             And it is about pushing the

13     envelope for yourself, growing as a person,

14     and the fact that they made it there says a

15     lot about who they are and what they can

16     accomplish in life.

17             And I also make it very, very

18     clear that in that room only one of those --

19     only one of them is going to go and

20     ultimately become Miss USA so the odds are

21     against you from the beginning but it is in

22     their -- they have the opportunity and they

23     have the ability, they need make sure, so

24     therefore they need make sure they make the

25     most of the experience because there could

1                    Shugart - direct

2       be out of 51, there could be 50 disappointed

3       people if they didn't approach the process

4       properly.

5            Q.    In fact, there will be 50 who end

6       up not becoming Miss USA?

7            A.    Exactly.

8            Q.    During this preliminary process

9       over that three weeks do you speak to the 51

10      contestants about the judging process?

11           A.    Yes, I do.

12           Q.    What do you say to them in that

13      regard?

14           A.    Just before the preliminary

15      process I talk to them about, usually,

16      interviews first.

17                 So I talk to them about just being

18      themselves and really they will have the

19      opportunity meet all of these industry

20      professionals who are there just because

21      they want to hear what they have to say.

22                 And, again, make the most of the

23      experience.  Here are people that really

24      want to hear what you have to say.

25                 I talk to them about how to relax

```
 1                    Shugart - direct
 2    and just enjoy the process and then I
 3    introduce them to Tal Goldhamer from Ernst &
 4    Young.
 5              He comes in with me and we explain
 6    the process together.
 7         Q.    What do you two say to the girls,
 8    the 51 girls, about the judging process and
 9    the role of Ernst & Young?
10         A.    Well, when I first introduce Tal I
11    first say he is the person who audits the
12    ballots, he is the person that knows before
13    anybody else who Miss USA is going to be so
14    he is a very, very important person.
15              And they always have a moment
16    where they ooh and ahh over him and let them
17    know he just got married and I think it
18    mostly embarrasses Tal but then we talk
19    about the process and I make -- talk about
20    the fact that Ernst & Young is very, very
21    important because the fact that he is there
22    to really show -- to verify the process, to
23    oversee the process and that is why he is
24    the person that knows the results and so I
25    also say he is also the traffic cop.
```

Shugart - direct

1
2        He is there during the entire
3    process so if they have any questions during
4    the interview, where to go or whatever, just
5    look to Tal and Tal will point them in the
6    right direction.
7        He will have them sign a sheet
8    after the interview saying they have been
9    through the process.
10    Q.    Was Ms. Monnin present during your
11    conversation with the 51 girls about the
12    role of Ernst & Young and the auditing and
13    the judging process?
14    A.    Absolutely.
15        THE ARBITRATOR:  Are they told
16    anything about confidentiality in the
17    process?
18        THE WITNESS:  As far as
19    confidentiality?
20        THE ARBITRATOR:  While the judging
21    is going on or while people are being
22    evaluated.
23        THE WITNESS:  They know that all
24    the votes are kept confidential.  That
25    is really all we really speak to.

1        Shugart - direct
2            We also make it very, very clear
3        that the judges are there for their own
4        individual votes and that even the
5        judges will not speak to each other
6        about what -- how they are feeling.
7            THE ARBITRATOR:  Is that part of
8        the rules with judges?
9            THE WITNESS:  Yes.  It is just
10       part of our guidelines and it is in our
11       handbook for the judges.  They are there
12       for their own opinion.
13           That is why we have a diverse
14       panel because out of all the diverse
15       opinions that is how we ultimately get
16       somebody who can represent everyone as
17       Miss USA.
18   BY MR. BALBER:
19       Q.    Okay.  I think you mentioned there
20       are three components of the preliminaries.
21       I think you said evening gown, swimsuit and
22       interview; is that right?
23       A.    Yes, that is right.
24       Q.    How does the voting process by
25       that seven or eight judges in the

1                       Shugart - direct

2   preliminary round operate?

3          A.     In each category after the

4   contestants have been through the process

5   the judges will circle their ten favorites

6   in each category and then those votes are

7   tabulated and we can see -- it is called a

8   mention system.

9               If you circled one, you mentioned

10  them in that category.   Out of that mention

11  system that is how we determine who received

12  the most mentions.

13         Q.     You used the word tabulate.   Who

14  does the tabulation?

15         A.     Tal Goldhamer and his associate.

16         Q.     How do the sheets get from the

17  judges to Tal Goldhamer at Ernst & Young?

18         A.     Tal and his colleague are solely

19  responsible.

20         Q.     When was the Miss USA pageant held

21  in 2012?

22         A.     The final was June 3.

23         Q.     Where was it held?

24         A.     Las Vegas.

25         Q.     Let me show you Exhibits 8 and 9.

1            Shugart - direct

2            They are actually in front of you.

3            If you can just explain what -- if

4  you can just explain to us what Exhibits 8

5  and 9 are?

6       A.    These are the preliminary -- this

7  is a sheet from -- a spreadsheet from Ernst

8  & Young with the mentions tabulated.

9       Q.    So this is the Ernst & Young

10  tabulation of the mentions you testified

11  about a minute ago?

12       A.    Yes.

13       Q.    If you look at Exhibit 10 that is

14  signed by you?

15       A.    Yes, it is.

16       Q.    What is Exhibit 10?

17       A.    That is just verifying the top 16

18  that are going ahead for the telecast.

19       Q.    I think you mentioned there were

20  15 that come out of the preliminary mention

21  process.

22            Where does the 16 --

23       A.    The 16th is an audience vote so

24  the people are voting online through the

25  process and picked the 16th.  That would be

Page 38

Shugart - direct

1
2      the 16th contestant here.   That is the order

3      they were announced in.

4          Q.    The 15 come from the tabulation

5      process that Ernst & Young performs and then

6      the 16th is picked by the audience; is that

7      right?

8          A.    Yes.

9          Q.    What happens to this universe of

10     the top 16?

11         A.    They are -- the top 16 will be

12     announced at the -- after the top of the

13     telecast.

14              MR. BALBER:  We offer Exhibits 8,

15         9 and 10.

16              THE ARBITRATOR:  They are

17         admitted.

18              (Claimant's Exhibit 8 received in

19         evidence)

20              (Claimant's Exhibit 9 received in

21         evidence)

22              (Claimant's Exhibit 10 received in

23         evidence)

24     BY MR. BALBER:

25         Q.    Do the girls know at the end of



```
 1                    Shugart - direct
 2       the preliminary competition who will be the
 3       16th and go to the finals?
 4            A.    No.
 5            Q.    When do they find out?
 6            A.    They don't find out until they are
 7       announced by our host, usually about 30
 8       minutes, 25 minutes into the telecast.
 9            Q.    By "telecast," you mean the final?
10            A.    The finals, the night of June 3.
11            Q.    Who typically are the judges for
12       the finals?  What is their background?
13            A.    Most of them are celebrities from
14       the entertainment world or sports figures, a
15       lot of people that can relate to being in
16       the spotlight and understand what we are
17       looking for or former Miss Universe or
18       former Miss USA.
19            Q.    If I could direct your attention
20       to Exhibit 7?
21                  What is Exhibit 7?
22            A.    This is the list of our telecast
23       judges this year.
24            Q.    The final judges?
25            A.    Yes, for the finals.
```

1              Shugart - direct

2      Q.    Just quickly, Exhibit 32.

3      A.    Yes.

4      Q.    What is Exhibit 32?

5      A.    This is the form that all the

6  judges sign.

7           These are the completed documents

8  saying they will comply by our rules and

9  they are subject to the sections 507 and 508

10  of the Communications Act.

11      Q.    These are the signed examples of

12  Exhibits 3 and 4 that we saw?

13      A.    Yes.  These are signed by each

14  judge.

15      Q.    By each judge for the 2012

16  Miss USA pageant?

17      A.    Right.

18           MR. COHEN:  Your Honor, going back

19      to Exhibit 7, is there any of the eight

20      judges that you would like clarification

21      on in terms of who they are?

22           THE ARBITRATOR:  I know some of

23      the names.  I don't know them all.

24           MR. COHEN:  I figured.

25

```
 1                    Shugart - direct
 2    BY MR. BALBER:
 3         Q.    Why don't you tell us who they
 4    are?
 5         A.    It was --
 6         Q.    Exhibit 7 is the list of judges?
 7         A.    Well, Mary Lou Henner is an
 8    actress from -- probably best known from
 9    Taxi and she has a production company and
10    she was on Celebrity Apprentice.
11                   Arsenio Hall.
12                   THE ARBITRATOR:  I know him.
13                   THE WITNESS:  Alex Fedotowsky, she
14         is a reality star from the Bachelorette,
15         and Rob Kardashian, one of the
16         Kardashians, 2 million Twitter
17         followers.
18                   Diana Mendoza is a former
19         Miss Universe title holder.
20                   Joe Jonas is a pop star from the
21         Jonas Brothers.
22                   Cat Cora is a celebrity chef who
23         has her own television show on Bravo.
24                   And George K, as he is called, is
25         a fashion consultant and he also has his
```

Page 42

```
 1                      Shugart - direct
 2           own television show and he is very, very
 3           big in the fashion industry.
 4                   THE ARBITRATOR:  Now I can pretend
 5           I know who all these people are.
 6                   Thank you.
 7    BY MR. BALBER:
 8           Q.    I don't know if I offered Exhibits
 9      7 and 32.
10                   THE ARBITRATOR:  It is admitted.
11                   (Claimant's Exhibit 7 received in
12           evidence)
13                   (Claimant's Exhibit 32 received in
14           evidence)
15                   THE ARBITRATOR:  32 is in.
16    BY MR. BALBER:
17           Q.    One point I want to make for the
18      record, your Honor.
19                   The actual raw data for the voting
20      which includes I guess 8, 9 and 10 as well
21      as some documents I am going to show you in
22      a minute, we need these to be treated highly
23      confidential for I think obvious reasons.
24                   The identities of who each judge
25      selected and the valuation given by each
```

Shugart - direct

1
2  judge to each contestant is something we
3  treated as proprietary in order to preserve
4  the integrity of the voting process so if we
5  can envision some kind of mechanism to
6  ensure that is treated differently than the
7  other exhibits that we proffered?
8          THE ARBITRATOR:  They will be
9      deemed confidential and I don't think I
10     probably have to make any reference to
11     them in my arbitration opinion.
12         MR. BALBER:  That is what I was
13     suggesting, certainly, by subject
14     matter, but if you don't need to get
15     into the raw data that would be helpful.
16         THE ARBITRATOR:  Right.
17  BY MR. BALBER:
18     Q.   Okay.  So now we are in the final
19  telecast.
20          Is that aired live?
21     A.   Yes, it is.
22     Q.   How long does the show last?
23     A.   It is over a two-hour period.
24     Q.   Everything is happening on the
25  spot as the show is progressing?

1                     Shugart - direct

2          A.     Yes.   It picks up speed very

3     quickly.

4          Q.     Now, before we actually get to the

5     live telecast, do you do any kind you

6     briefing for the eight celebrity judges

7     similar to what you do for the preliminary

8     judges?

9          A.     Yes.

10         Q.     What does that entail?

11         A.     There are two components of this.

12                Because the celebrity panel, they

13    aren't there for the three days, they have

14    literally this two-hour period, I try to

15    give them as many tools as I can to let them

16    know what we are looking for.

17                So I have two different briefing

18    periods.

19                First is to give an overview of

20    what we are looking for in a Miss USA and

21    what her life for the next year will entail.

22                And then there is the -- also the

23    computer briefing process but I definitely

24    talk to them first about just how important

25    it is what they are doing and how serious

1                    Shugart - direct

2    this is; that, yes, it is a unique

3    experience and they are going to have a good

4    time but they are there for a very, very

5    important job, and what they are going to do

6    is literally going to change somebody's life

7    forever, whoever they pick is -- their life

8    will never be the same.

9            I try to drive that home with the

10   judges and I want to make sure they take

11   that very, very seriously.

12           And it does -- I also make it

13   clear that these are all very beautiful,

14   very accomplished young women so they have a

15   very difficult job.

16           So I sort of give them overviews

17   to the fact of the go-to rule-of-thumb is

18   they are all going to be walking a red

19   carpet with someone and they -- they all

20   walk red carpets so if they are going be

21   going there and they hear Miss USA is there

22   or going to be at the event I want them to

23   be able to walk in and say, of course, that

24   is Miss USA, whatever vision they have in

25   their head.

1        Shugart - direct

2            I don't want them to walk in and

3    say, really, that is Miss USA.

4            I really need them to take it

5    very, very seriously because they are

6    selecting -- they are dictating how our

7    brand will be for the next year.

8        Q.    You mentioned there is a second

9    component of the briefing you give to the

10   final telecast judges.

11       A.    Yes.  After we talk about that and

12   answer the questions and they usually do

13   have a lot of different questions we then go

14   into the -- we clear the house and we

15   schedule at a time when the contestants

16   aren't there so they don't run into anybody

17   where we sit them in their seats for the

18   telecast and go over the computer system

19   with them.

20       Q.    That is how they register their

21   votes?

22       A.    Yes.

23       Q.    If you can walk us through what

24   that computer component briefing entails?

25       A.    It is really two things.  This way

```
1                    Shugart - direct
2      they know where they will be sitting and
3      there is actually -- it almost looks like a
4      telephone key pad in front of them.
5           Q.    Let me show you -- we can either
6      mark it as an exhibit or use it as a
7      demonstrative.
8                  Why don't we mark it as Exhibit
9      35?
10                 THE ARBITRATOR:  Okay.
11   BY MR. BALBER:
12           Q.    What is Exhibit 35, Ms. Shugart?
13           A.    This is the key pad on the
14   computer system that each judge has in front
15   of them.
16           Q.    What do they do with it?
17           A.    That is how they input their votes
18   for each competition.
19           Q.    I see there is some -- three, a
20   green, yellow and red box up there.  What is
21   that?
22           A.    That is our stoplight.
23                 It is green -- when it is green it
24   means voting is open.
25                 When it is yellow it means you
```

1                          Shugart - direct

2        have to wrap it up pretty quickly.

3                    Red means voting has stopped.

4            Q.     What do they do with the numeric

5        key pad below the lights?

6            A.     That is how they input their

7        votes.  If they, it can go anywhere from a

8        1.0 to a 9.99 so they will -- they use the

9        key pad to -- as they are watching the

10       competition.  That is how they input their

11       vote for each contestant.

12           Q.     What happens to the information

13       they are inputting on the key pad?

14           A.     It is tied -- it will go

15       automatically straight back to the computer

16       operators in the Ernst & Klein section at

17       the back of the house.

18           Q.     Ernst & Young?

19           A.     Ernst & Young.

20                  Ernst & Klein is my market next

21       door which I needed to stop by and get

22       water.

23                  The Ernst & Young -- please don't

24       tell Tal I said that.

25                  The Ernst & Young table is at the

1                      Shugart - direct
2       back of the auditorium.
3            Q.    The data goes right from the
4       judge's key pad to the Ernst & Young secure
5       area?
6            A.    Yes.
7            Q.    Are all the votes for every judge
8       is counted for every girl?
9            A.    Yes, they are.
10           Q.    Do you throw out any votes, high
11      or low?
12           A.    Yes, just like the Olympics, they
13      throw out the high and the low score.
14           Q.    The remaining six votes are
15      tabulated?
16           A.    Yes.
17           Q.    And the girls are also -- strike
18      that.
19                 It is also explained to the girls
20      how this computer key pad and the voting
21      works?
22           A.    Yes.
23           Q.    Ms. Monnin was present for that
24      part of the instruction as well?
25           A.    Yes.  Really for them they don't

1                    Shugart - direct

2       tend to care as much -- they really care

3       about what are the judges looking for and

4       their patterns because while the judges are

5       voting there is a pattern that the girls are

6       walking at that time.

7           Q.    Why don't you tell us what that

8       entails?

9           A.    It is -- because it is a two-hour

10      telecast and there is a lot to fit in, we

11      have 16 contestants in swimsuit.

12              Each contestant, when she

13      completes will walk down the stage, down the

14      runway to the judges, and there are

15      different cameras they look at.

16              The judges also have a television

17      monitor there next to them.  I explain to

18      the contestants that if a judge is looking

19      down they also have a monitor so   - because

20      it is a sensitive time.

21              I want to make sure and I do make

22      it clear to the judges that this isn't a

23      fashion show.  They really need to connect

24      with each contestant because this is the

25      biggest moment of her life so just to smile

```
                        Shugart - direct
 1
 2      and even if they don't think she should go
 3      on, they should smile back.
 4              I talk to the contestants about
 5      that and making sure that they make the
 6      moment -- most of the 30 seconds they are
 7      literally in front of the judge.
 8              When they walk down and have their
 9      pattern the judge will -- this gives them an
10      opportunity during the briefing to rehearse
11      the pattern.
12              We have our choreographers and
13      stage managers who will give the judges a
14      sense of what the timing is going to be that
15      night.
16              So we sit there and we practice
17      with them just so they can get the rhythm
18      and they know how much time they have so
19      they realize it is a very, very quick
20      process so they have to have a rhythm.
21          Q.    What is the first event during the
22      final telecast?
23          A.    Swimsuit.  After the top 16 have
24      been announced then they compete in
25      swimsuit.
```

1                     Shugart - direct

2          Q.     Again, 16 announced, that is the

3     first time that the 51 girls know who the 16

4     will be?

5          A.     Yes.

6          Q.     The top 16 do the swimsuit and

7     there is voting, right?

8          A.     Yes.

9          Q.     Let me show you what has been

10    marked as Exhibit 11.

11               What is Exhibit 11?

12         A.     This is the dot matrix printout of

13    the voting during the swimsuit category

14    competition.

15         Q.     Just if you can walk us through

16    what the information is on the top of the

17    page?

18         A.     That was the order that all 16

19    girls competed in and these are the scores

20    and then from each individual judge and

21    below are the top ten out of that.

22         Q.     You see where it says J number 01,

23    J number 02 across to 8?

24         A.     Yes.

25         Q.     What do those numbers correspond

```
 1                  Shugart - direct
 2      to?
 3           A.     The judges that you saw, I think
 4      it was Exhibit 8.
 5           Q.     Exhibit 7.
 6           A.     7.  Judge 1, Mary Lou Henner, et
 7      cetera, that corresponds to each of those
 8      judges.
 9           Q.     The numbers for each judge are
10      what they input into the key pad?
11           A.     Yes.
12           Q.     And then this all goes to Ernst &
13      Young and this dot matrix printout is
14      generated by who?
15           A.     By the computer operators who are
16      sitting with Ernst & Young and --
17           Q.     And then at the bottom there is a
18      list of states, right?
19           A.     Yes.  Those would be -- that is
20      the order of who received the highest
21      scores, highest to lowest.
22           Q.     There is a line under number 10.
23      Do you see that?
24           A.     Yes.
25           Q.     What does that mean?
```

1                    Shugart - direct

2          A.     That is where Tal Goldhamer drew

3     the line knowing that is the top ten.   Those

4     were the top that are going on to the

5     evening gown.

6          Q.     What happens with this list once

7     it is generated?

8          A.     With this list?

9          Q.     Yes.

10         A.     I don't actually see this list for

11    weeks so this comes by -  Tal brings it from

12    the Ernst & Young office probably a month

13    after the show.

14              THE ARBITRATOR:  It is printed out

15         for Ernst & Young people?

16              THE WITNESS:  Yes.  It is printed

17         out right there during the telecast.

18              So he -- and obviously he will

19         speak better to the process, but he will

20         take these numbers and he has his own

21         system to double and triple check

22         everything.

23    BY MR. BALBER:

24         Q.     Do you know what he does with the

25    list of the top ten once he tabulated it and

1                    Shugart - direct

2      cross checked it?

3          A.    Yes.  He has -- he will put a list

4      together which he or his colleague will then

5      take up to the stage but the first thing he

6      does is he will call the production truck

7      because it is really just two or three

8      minutes commercial break so he will call

9      them right away to get the message to the

10     director who made it to the top ten and the

11     order that they are going to be called in.

12             He has a random order that he puts

13     them in.

14         Q.    By "random order," what do you

15     mean by that?

16         A.    This top ten that you see here,

17     this is where he draws the line, this is the

18     order from who got the highest score to the

19     lowest.

20             He mixes it up in a random order

21     so you wouldn't know who got the highest

22     score.

23         Q.    Out of the top ten?

24         A.    Out of the top ten.  If we read

25     this order 0, then you would say, oh, I

1                      Shugart - direct
2       don't know who it was.  I don't know if that
3       was Nevada.
4             Q.     Nevada is the highest, yes?
5             A.     So Nevada would be in the lead.
6       You wouldn't want to release that particular
7       order.
8                    You want to say it is random so
9       every contestant knows they have an equal
10      chance going forward.
11            Q.     Out of the top ten?
12            A.     Yes.
13                   THE ARBITRATOR:  How do the judges
14      learn of the top ten?
15                   THE WITNESS:  They don't know
16      until it is announced by the host.
17      BY MR. BALBER:
18            Q.     When do you learn of the top ten?
19            A.     I don't know until it is announced
20      by the host.
21            Q.     When does Mr. Trump learn?
22            A.     That is when he finds out.  I
23      think he and I are the two most nervous
24      during that time.
25            Q.     Is it fair to say the only people

Shugart - direct

1
2   who know before it is announced are Mr.
3   Goldhamer and his team from Ernst & Young
4   and the people he calls in the production
5   truck?
6        A.     The essential people in the
7   production after he has called them.
8        Q.     And the dot matrix printout is
9   printed in front of Mr. Goldhamer?
10       A.     Yes.
11       Q.     He then puts together the list and
12  he then calls the truck and gives it to the
13  host?
14       A.     Yes.
15       Q.     And then you and Mr. Trump and the
16  girls and the world hear it at the same
17  time?
18       A.     Yes.
19            THE ARBITRATOR:  Does he actually
20       give the written printout to the
21       director, the people who are running the
22       production?
23            THE WITNESS:  No.  He just calls
24       it.  There wouldn't be enough time.
25            THE ARBITRATOR:  He just calls in

```
 1                    Shugart - direct
 2        the names?
 3               THE WITNESS:  Yes.
 4     BY MR. BALBER:
 5         Q.    The names are the names of the
 6     girls or the names of the states?
 7         A.    The states.
 8         Q.    Okay.
 9               So now we are down to ten.  What
10     happens next?
11         A.    Well, there -- the top ten are
12     announced and they go backstage and they
13     prepare for evening gown.
14         Q.    How does the evening gown round
15     work?
16         A.    The process is exactly the same as
17     swimsuit.
18               The judges have the key pad.  They
19     rate the girls in evening gown based upon
20     the criteria I give them.
21               It is not about the dress.  Some
22     people can afford an expensive dress but
23     some people can't.
24               We had a girl literally win once
25     with a dress she made out of her curtains
```

Shugart - direct

1

2    just like Carol Burnett.

3              THE ARBITRATOR:  I remember that

4         one.

5              THE WITNESS:  I saw it in the

6         window.

7              I make that clear.  I just say it

8         is how the woman carries herself and so

9         that is the same process.

10   BY MR. BALBER:

11        Q.    Same scoring, data is sent to

12   Ernst & Young and then let's look at Exhibit

13   12.

14              What is Exhibit 12?

15        A.    Well, it is the dot matrix

16   printout from swimsuit to evening gown, or,

17   yes, after evening gown, I am sorry.

18        Q.    Again you have J number 01 through

19   08 on top?

20        A.    Yes.

21        Q.    Those are the judges we have

22   identified?

23        A.    Yes.

24        Q.    Then the numbers beneath that are

25   what?

                    Shugart - direct

1

2        A.    Who is going to be going to the

3    top five.

4        Q.    Again, there is a ranking at the

5    bottom of the page?

6        A.    Yes.

7        Q.    What happens with that

8    information?

9        A.    It is the exact same process.  Tal

10   will go -- after he double and triple checks

11   it he then calls the production truck and

12   then he or a colleague will take the results

13   up to the host back stage.

14       Q.    Does Mr. Goldhamer take that top

15   five and put it in random order?

16       A.    It is completely random order.

17       Q.    Why does he do that?

18       A.    So you don't know who won what

19   particular category.  It is an even playing

20   field.

21       Q.    For that top five?

22       A.    Yes.

23             THE ARBITRATOR:  So the top five

24       are identified by correlating the top

25       numbers combining the numbers for the

```
1                    Shugart - direct
2        swimsuit.
3                THE WITNESS:  Yes.
4                THE ARBITRATOR:  And the gown?
5                THE WITNESS:  Yes.
6     BY MR. BALBER:
7          Q.    Then again Mr. Goldhamer calls the
8     truck?
9          A.    Yes.
10         Q.    And the list goes up to the host?
11         A.    Yes.
12         Q.    And again when do you know who the
13    top five are?
14         A.    Again, I know when the hosts
15    announce.
16         Q.    The same for Mr. Trump?
17         A.    Yes.
18         Q.    And everybody else?
19         A.    Yes.  There are a handful of
20    people that know who is in the top five and
21    I am not one of the handful.
22         Q.    They are all Ernst & Young and
23    technical people?
24         A.    Yes.
25         Q.    Now, what happens with the top
```



                        Shugart - direct

1
2      five?  What do they do next?
3           A.    They have the two interview
4      portions of the show where they are usually
5      asked one question about something that they
6      are involved, something from their bio, just
7      an opportunity for the judges to get to know
8      them a little bit, and then we have the
9      final question portion where they will take
10     a -- pick a name out of the bowl and a judge
11     will ask a question.
12          Q.    What happens next once they answer
13     those two questions?
14          A.    Once they answered the two
15     questions there is a final look portion
16     where the judges will have their notes or
17     what they have made a decision over the
18     course of the two hours.
19               At that point this key pad changes
20     a little bit and they just do a ranking
21     system as opposed to the Olympic scoring of
22     9.99.
23               They basically -- these top five,
24     1 through 5, will just light up and as each
25     contestant steps forward if the judge thinks

Shugart - direct

1    you should be Miss USA she will get a number

2    1 ranking so if the girl steps forward that

3    is my Miss USA they will hit 1 and that

4    light will go out so they can't make the

5    mistake of voting the same number twice.

6         Every light will go out until all

7    five contestants --

8         Q.    What happens to 6, 7, 8, 9 and

9    zero?

10        A.    Those are all dark.  Just 1

11   through 5 are lit up.

12        Q.    What happens to the information

13   that the judges input regarding their 1

14   through 5 ranking?

15        A.    It is the same.  It goes straight

16   to the Ernst & Young section at the back of

17   the house with the computer operators.

18        Q.    Let me show you what has been

19   marked as Exhibits 13 and 14.

20        Start with Exhibit 13.  What is

21   that?

22        A.    That would be the top five

23   ranking, the voting after the top five.

24        Q.    Again, we have the same judges



1                      Shugart - direct

2      number 1 through 8?

3          A.    Yes.

4          Q.    And then there is numbers beneath

5      them that are 1, 2, 3, 4 and 5?

6          A.    Yes.

7          Q.    And then if we can look at Exhibit

8      14 for a second?  What is that?

9          A.    This was a form that is generated

10     by Tal at Ernst & Young just showing how the

11     judges voted for each contestant.

12              It is showing the variety that

13     they are -- obviously the reason the judges

14     are picked, there are a lot of different

15     opinions which is actually something, too,

16     just -- I do make that clear to the judges,

17     that even if you vote number 1 for someone

18     it is very important in the ranking for 2,

19     3 -- someone could win on a second or third

20     place vote so they have to take every single

21     vote very seriously.

22         Q.    Who was the winner of Miss USA

23     2012?

24         A.    Rhode Island, Olivia Culpo.

25         Q.    You see she had two first place

```
 1                    Shugart - direct
 2    votes?
 3         A.    Yes.
 4         Q.    How did she win?
 5         A.    How did she win?
 6         Q.    She had only two first place votes
 7    but she was able to win anyway?
 8         A.    Yes.  She had two first place
 9    votes.  She had three second place votes.
10    The second place vote was very, very
11    important.
12              She had no fifth place votes.
13    That is another thing I make clear to the
14    judges, who you put fifth.
15              In the past I have had people that
16    won because they didn't have fifth place
17    votes which also happened here.
18              MR. BALBER:  Before I forget, we
19         offer Exhibits 11, 12, 13, 14 and 35?
20              THE ARBITRATOR:  Okay.  They are
21         admitted in evidence.
22              (Claimant's Exhibit 11 received in
23         evidence)
24              (Claimant's Exhibit 12 received in
25         evidence)
```



1              Shugart - direct

2              (Claimant's Exhibit 13received in

3        evidence).

4              (Claimant's Exhibit 14 received in

5        evidence)

6              (Claimant's  Exhibit 35 received

7        in evidence)

8              THE ARBITRATOR:  Physically where

9        are the Ernst & Young people?

10             THE WITNESS:  They are in a

11       secluded section of the auditorium but

12       they are close enough in case they need

13       to run up to the judges and so they have

14       a line of sight of the stage but they

15       are in a section by themselves.

16             THE ARBITRATOR:  Do the

17       contestants have any contact?

18             THE WITNESS:  No.

19             THE ARBITRATOR:  Are they anywhere

20       near them?

21             THE WITNESS:  No.  We make sure

22       that we keep them as far away and away

23       from parents and everything else.

24  BY MR. BALBER:

25        Q.    You will hear from Mr. Goldhamer

Shugart - direct

1   next who can probably answer it even with

2   more specificity.

3

4         You mentioned a minute ago that

5   the winner was Miss Rhode Island?

6       A.    Yes.

7       Q.    Do you know what her last question

8   was?

9       A.    Yes, I do.

10      Q.    What was it about?

11      A.    This was the first year we had

12  audience participation.

13        We had a Twitter question that was

14  selected and we had a lot of good

15  submissions, a lot of people sent potential

16  final questions, but overwhelmingly there

17  was one about transgender.

18        A lot of people had asked about

19  the transgender issue so she was asked how

20  she would feel if she lost the title to

21  someone who was transgender contestant.

22      Q.    What did she say?

23      A.    She had a very, very thoughtful

24  answer.

25        She really saw both sides of it

Shugart - direct

1

2      but I think she came to the conclusion of,

3      but really who am I to step in the way of

4      somebody's happiness.

5              You could tell she was kind of

6      really thinking a lot about it.

7          Q.    All right.

8              Was there anything different about

9      the 2012 Miss USA pageant relative to all

10     the other pageants you have been involved

11     with during your 12 years at Miss Universe?

12         A.    Yes.  Overall it was the same

13     right after the show.

14         Q.    What was different this time?

15         A.    I started hearing a little bit of

16     a buzz.  There was a lot of activity going

17     on but I started to hear a little bit of a

18     buzz that there was a contestant backstage,

19     who had been backstage, who was upset during

20     the show or was starting to say things about

21     the show.

22         Q.    Did you come to learn that she

23     sent any texts?

24         A.    Yes, I did.

25         Q.    Let me show you what has been





1                          Shugart - direct

2        marked as Exhibit 15.

3                  What is Exhibit 15?

4        A.     This is a text from Sheena Monnin,

5        Miss Pennsylvania USA, to her state director

6        right after the top 16 were announced.

7        Q.     Who was her state director?

8        A.     Randy Sanders.

9        Q.     You see the time at the top of the

10       page?

11       A.     Yes.

12       Q.     Where does that fall during the

13       telecast?

14       A.     That would have been probably

15       about, I would have to double-check but it

16       would probably be within 15 minutes after

17       the top 16 had been announced.

18       Q.     Sorry.  What is -- what is the

19       name of the state director?

20       A.     Randy Sanders.

21       Q.     What did Ms. Monnin say to Randy?

22       A.     She says this is F-ing rigged,

23       Randy.  Seriously.  Colorado, South

24       Carolina.  So she -- I am done.  This is

25       ridiculous.  It is obviously rigged so the



1                     Shugart - direct
2      girls they want can shine.  They kept
3      several beautiful girls out for that reason.
4          Q.     These text are referring to the
5      top 16 that were announced?
6          A.     Yes.
7          Q.     And this is being sent by her
8      while the final telecast is still on the
9      air?
10         A.     Yes.  The contestants at that
11     point would have been ready to compete in
12     swimsuit.
13         Q.     She was claiming that the top 16
14     was rigged?
15         A.     She was saying -- she was claiming
16     it was rigged and citing the fact at that
17     point because two contestants that she
18     didn't think should be in were.
19         Q.     Did Ms. Monnin send any other
20     communications over the next day?
21         A.     Yes, she did.
22         Q.     Let me show you what is marked as
23     16.
24                We offer 15.
25                THE ARBITRATOR:  15 is admitted.



1                       Shugart - direct
2                (Claimant's Exhibit 15 received in
3        evidence)
4    BY MR. BALBER:
5        Q.    What is Exhibit 16?
6        A.    This is an e-mail from Sheena to
7    her state director saying that she was
8    resigning because she could not be part of a
9    system that would allow natural born males
10   to compete.
11       Q.    And she is referring to the
12   decision that the organization made to let
13   transgender --
14            THE ARBITRATOR:  Where does she
15       make reference --
16            MR. COHEN:  The bottom of page 1,
17       Exhibit 16.
18            THE ARBITRATOR:  I see it.
19       Thank you.
20            THE WITNESS:  It goes against
21       every moral fiber of her being.
22   BY MR. BALBER:
23       Q.    This was sent by Ms. Monnin to
24   Randy Sanders, her state director, the next
25       morning, correct?



1                    Shugart - direct

2        A.    Yes, which I was a little

3   surprised at that point.

4        Q.    Tell me why.

5        A.    Because -- not against -- I mean,

6   if she had an issue with our decision but

7   the fact that the decision had been made in

8   the beginning of April, over two months

9   earlier, I thought it was odd that she was

10  taking a stand on this the day after the

11  pageant in which she didn't win.

12       Q.    And, in fact, didn't advance to

13  the final 16?

14       A.    Didn't make the top 16.

15            MR. BALBER:  We offer Exhibit 16.

16            THE ARBITRATOR:  Admitted.

17            (Claimant's Exhibit 16 received in

18       evidence).

19  BY MR. BALBER:

20       Q.    Did Ms. Monnin continue to make

21  public statements after she sent Exhibit 16

22  to her state director?

23       A.    Yes, she did.

24       Q.    Let me show you Exhibit 17.

25            What is Exhibit 17?

1                     Shugart - direct

2          A.     This was one of her Facebook

3     posts.

4          Q.     What did she say here?

5          A.     That she was resigning her

6     position of Miss Pennsylvania and that she

7     was removing herself from the Miss Universe

8     organization because she considered us to be

9     a fraudulent organization and lacking in

10    morals.

11               She took a couple of shots at the

12    organization.  So -- and that she would not

13    support the system in any way and that we

14    were -- that -- I guess the particular line,

15    "In my heart I believe in honesty, fair play

16    and fair opportunity and my moral integrity

17    which are not part of our system."

18               THE ARBITRATOR:  When was that

19          e-mail sent or Facebook post?  Do we

20          know?

21               MR. BALBER:  Yes.  This was the

22          next day.

23               THE WITNESS:  This was on the 5th.

24    BY MR. BALBER:

25          Q.     Of June?

1              Shugart - direct

2      A.    June.  The pageant was the 3rd.

3      Q.    If --

4      MR. BALBER:  We offer Exhibit 17.

5      THE ARBITRATOR:  Admitted.

6      (Claimant's Exhibit 17 received in

7    evidence)

8  BY MR. BALBER:

9      Q.    If we can now turn to Exhibit 18?

10           What is Exhibit 18?

11     A.    There was a further Facebook post

12   that she made two days after the pageant.

13     Q.    What does she say here?

14     A.    Here is when she asserts that the

15   pageant was rigged.

16     Q.    What does she say in that regard?

17     A.    She said that she -- that a

18   contestant had -- that the -- there was a

19   list that had the top five in the exact

20   order that the top five were announced and

21   it was backstage the morning of the show

22   before the telecast had even happened and it

23   was the exact order that the top five were

24   announced.

25     Q.    Would that be possible?

1          Shugart - direct

2     A.    No.

3     Q.    Why not?

4     A.    Well, just based on everything we

5   just talked about, I don't know the order, I

6   don't even know who is in the top five.

7          Tal Goldhamer is the person that

8   randomly picks and puts it together.  It

9   just couldn't happen.

10    Q.    When you say "randomly picked," I

11  want to be clear what you mean by that.

12    A.    He randomly puts the list -- first

13  of all, it would be impossible because the

14  top five is not selected until the moment

15  the judges put that score in.

16         That is the moment that those

17  numbers come together, they are triple

18  checked at that point.

19         At that point Tal then takes those

20  top five and uses the random order so for

21  two reasons it is a physical impossibility.

22    Q.    Okay.  In this Facebook posting

23  Ms. Monnin claims the show must be rigged.

24  Do you see that?

25    A.    I will put these back on.