# EXHIBIT K-2

Page 76

1          Shugart - direct
2              She said, yes, that the show must
3      be rigged.  She said -- it is in here.
4              "So I knew the show must be
5      rigged. I decided at that moment to distance
6      myself from an organization who did not
7      allow for fair play."
8         Q.    Then am I correct in the last line
9      she said, "I will not encourage anyone to
10     compete in a system that in my opinion and
11     from what I witnessed is dishonest"?
12        A.    Yes.  That is where she first said
13     that.
14        Q.    Is it fair to say that other
15     people viewed her Facebook posting besides
16     yourself?
17        A.    Yes, many, many people did.
18        Q.    That was all reflected on her
19     Facebook pages?
20        A.    Yes.  Many people.  There is a
21     little bit of a ground swell.  Many, many
22     people started going to her Facebook page
23     and specifically to read what she was
24     writing.
25        Q.    Was that it or did Ms. Monnin say



1                    Shugart - direct

2    anything else publicly about the

3    organization?

4         A.    No.  She -- this sort of picked up

5    steam and then she decided to go on the

6    Today show.

7         Q.    What did you do -- what did the

8    Miss Universe organization do when you

9    learned that she was planning to go speak on

10   the Today show?

11        A.    Prior to that we had offered to

12   speak with her and go over the process like

13   we did today just to explain or answer any

14   questions but I -- but we did hear she was

15   going on the Today show and we reminded her

16   of her obligations under the contract not to

17   disparage but then by the same token we also

18   wanted to be able to -- we were willing to

19   talk to her and answer any questions that

20   she might have.

21        Q.    You say "explain to her," but you

22   had already told her how the judging worked

23   and how the Ernst & Young auditing worked

24   and how the system operated?

25        A.    Yes.  Obviously, she had been told

```
1                     Shugart - direct
2      that beforehand.
3              When I briefed all of the
4      contestants and I sit with the contestants,
5      answer any questions they have at that
6      point.
7         Q.    After she made these Facebook
8      postings did she take you up on your offer
9      to answer further questions?
10        A.    No, not at all.
11        Q.    Let me direct your attention to
12     Exhibit 19.
13             By the way, we offer Exhibit 18.
14             THE ARBITRATOR:   Exhibit 18 is
15        admitted.
16             (Claimant's Exhibit 18 received in
17        evidence)
18    BY MR. BALBER:
19        Q.    Exhibit 19.
20             What is Exhibit 19?
21        A.    This is a letter or an e-mail from
22     our state director's attorney to Sheena.
23        Q.    What does the letter say?
24        A.    That they are reminding her of her
25     obligations as Miss Pennsylvania USA to both
```

```
 1                    Shugart - direct
 2      her state director and to Miss Universe,
 3      that she would be in breach of contract if
 4      she disparaged the organization.
 5           Q.     This e-mail was sent when?
 6           A.     This was on Thursday, June 7.
 7           Q.     A couple days after the pageant?
 8           A.     Yes, four days after the pageant.
 9           Q.     Did Ms. Monnin go on the Today
10      show anyway?
11           A.     Yes, she did.
12                MR. BALBER:  If I can open the
13           laptop for a minute.
14                (DVD played)
15      BY MR. BALBER:
16                MR. BALBER:  We offer Exhibit 20
17           which is the DVD.
18                THE ARBITRATOR:  Exhibit 20 will
19           be admitted.
20                (Claimant's Exhibit 20 received in
21           evidence).
22                MR. BALBER:  Exhibit 21 is a
23           transcript of the interview.
24                THE ARBITRATOR:  21 is admitted.
25                (Claimant's Exhibit 21 received in
```

```
 1                    Shugart - direct
 2          evidence)
 3     BY MR. BALBER:
 4          Q.    Ms. Shugart, just a couple of
 5     things from Ms. Monnin's Today show
 6     interview.
 7               She stated in that interview that
 8     her goal was to pursue the truth.
 9          A.    Yes.
10          Q.    Are you aware of anything that Ms.
11     Monnin has done to pursue the truth since
12     her June 8, 2012 Today show interview?
13          A.    Nothing.
14          Q.    Has she contacted you?
15          A.    No.  And we have offered -- we
16     offered throughout this process
17     confidentially to talk to her but if she
18     really wanted to find out the truth she has
19     done nothing except make her comments
20     publicly and always attacking the
21     organization.
22          Q.    She stated in her interview that
23     her basis for claiming the pageant was
24     rigged was that Miss Florida saw -- claimed
25     she saw some list?
```

Page 81

1                    Shugart - direct

2        A.    Yes.

3        Q.    And you heard that Miss Florida

4   said that she was joking, right?

5        A.    Yes.

6        Q.    Is it true that Ms. Monnin

7   continued to claim the pageant was rigged

8   after Miss Florida said that she was joking?

9        A.    Yes.

10            THE ARBITRATOR:  Do you know who

11      spoke to Miss Florida?

12            THE WITNESS:  Do I know who spoke

13      to Miss Florida?

14            THE ARBITRATOR:  With the comments

15      to Ms. Monnin?

16            THE WITNESS:  A lot of people

17      spoke to Miss Florida.  I spoke to

18      Miss Florida to find out --

19            THE ARBITRATOR:  Can you set forth

20      what she actually said?

21            THE WITNESS:  Yes.

22            She was actually shocked when this

23      first came up.  I think she was a little

24      surprised that it was attributed to a

25      comment she made and she said that





1                      Shugart - direct

2          anything that she saw didn't have --

3          that she saw anything, it was a

4          rehearsal backstage, it didn't even have

5          the name of the winner or didn't have

6          the top five and she was very, very

7          surprised and she said repeatedly to me

8          that she thought Sheena was doing this

9          to try to get publicity.

10              THE ARBITRATOR:  She said she

11         didn't see a list with the top five?

12              THE WITNESS:  No.  She

13         categorically denied that.

14              MR. COHEN:  I spoke to her as

15         well.

16              THE ARBITRATOR:  You are not

17         testifying.

18              MR. COHEN:  I just wanted you to

19         know.

20              THE ARBITRATOR:  Okay.

21              THE WITNESS:  She was absolutely

22         angry that, you know --

23              THE ARBITRATOR:  What did she say

24         she actually said to Ms. Monnin?

25              THE WITNESS:  She said it was an

1          Shugart - direct
2          offhand comment.
3              I wasn't there but her discussion
4          with me was that it was -- that she saw
5          a rehearsal list or something backstage.
6              It was really more of a remark, I
7          think, a lot of discussion that was
8          going on backstage.
9     BY MR. BALBER:
10         Q.    Just to be clear, Miss Florida
11    told you that the list she saw did not
12    contain the actual five finalists?
13         A.    Correct.  Absolutely.
14         Q.    In fact, the winner, Miss Rhode
15    Island, was not on the list at all, right?
16         A.    Correct.
17         Q.    And Miss Florida told you that?
18         A.    Yes.  That she said directly to
19    me.  That is why she was so surprised that
20    this was -- that her name was even being
21    used in this.
22             THE ARBITRATOR:  So then according
23         to her when the five names were called
24         out they didn't correspond to the people
25         on the list.

Page 84

Shugart - direct

1

2      THE WITNESS:  Not at all.  She

3      wasn't even looking for that because she

4      never even considered that there was

5      a -- that the list --

6          THE ARBITRATOR:  Did you ask her

7      whether she ever gave the names of the

8      people on the list to Ms. Monnin?

9          THE WITNESS:  I don't recall if I

10     ever did.

11         I probably didn't because she said

12     that the list she saw didn't have the --

13     have the top five on it so I probably

14     didn't even go further than that.

15  BY MR. BALBER:

16     Q.    You stated that -- sorry.  Strike

17     that.

18         Ms. Monnin was on the Today show.

19  Is it typical for Miss USA to be on the

20  Today show?

21     A.    Yes.

22     Q.    Was Miss Rhode Island, the 2012

23  Miss USA, on the Today show?

24     A.    No, she was not.

25     Q.    Why not?

1                    Shugart - direct
2        A.      Because Miss Pennsylvania was on
3    the Today show.   I think she ended up
4    getting the spotlight.
5              THE ARBITRATOR:  Did you happen to
6        ask her whether she observed Monnin
7        react at all when the top five were
8        called, the names?
9              THE WITNESS:  I didn't.  I think
10       my concern for her at that point was
11       more that she -- her name was being
12       used.
13             Obviously, Miss Florida has wanted
14       to be as far away from this as possible.
15       She was shocked her name was being used
16       in this.
17             The one quote I remember her
18       saying to me is, this is ridiculous.
19             And I just wanted to make sure,
20       too, I didn't want the media to start
21       pursuing Florida because it seemed like
22       there was a frenzy that was going on.
23             THE ARBITRATOR:  Was Florida in
24       the top 16?
25             THE WITNESS:  No, which is to the

```
 1                    Shugart - direct
 2          point earlier.
 3               If Florida did in fact see a list
 4          that morning as Sheena said she did then
 5          Florida went into the pageant knowing
 6          she wasn't going to go forward, wasn't
 7          on the top 16 list and seemed to be fine
 8          with that before the show.
 9               That is just so illogical.
10     BY MR. BALBER:
11          Q.   To be really clear, so that the
12     point is not lost, during your conversations
13     with Miss Florida after the fact she told
14     you that she never conveyed to
15     Miss Pennsylvania a list of five finalists,
16     right?
17          A.   Correct.
18          Q.   At all, right?
19          A.   Five names, no, she didn't.
20          Q.   Whatever list she did see did not
21     contain the identities of the actual five
22     finalists?
23          A.   Correct.  Absolutely.
24          Q.   And the actual winner, Ms. Rhode
25     Island, was not on that list either?
```

Shugart - direct

1

2     A.     Correct.

3     Q.     After Miss Florida came out

4  publicly both to you and obviously to the

5  Today show and said -- Miss Florida came out

6  publicly to you and the Today show saying I

7  never saw such list, did Ms. Monnin change

8  her story?

9     A.     No, she did not.

10     Q.     Ms. Monnin continued to perpetuate

11  this false statement that the competition

12  was rigged, right?

13     A.     Correct.

14     Q.     She stated during her Today

15  interview that she received some mediation

16  papers.

17          Did you hear her say that?

18     A.     Yes.

19     Q.     Did the Miss Universe organization

20  try to mediate with her pursuant to the JAMS

21  rules?

22     A.     Yes, we did.

23     Q.     What happened in that regard?

24     A.     She didn't respond.  She -- I know

25  I can't give my opinions but I just, she

```
 1                    Shugart - direct
 2      didn't respond.  I think --
 3               THE ARBITRATOR:  At that point was
 4          she claiming to be represented by
 5          counsel?
 6               THE WITNESS:  Yes.  She had   she
 7          did have an attorney.
 8      BY MR. BALBER:
 9          Q.    The same attorney?
10          A.    Yes.
11          Q.    The same attorney who was
12      contacted about the mediation is the same
13      attorney who is representing her today, is
14      that right?
15          A.    Yes.  Everyone was reached out to
16      and her father was reached out to by I think
17      the state director and it seemed like the
18      only forum in which she would want to
19      discuss anything would be the public one in
20      my opinion.
21          Q.    Again, despite her desire to
22      pursue the truth she has made no
23      inquiries --
24          A.    No effort to pursue the truth
25      whatsoever because she would pursue the
```



1                    Shugart - direct
2    truth starting with us, with Ernst & Young,
3    and -- sorry.
4              This -- it just gets me so angry
5    because I do feel she is getting what she
6    wanted out of this.
7              She -- it didn't -- it doesn't
8    matter what she did to this organization, it
9    doesn't matter, it is truth be damned and
10   all she wants is the adulation and fame she
11   got in any way she could.
12             It does speak volumes that she
13   ended up getting the slot on the Today show
14   that would normally go a Miss USA title
15   holder, someone who won the pageant and all
16   the press is gone.
17             The media was all about
18   Miss Pennsylvania USA, not about Miss USA.
19   Q.    Let's turn to damages.  Has --
20        THE ARBITRATOR:  So, in your view,
21   was she simply fabricating the whole
22   story about being told of the list?
23        THE WITNESS:  Yes.  There is
24   absolutely no way that somebody came to
25   her, gave her the five, the top five in

```
 1                Shugart - direct
 2        order that they were called, but she is
 3        using and has said over and over again
 4        is her proof that we are a fraudulent
 5        system, that the 60-year history that we
 6        built up has all been a fraud and she
 7        has the proof.
 8            There is absolutely no way that
 9        somebody went to her and gave her the
10        top five in the order they are called
11        particularly since I know how the system
12        is done and why would -- with Ernst &
13        Young -- it is just an impossible thing.
14   BY MR. BALBER:
15        Q.    Not only do you know how the
16   system is done, she knows how the system is
17   done?
18        A.    She knows how the system is done.
19   I feel that she is beyond reproach.
20            She can do whatever she wants and
21   there is really -- and just by ignoring us
22   she -- that will go away.  It doesn't matter
23   the damage that she has done.
24            THE ARBITRATOR:  Was any effort
25        made to find out whether there was such
```

1                  Shugart - direct

2    a rehearsal list of five people?

3          THE WITNESS:   There was -- we knew

4    that the rehearsal lists that were done,

5    there -- the rehearsal list did not have

6    the five that was even close.

7          THE ARBITRATOR:   It just -- did it

8    have five names?

9          THE WITNESS:   For the final five

10   there usually are four names on the

11   rehearsal list.

12          They don't have anybody that is in

13   as a winner.

14          THE ARBITRATOR:   That didn't

15   correspond --

16          THE WITNESS:   Not at all.

17          Again, there are only, that is not

18   something left lying around backstage.

19          We rehearse exactly as we do

20   everything on the show because those

21   are -- just as we rehearse every camera

22   move, we rehearse how things happen on

23   the show as well.

24          I used to do the Oscars for years.

25   We always held the rehearsal envelopes

1                    Shugart - direct
2        and would never leave those lying around
3        backstage.
4             THE ARBITRATOR:  Who is doing the
5        rehearsing using that list?  These are
6        your -- the people who participated in
7        the -- for the pageant.
8             THE WITNESS:  For the pageant,
9        yes.
10             THE ARBITRATOR:  Representatives.
11             THE WITNESS:  The contestants
12        themselves would be so we --
13             THE ARBITRATOR:  So you go through
14        a rehearsal where names are called.
15             THE WITNESS:  Yes, and then -- but
16        we never announce a winner at rehearsal.
17        We just pick our choreographer as the
18        winner.
19             We do everything in the process.
20        The random 16 are picked before the
21        dress rehearsal.
22             There are people that sit in the
23        judges seats.  They use this key pad and
24        they all put in scores because it is a
25        way we make sure our system is working

1                   Shugart - direct

2          properly.

3                  Those scores go to the back.  They

4          print out the scores from the rehearsal

5          and Tal does the exact process.

6                  We are all rehearsing our

7          different jobs during the show.  He

8          makes the cards as he goes during

9          rehearsal so it is all the process.

10     BY MR. BALBER:

11          Q.    And Ms. Monnin was present for the

12     rehearsal?

13          A.    Yes.

14          Q.    She saw the 16 getting picked?

15          A.    Yes.

16          Q.    The rehearsal 16, right?

17          A.    Yes.

18          Q.    And she understood that was

19     rehearsal?

20          A.    Yes.

21          Q.    She saw the fake judges doing

22     their thing, right?

23          A.    Yes.

24          Q.    And she saw the 16 reduced to

25     another number, right?

```
1                    Shugart - direct
2        A.    Yes.
3        Q.    And she saw everybody
4   participating in it in a rehearsal setting
5   before the actual pageant?
6        A.    Yes.
7              THE ARBITRATOR:  Is there anybody
8   who could speak to who the four or five
9   names were that were called as part of
10  the rehearsal?
11             MS. BERNER:  We spoke to our stage
12  managers and everything to get the
13  lists.
14             As Paula was just explaining, the
15  16 are chosen for the rehearsal but then
16  it is actual judging that happens,
17  right?
18             THE WITNESS:  Right.
19             MS. BERNER:  Nobody knows for the
20  rehearsal who the five are.  Do you
21  understand?
22             THE ARBITRATOR:  There is no five
23  person --
24             MS. BERNER:  There are but there
25  is never a list, no, because it actually
```

1                    Shugart - direct

2        happens in real time.

3              THE WITNESS:  Right, that we

4        actually we have real judging going on.

5              THE ARBITRATOR:  You don't

6        rehearse the top five?

7              THE WITNESS:  No, but it would be

8        happening in real time.

9   BY MR. BALBER:

10       Q.    There is no list is the point?

11             THE ARBITRATOR:  Well, let's get

12       this straight.

13             I thought I heard that the list of

14       the top five didn't correspond?

15             THE WITNESS:  If there is

16       anything, because whoever the five were

17       that rehearsed, the final five that

18       rehearsed, they were not the final five

19       that were actually the five in the

20       telecast.

21             THE ARBITRATOR:  The five that

22       rehearsed, their names didn't

23       necessarily appear on a list.

24             THE WITNESS:  Honestly, that is

25       not my --

```
 1                   Shugart - direct
 2             MS. BERNER:  There is a million
 3        rehearsals going on all during the day.
 4        First one will call out five states,
 5        then five more.
 6             THE ARBITRATOR:  When you
 7        testified they didn't correspond it was
 8        based on the reality?
 9             THE WITNESS:  Correct.
10             THE ARBITRATOR:  Okay.
11             THE WITNESS:  Really, the first,
12        in hearing from Miss Florida that just
13        being shocked that it was even any
14        comment that she made was being used,
15        she just thought it was ridiculous.
16             THE ARBITRATOR:  Did she actually
17        tell you what she did say to Ms. Monnin?
18             THE WITNESS:  Not -- just really,
19        oh, that it was not really -- it was in
20        that moment backstage that she may have
21        made an offhand remark about seeing a
22        list but it wasn't something that she
23        had -- that she talked about the top
24        five.
25             I don't think she really said that
```



```
 1                    Shugart - direct
 2           much honestly.  It was more -- she was
 3           more concerned about the fact that she
 4           was being used, about being used for
 5           some bigger game in her mind.  That was
 6           it.  That was all we really talked
 7           about.
 8   BY MR. BALBER:
 9           Q.    Now you confused me for a second.
10      Is there actually a top five called out
11      during rehearsal?
12           A.     During rehearsal there is a top
13      five called out.
14           Q.    Ms. Monnin would have been present
15      for the top five being called out?
16           A.    Yes.
17                MR. COHEN:  Ms. Monnin could have
18           been --
19                THE WITNESS:  She might have been.
20           I don't know.
21                MR. BALBER:  Right.
22                THE WITNESS:  I can tell you going
23           forward I am always going to be acutely
24           aware of it but in the time it is
25           rehearsal so you don't really think
```



```
1                    Shugart - direct
2        about it because it just goes back to,
3        you know, it is an impossibility.
4             It is just an absolute
5        impossibility.
6             Everybody knows the process and
7        for her to continue to say that she
8        watched in order -- oh, and that she
9        watched in the order and the order was
10       the same and particularly when she
11       sounds here on the Today show sounding
12       very calm about it, meanwhile I happen
13       to know that the start -- it was within
14       minutes after the top 16 announced, that
15       she was sending the e-mails, this is
16       f-ing rigged.
17            That was probably within ten
18       minutes but she is sitting here saying
19       that I decided to wait and see.
20  BY MR. BALBER:
21       Q.    The important point to make here I
22  think what you are saying is while she is
23  claiming on the Today show that her basis
24  for contending the pageant was rigged was
25  having seen a list of the top five in her
```

1                    Shugart - direct

2      text to the state director sent minutes

3      after the top 16 were selected she was

4      claiming that the selection of the top 16

5      was rigged?

6           A.    Correct.

7                 THE ARBITRATOR:  That was

8      chronologically before even Miss Florida

9      spoke with her about this?

10   BY MR. BALBER:

11          Q.    Exactly.  That was within, 15

12      minutes.

13          A.    Yes.  It had the to be within --

14      9:38.

15                MR. COHEN:  Or less.

16                MR. BALBER:  Did we address your

17      questions?

18                THE ARBITRATOR:  Yes.

19   BY MR. BALBER:

20          Q.    Can we move to damages,

21      Ms. Shugart?

22          A.    Yes.

23          Q.    Did Ms. Monnin -- strike that.

24                Have Ms. Monnin's statements had

25      any kind of negative economic impact on the

1                    Shugart - direct

2    Miss Universe organization?

3          A.    Yes.

4          Q.    In what ways?

5          A.    Several ways.

6                Probably the most immediate for,

7    as I mentioned earlier, the bread and butter

8    of our company are our host sites and up

9    until that point we were very far down the

10   road in discussions and negotiations with

11   the gulf coast.

12               We come in and we give a boost to

13   the tourism industry.

14               My family lives on the gulf coast

15   and my cousin works for a senator in

16   Alabama.   I know how hard they were hit.

17               This is the one year the

18   opportunity is there because of all that

19   they have -- they suffered through the oil

20   spill that there is a lot of promotional

21   dollars there.

22               Obviously there is a very big

23   sponsor that is running a lot of commercials

24   and put over a $100 million campaign out

25   there with an idea to get tourism back to

Page 101

1                    Shugart - direct
2       the gulf coast.
3            I met with all of the different
4       Congressional delegations, met with the
5       private sector in Biloxi and the different
6       states to bring Miss Universe to the gulf
7       coast this December.
8          Q.    What would have been the economic
9       benefit to the Miss Universe organization
10      doing that?
11         A.    It would have been a
12      $5 million site paid.
13         Q.    Paid to the organization in
14      exchange for having the pageant in the gulf
15      coast?
16         A.    Yes, and giving the worldwide
17      exposure.
18              Two things.
19              We bring the worldwide exposure.
20      We are a worldwide commercial and also the
21      fact that we would be bringing tourists.
22              There are people that come to the
23      Miss Universe pageant no matter where it is.
24      If it is 36 hours to get to the jungle in
25      Vietnam, they are going to come to the

1                    Shugart - direct

2        pageant so we would be an infusion of

3        tourism dollars into the community.

4            Q.    When were you having the

5        discussions about that $5 million gulf coast

6        site fee?

7            A.    I was having them call the week

8        after the pageant.

9            Q.    When were the discussions first

10       being had?

11           A.    For the months leading up to the

12       pageant.

13           Q.    There was a potential deal in

14       place for this site fee?

15           A.    Yes.  We had secured the hotel and

16       the venue, all of the goods and services,

17       because you have to feed 90 contestants and

18       hotel rooms over the month and all of that.

19                 We had secured all of that.  All

20       of those deals were in place and then it was

21       just the title sponsorship coming in.

22           Q.    What happened to that potential

23       $5 million deal?

24           A.    Well, I had an initial call the

25       week after the show.

1          Shugart - direct

2          My followup call and the deal

3     started to cool very fast.  The big sponsor

4     obviously indicated -- we had spoken a few

5     times before the show.  We were going talk

6     after the telecast.

7          They thought the telecast -- the

8     first thing they thought, the telecast was

9     great and then they asked me about the

10    rigging scandal and I said -- I said for

11    what it was and then they said, obviously we

12    are very concerned about image, obviously

13    they had to deal with the oil spill and they

14    were very concerned about their image in the

15    public and the reason for sponsoring

16    something like that would be all about their

17    image, their corporate image, and they said

18    that they were going talk to their PR

19    department and they would get back to me and

20    it was just everything just stopped.

21          THE ARBITRATOR:  This is a

22    corporate sponsor?

23          THE WITNESS:  Yes.

24          MR. BALBER:  There is a little

25    concern about identifying the name of

1                    Shugart - direct
2      the corporate sponsor.  Can we do it --
3              THE ARBITRATOR:  Who would
4      actually pay the site fees?
5              THE WITNESS:  In this case it
6      would have been the corporate sponsor.
7              There is a corporate sponsor that,
8      they currently have over a
9      $100 million ad campaign for the gulf
10     coast running right now as a make good
11     for damage they may have inflicted on
12     the gulf coast.
13             THE ARBITRATOR:  Right.
14             THE WITNESS:  This seemed like a
15     perfect opportunity for them because all
16     of the congressional delegations, all of
17     the people in the community had all
18     voiced their support and desire to have
19     the pageant there so this would have
20     gone a long way for them in the
21     community to have supported the event
22     and since everything was in place it
23     would have been --
24             THE ARBITRATOR:  You never heard
25     back from them?

1                      Shugart - direct

2                THE WITNESS:  No.  We spoke.  We

3      spoke afterwards.

4            We had very positive

5      conversations.  It looked like we were

6      ready to formalize and right after this

7      they expressed their concern about image

8      and at that point I think it was my

9      liaison who said that things were not

10     looking good, that -- because of the

11     image issue.

12   BY MR. BALBER:

13      Q.    And what happened?

14      A.    Then it went away, yes.

15      Q.    Where is the pageant being held

16   instead?

17      A.    We are actually going back to Las

18   Vegas.

19      Q.    Are you receiving a site fee?

20      A.    No.  We are not.

21      Q.    So had the gulf coast deal closed

22   you would have gotten $5 million and instead

23   you are getting nothing?

24      A.    Correct.

25      Q.    Any other -- you said there were

Shugart - direct

1    several categories of economic harm the

2    Miss Universe organization suffered.

3             What else is there?

4         A.    The two big ones, the other, aside

5    from the host site, almost immediately we,

6    our state directors, our franchisees who are

7    all having their state pageants right now,

8    started to express concern because --

9    usually, after the Miss USA pageant usually

10   the buzz after the pageant and the crowning

11   of the winner and when Miss USA goes on all

12   these, what she is on the Today show or she

13   is on Live with Kelly, that really plays to

14   all of our state directors.

15            That is when people really start

16   to apply to become the next Miss State title

17   holder.  That is a big moment for us as far

18   as recruitment goes.

19            The media tour wasn't what we

20   thought it was going to be.  Our state

21   directors started voicing concern about

22   being able to recruit contestants.

23        O.    We will hear from one of them

24   shortly but what has been your understanding



1          Shugart - direct

2     of what has happened?

3          A.    My understanding is the numbers

4     are down, for those where the numbers are

5     close even, they have had to spend a lot

6     more marketing dollars to try to get there,

7     and, instead of the first conversation being

8     about what the pageant does and it really

9     does -- it provides a lot of great skills,

10    public speaking and a lot of opportunities.

11             It provides these young women the

12    first conversation our state directors are

13    having now with parents, why should they

14    compete if it is rigged.

15             Some are better equipped probably

16    than others are having to answer this

17    question while they are talking to concerned

18    parents who are being asked to put up fees

19    for their daughters to compete and it has

20    been very problematic for them.

21         Q.    In addition to that the gulf coast

22    site fee and the reduction in the number of

23    women who were applying to the state

24    directors are there any other economic

25    factors you suffered?

1                      Shugart - direct

2        A.    Yes.  Right now -- the other thing

3   we were discussing at that point, we were

4   going to do a long term deal with our title

5   sponsor, our hair care sponsor, Farouk, who

6   is a $2 million  sponsor for us.

7         Going into the pageant we were

8   discussing signing a long term deal and that

9   deal has not -- their initial -- they

10  initially reached out to us after the show

11  to ask about the rigging scandal.

12        They said they didn't believe it

13  but again it is all about public perception

14  versus anything else.

15        The one reason we are having a

16  beauty brand wants to be our sponsor is

17  because they are going to reach young women

18  that are going to be brand loyal and use

19  their products forever and on our grass

20  roots level they want to reach out to them.

21  That is why you sign off with us.

22        If all of a sudden you are signing

23  on to a brand that it is not about beauty

24  products you are signing on to a brand that

25  might be about rigging and fraudulent, it

```
 1                    Shugart - direct
 2     changes the entire message of why somebody
 3     would want to be your sponsor.
 4              So the first thing that happened
 5     is we were also -- we had aside from our
 6     television show sponsorship with Farouk we
 7     were contracting -- we did two magazines for
 8     them, a $400,000 deal, $200,000 per magazine
 9     if they send international for their
10     distribution.
11              The very first thing they said --
12     we had just finished the first magazine.
13     They said they didn't want to do the second
14     one.
15          THE ARBITRATOR:  Who is this?
16          THE WITNESS:  Farouk, our hair
17        care sponsor.
18              In recent weeks it is hopeful that
19        we are going to be doing the second
20        magazine but everything that should have
21        been a no brainer for us, it has been
22        flying people to Houston to meet with
23        them, we still don't have the multiyear
24        deal that we thought we had when we were
25        going into the Miss USA pageant.
```

Shugart - direct

1
2          We thought it was going to be very

3      easy, formal -- the deal points were

4      already in place and we still don't have

5      a deal done.

6   BY MR. BALBER:

7      Q.    Any other sponsors that raised

8   issues about the rigging?

9      A.    Yes.  Australian Gold.

10     Q.    Who is Australian Gold?

11     A.    This was a first time sponsor.

12  They are our sun screen sponsor.

13          They are launching a big campaign

14  to -- in the U.S. market and obviously we

15  play right to their demo and that is a very

16  easy sponsorship, that is a million dollar

17  sponsor.

18          We have not re-signed with them at

19  this point.  We are going to -- they are

20  their contract was for USA and Universe and

21  I said to them, obviously they had an

22  obligation to be a part of the universe and

23  we are doing whatever we can to make up --

24  to really give added value for their

25  participation.

1        Shugart - direct

2        Q.    Did Australian Gold also raise an

3    issue about the rig allegations?

4        A.    Without a doubt, the first thing

5    we had to do after the show, this has come

6    up a few times with our sponsors.

7            I don't blame them because if I

8    were on their side and I am trying to decide

9    what I am affiliating my brand with and what

10   I want to sell my brand to, if you Google

11   this, the first thing that comes up with

12   Miss USA is the scandal and that is not what

13   you want to have your brand necessarily

14   affiliated with.

15           That is why I am so frustrated

16   with this because there is not a doubt in my

17   mind that she knew she was wrong, she didn't

18   care, because if she really cared she would

19   have listened, she would have reached out or

20   answered when we said we are happy to talk

21   about this and explain.

22           She didn't care because that

23   wouldn't have been the road to the publicity

24   she wanted.

25           And for her to do this, just throw

1                       Shugart - direct

2       a grenade there and we have to pick up the

3       pieces, and this was not part of our

4       business plan.

5                    THE ARBITRATOR:  I meant to ask

6           you this.

7                    Were any statements made after the

8       Today show broadcast?

9                    THE WITNESS:  She did post some

10          things on her Facebook and -- but

11          nothing as far as -- nothing as far as

12          reaching out and trying to find the

13          truth.

14                   We -- it is my understanding that

15          she now has a fan page on Facebook where

16          she will periodically make comments.

17      BY MR. BALBER:

18          Q.   The subsequent Facebook postings

19      were along the lines of, you know, thank you

20      all for your support, we are still looking

21      for an answer.  You know, thanks for

22      standing by me.

23          A.   I am standing up for truth and

24      for -- it was basically -- and she had a

25      strong -- she had this following and I think

Shugart - direct

1
2  she thought it would last forever.
3          I think sometimes the delusion of
4  people don't realize the 15 minutes of fame,
5  after 15 minutes people get bored and aren't
6  necessarily building you up as much as they
7  used to but she would definitely post I am
8  standing up for truth and justice despite
9  everything that was shown to the contrary.
10      Q.    Just before we forget can we look
11  at Exhibits 24 and 25 and tell us what they
12  are?
13      A.    Yes.  That is our contract with
14  Australian Gold.
15      Q.    That was for 2012?
16      A.    Yes.
17      Q.    That has not been renewed?
18      A.    No.  We have the Miss Universe
19  pageant and my hope is they will be so happy
20  with the Miss Universe pageant that we can
21  convince them to do next year.
22      Q.    What is Exhibit 25?
23      A.    The Farouk Systems contract.
24      Q.    This is the 2012 Farouk
25  sponsorship contract?

1                    Shugart - direct

2           A.    Yes.

3           Q.    Again, they raised concerns about

4       the rigging allegations, right?

5           A.    Yes.

6           Q.    This has also not been renewed

7       right?

8           A.    Yes.   They have not been renewed.

9       And.

10              THE ARBITRATOR:   Wouldn't it be

11          more routine to do that in the early

12          part of 2013?

13              THE WITNESS:   No.   Actually, for

14          Farouk, we were really looking to do a

15          multiyear deal that we thought we would

16          announce right after Miss USA with an

17          eye to possibly do some licensing down

18          the road and doing Miss Universe line of

19          hair care products.

20              All of that has been tabled at

21          this point.

22      BY MR. BALBER:

23          Q.    Is it fair to say that even though

24      these contracts were dated in early 2012

25      they are negotiated and agreed to long

1              Shugart - direct

2    before that?

3         A.    Yes.   This contract was formalized

4    in February but we had been talking about

5    what we would do in July of 2011.

6              We were pretty much -- and then we

7    were fine tuning it.

8              Just one thing to add.  Farouk has

9    been a judge for us in the past so he

10   knows -- he knows without a doubt that the

11   pageant is not rigged.  He knows the

12   process.  He knows how serious we take it.

13             For his team it is not about -- it

14   goes against the perception out there and we

15   are a brand that is no longer standing up

16   for everything that we are built on.

17             That is all we have.  All we have

18   is our name.

19             We don't sell cars, we don't sell

20   wrenches.  We sell our name.

21             And if the Miss Universe name

22   doesn't mean what it has been built up over

23   the last 60 years then it is nothing.

24             This is the tip of the iceberg.  I

25   don't want to be here today but she -- and

```
1                    Shugart - direct
2        in in my opinion she maliciously did this.
3        She had to have known by Friday that what
4        she was saying was wrong.
5               I am certainly sure somebody --
6        she knows enough pageant people around her
7        who I am sure were telling her this is
8        impossible and reminding her of that but
9        because her Facebook had started, because
10       she was starting to get this ground swell of
11       publicity, I think she didn't care.  It
12       didn't matter.
13               She even says on the tape that she
14       knows this is a serious thing and can hurt
15       our reputation.  She admits that and she
16       says it but she doesn't care that it is so
17       serious, the damage that it can do to us.
18               She acknowledges the damage but
19       she doesn't care.  It is for the other women
20       coming through the system that might not
21       be -- it makes me so angry because we are
22       the ones that are picking up the pieces
23       here.
24               Our franchise director who had a
25       pageant last night flew here from South
```

```
 1                    Shugart - direct
 2    Dakota.  He has seven states.
 3                    He is here because he is trying to
 4    stop the damage.  I feel the responsibility
 5    to all of the people in this company.
 6                    I am sorry I am on a diatribe.  I
 7    am sorry.  I am just so angry.
 8                    THE ARBITRATOR:  Getting back to
 9         the gulf coast sponsor, how specific had
10         the negotiations gotten prior to the
11         contest?
12                    THE WITNESS:  Well, we had -- the
13         big things to get into place were the --
14         the hard part is the logistics, the
15         venue and place to hold it, the hotels,
16         the meals, all of those different things
17         in order to be able to conduct the
18         event.
19                    Then at that point it was really
20         at the point of, okay, we have got
21         probably three or four million in barter
22         all set there to go.
23                    The big thing is who is the
24         corporate sponsor that will help pay for
25         part of the production.  That was just a
```

1                    Shugart - direct
2        question of writing the check.
3              Everything there discussion-wise
4        looked great.  Everybody in the
5        community had reached out to the
6        corporate sponsor.
7              Look, you are spending hundreds of
8        millions.  This 5 million piece would go
9        a long way to really push and help our
10       community especially since the pageant
11       was in December because that is the
12       hardest month for tourism in the region.
13             So, I had every indication
14       everything was very, very positive and
15       really it was just going to be a
16       formality at that point.
17   BY MR. BALBER:
18       Q.    Just to be clear on that, all the
19   logistical stuff you testified was already
20   done?
21       A.    Yes.  We had been down a couple of
22   times and had everybody on board.
23       Q.    The only piece missing was the
24   final agreement with the corporate sponsor
25   to pay the 5 million?

Shugart - direct

1
2      A.     Yes.

3      Q.     Your understanding as of the date

4    the Miss USA pageant took place was that

5    that deal was going to happen?

6      A.     Yes.

7      Q.     In the aftermath of the allegation

8    by Ms. Monnin that deal fell apart and the

9    statements made to you were that they were

10   concerned about the reputation issues?

11     A.     Yes.  And I want to be clear.

12   They said "image" to me.

13           They didn't go -- we didn't go

14   into detail because they were also very,

15   very, it is a corporate group.

16           They are very, very careful about

17   how they choose their words and it is, you

18   know, we are very image conscious right now.

19   Let me send it back to PR which was

20   something, it was just a complete --

21           THE ARBITRATOR:  When they raised

22       the image concern was it raised in the

23       context of about the allegations?

24           THE WITNESS:  Yes.  It was

25       something like it looks like you have

1               Shugart - direct

2          your hands full, something along those

3          lines.

4    BY MR. BALBER:

5          Q.     To put a finer point on it, was

6       there anything that happened with regard to

7       the image of the Miss Universe organization

8       between the day before the pageant, the

9       Miss USA pageant and the day the discussion

10      broke off with the corporate sponsor other

11      than Ms. Monnin's comments?

12         A.     No.  That puts a final point on

13      it.

14         Q.     Last questions.

15              At the end of this arbitration we

16      are going to be asking for a damages award

17      in excess of $10 million.

18              Does it matter whether Ms. Monnin

19      has the capability, the economic capability,

20      of paying that kind of award?

21         A.     That is not what we are here for.

22      Whether I have heard she has means or not,

23      my -- it does matter to us because these are

24      real damages.

25              And whether she ends up paying, if

1                          Shugart - direct

2          you -- we would be -- if there was a

3          finding, yes, what she did, there was a

4          finding against her and Miss Universe, there

5          was a small finding in terms of damages,

6          that is not -- that isn't correct.

7                   It sends a message out that if you

8          want to get the fame, if you want to be on

9          the Today show, just go ahead, make a claim

10         against us no matter how wrong it is.  You

11         can really walk through unscathed and still

12         get the fame and adulation and everything

13         you sought to get to begin with.

14                  There is a clear message that

15         needs to be sent here.  You can't just do

16         this and maliciously lie.

17                  I think it does -- whether she

18         ends up being able to pay $10 million

19         doesn't matter to me.  The damages are real.

20         What she has done to us is real.

21                  MR. BALBER:  No further questions.

22                  THE ARBITRATOR:  Thank you.

23                  THE WITNESS:  Sorry.  I don't --

24                  THE ARBITRATOR:  I understand the

25            passion.

1              Shugart - direct

2              This is a good time to break?

3              MR. BALBER:  If you don't mind we

4        have one witness who has a 1:30 cutoff

5        and he will be 10, 12 minutes and then

6        we will take lunch.

7              (Recess)

8     TAL GOLDHAMER, called as a witness by the

9        Claimant, having been duly sworn,

10       testified as follows:

11    DIRECT EXAMINATION

12   BY MR. BALBER:

13       Q.    Good morning -- good afternoon, I

14   guess, Mr. Goldhamer.

15             Where are you currently employed?

16       A.    Ernst & Young.

17       Q.    What is your position there?

18       A.    I am a partner in the financial

19   services practice.

20       Q.    What are your everyday

21   responsibilities?

22       A.    My clients are financial services

23   clients and I perform audits, independent

24   audits.

25             We are independent auditors so I

Page 123

1                    Goldhamer - direct

2    perform independent audits of financial

3    services-related companies and consulting

4    and advisory services in that same space, in

5    that same financial services space.

6         Q.    How long have you been in the

7    accounting, auditing industry?

8         A.    About 19 years now.

9         Q.    Have you spent all those 19 years

10   at Ernst & Young?

11        A.    I have.

12        Q.    Are you a CPA?

13        A.    I am.

14        Q.    Where did you go to school?

15        A.    University at Albany, SUNY Albany.

16        Q.    What role does Ernst & Young play

17   at the Miss Universe organization pageants?

18        A.    There are three pageants.  There

19   is the Miss Teen USA, Miss USA and

20   Miss Universe.

21             We are independent accountants so

22   our job is to oversee, supervise, to some

23   extent coordinate, control ballots, tabulate

24   the ballots and ultimately certify the

25   results.

1                    Goldhamer - direct

2          Q.     How -- for how long has Ernst &

3     Young played this role at Miss Universe

4     pageants?

5          A.     To my knowledge it has been since

6     the 1970s.  I got involved in May 2000 so I

7     don't have the full knowledge of the history

8     but at least since the early 1970s.

9          Q.     You have been doing it since

10    May 2000?

11         A.     May 2000, yes.

12         Q.     You and Ernst & Young have played

13    this role at all of the pageants at least

14    since May of 2000?

15         A.     Correct, yes.

16         Q.     Now, we heard testimony from

17    Ms. Shugart that there are two components of

18    the Miss USA pageant.

19               There is the preliminary round and

20    then the final telecast.

21               Are you familiar with that?

22         A.     I am.

23         Q.     What is Ernst & Young's role with

24    regard to the preliminary round?

25         A.     So the preliminary -- I assume you

Goldhamer - direct

1

2    had gone through it but the preliminary

3    round is in this case the 51 contestants

4    would get narrowed down to a population of

5    girls who then compete on the telecast.

6            So our job with the preliminary

7    round is to control, distribute, collect,

8    tabulate the ballots that are cast by a

9    preliminary panel of judges.

10       Q.    If I you can direct your attention

11   to what has already been admitted as

12   Exhibits 8 and 9, I will ask you if you

13   recognize Exhibit 8 and Exhibit 9?

14       A.    I do.

15       Q.    What are those?

16       A.    So Exhibit 8 is the detail of the

17   votes of the preliminary judges in all three

18   of the competitions so it is the gown, the

19   swim, the interview and then the summary

20   which is the accumulation of all of the

21   votes in all three of the events.

22       Q.    You see a little squiggly on the

23   top of each page?

24       A.    I do.

25       Q.    What is that little squiggly?

1                    Goldhamer - direct

2          A.    It is my signature.

3          Q.    Do you and Ernst & Young prepare

4     these tabulations that are Exhibits 8 and 9?

5          A.    Correct, yes.

6          Q.    You then sign them for what

7     purpose?

8          A.    I sign them just as a mark to

9     myself that I finished them and that it is

10    the version that I looked at and that I

11    prepared.  I prepared these.

12              THE ARBITRATOR:  At what point in

13        time do you actually prepare this

14        printout of the tabulation?

15              THE WITNESS:  Sure.  It varies

16        from show to show but it can only happen

17        after the third event has completed so

18        after the third event has completed I

19        will provide the results to members of

20        management of the Miss Universe

21        organization.

22              I don't recall exactly when I

23        prepared this but it would either be --

24        probably wouldn't have been that night

25        because I probably would do it the next

```
1                    Goldhamer - direct
2          morning or next day, within a day or two
3          that this summary is prepared.
4     BY MR. BALBER:
5          Q.    The protocol you use for the
6     preliminaries, is it the same or different
7     as what you do for the final telecast?
8          A.    It is -- "protocols" meaning?
9          Q.    When you have an accountant and a
10    lawyer it is never going to be easy.  Let's
11    do it differently.
12             The process you just described for
13    collecting and tabulating, is it the same or
14    different between preliminaries and final
15    telecast?
16          A.    Got it.  It is different.
17          Q.    Sticking with the preliminaries
18    for a minute, the data is provided to the
19    Miss Universe organization?
20          A.    Yes.
21          Q.    If you can look at Exhibit 10,
22    what is that?
23          A.    Exhibit 10 is a letter from Paula
24    to us, us being Ernst & Young, which are the
25    16 contestants that were selected by the
```

1          Goldhamer - direct

2     Miss Universe organization based on the

3     votes that were submitted by the judges

4     tabulated by us and includes selections or

5     adjustments made by the Miss Universe

6     organization as well as I think in this case

7     there was an online fan vote which would

8     have been included here as well.

9          Q.    Is that your signature on the top

10    of that page?

11         A.    It is, yes.  My squiggly.

12              THE ARBITRATOR:  When you receive

13    that you confirm that it correlates with

14    how the voting came in?

15              THE WITNESS:  Because -- so the

16    answer is, no, because we provide the

17    results of the tabulation of the 51 to

18    members of management.

19              They look at that list and

20    determine whether or not they are going

21    to supplement that list with others.

22              So because they have the

23    discretion our role with the preliminary

24    competition is just to do the tabulation

25    and provide the results.

1                    Goldhamer - direct

2              THE ARBITRATOR:  Right.

3              THE WITNESS:  And members of the

4         management provide us with the list of

5         the 16 that are ultimately going to be

6         competing in the pageant, the telecast.

7              In other words, it is not solely

8         just the judges that determine who the

9         16 are.

10   BY MR. BALBER:

11        Q.    Ms. Shugart testified that there

12   is a presentation given to preliminary

13   judges.

14        A.    Yes.

15        Q.    Are you part of that presentation?

16        A.    I am.

17        Q.    There is also a presentation given

18   to the girls?

19        A.    Yes.

20        Q.    Are you part of that?

21        A.    Yes.

22        Q.    Is the process you have just

23   described for the preliminary competition

24   explained to the girls and the judges during

25   those presentations?

1                       Goldhamer - direct

2          A.      So the process that I just

3      described is explained to the judges.   The

4      girls -- I don't know that it is -- it is

5      probably -- it is a different briefing.

6                  What is described to the girls is

7      going to be probably more of a broader

8      because the judges need to know a little

9      more mechanically how it is going to work.

10                 The girls have a general

11     understanding and we describe how the

12     interview process will work.   That is the

13     one that will affect them the most.

14         Q.      The interview process is the first

15     one in the preliminaries?

16         A.      Generally, yes.

17         Q.      Now we are down to 16 and I think

18     you said the process for the preliminaries

19     differs from the process for the final

20     telecast?

21         A.      Correct.

22         Q.      Why don't we talk about how the

23     final telecast works?

24         A.      Sure.

25         Q.      We have 16.   What happens during

1                    Goldhamer - direct

2        the final telecast from your perspective?

3            A.      Broadly speaking, during the final

4        telecast our role is to oversee the voting

5        process, the scoring process, the tabulation

6        of those scores and the delivery of the

7        results of the host who would then announce

8        it on TV.

9                    It is different than the Emmy

10       awards or the Grammy awards or the Golden

11       Globe awards where ballots are submitted

12       ahead of time and tabulated in a conference

13       room and the auditors show up with a brief

14       case as you described to the event with the

15       results.

16                   Our participation in the pageant

17       is we do the tabulation real time on site

18       during the live television show.

19           Q.      How does that actually operate?

20           A.      So there is a -- I see you have.

21           Q.      That is Exhibit 35.

22           A.      -- Exhibit 35.

23                   So each of the judges in this

24       case, there were eight judges, they are

25       sitting in front of the stage with terminals

1                    Goldhamer - direct

2       that look like this.

3              The terminals turn on at strategic

4       points during the show, three points during

5       the show where the judges are voting and the

6       judges would enter their scores into these

7       terminals.

8              As they are entering their scores

9       into the terminals there is a computer

10      system where we are sitting.   There is

11      computer operators, there is my team.   We

12      are seeing the scores come in.

13             So as Judge 2 is entering 8.50 we

14      see under Judge 2, you see the 8, the 5, the

15      zero show up as they are typing it in and

16      the votes are sent to the computer system

17      where we are sitting, basically

18      instantaneous, and three points during the

19      show those votes are coming in and we are

20      looking at the votes, we are recalculating

21      the votes using an Excel spreadsheet that we

22      have and certifying the results and then

23      ultimately preparing cards that are

24      delivered to the hosts.

25           Q.    When you say "recalculating the

Page 133

Goldhamer - direct

1

2  results," what do you mean by that?

3      A.      The computer is doing a

4  calculation automatically.  It is taking the

5  votes being entered into and it is

6  calculating the average score for each

7  contestant and then ranking the contestants

8  in descending numerical order.

9          Me and my team, we are taking the

10 votes as they are coming in and we have a

11 separate set of calculations that are

12 independently calculated to see that we are

13 getting the exact results as the computer

14 and also doing a sort to seeing that we have

15 the same descending sort as the computer

16 came up with.

17     Q.      When the data is entered by the

18 judge on the key pad does it go anywhere

19 else other than to your secure computer?

20     A.      No.

21     Q.      Other than the Ernst & Young team

22 and the computer technicians does anyone

23 else have access to that data when it is

24 coming in?

25     A.      No.

1            Goldhamer - direct

2        Q.     Do the judges -- are the judges

3    aware of what their fellow judges are

4    voting?

5        A.     They are told to not -- to the

6    extent that a judge can look over and see

7    another judge's terminal there is nothing

8    that prevents them from craning their neck

9    and seeing it but, generally speaking, the

10   show is moving at a very quick pace, the

11   lights are not necessarily conducive to

12   being able to see what all the other judges

13   and they are physically spread apart so the

14   answer is, it is a possibility but unlikely

15   that they are really keeping track of it.

16   It is moving too quickly.

17       Q.     If there are eight judges and they

18   are spread out maybe one judge would see

19   what the person next to him is doing but not

20   what the other seven are doing; correct?

21       A.     Correct.   There is blinders like

22   you put on a horse, of course, blinders on

23   the actual terminals so a judge can -- not

24   on the judges, on the terminals.   If you saw

25   a picture of the terminal you would see

1              Goldhamer - direct

2     there are blinders that come out of the

3     side, left and right.

4          Q.     So?

5          A.     Strike that horse thing.

6          Q.     So you mentioned, create a

7     spreadsheet?

8          A.     Yes.

9          Q.     I think you said create cards.

10         A.     Yes.

11         Q.     What do those two aspects of the

12    process entail?

13         A.     We have spreadsheets that we have

14    prepared ahead of time.

15              Those spreadsheets have formulas

16    in them.  Those formulas run the math for

17    any particular event so, for example, the

18    three events, there are swimsuit, evening

19    gown and final ranking for the swimsuit.  We

20    have a template where scores are entered

21    into and they are -- calculations are

22    happening real time automatically by our

23    spreadsheets.

24              We, at the end of the competition,

25    in the swimsuit competition, once the 16

1                    Goldhamer - direct

2    girls have competed we determine who the top

3    ten are, seeing what the computer came up

4    with, looking at what we and my team came up

5    with, compare the two, determine who the top

6    ten are and prepare a card, a 5" by 7" card

7    that will ultimately have a set of labels

8    because we have labels prepared in advance.

9             It is much easier to take a

10   sticker that says Minnesota and stick

11   Minnesota on to a card than to write out

12   Minnesota.

13            We have labels prepared in advance

14   and they go onto a card.  Those cards are

15   then delivered to the host generally in the

16   nick of time for them to announce it on TV.

17       Q.    Let me show you what we will mark

18   as Exhibits 36, 37 and 38.

19            Tell me if you recognize these

20   exhibits.

21       A.    It is a scan.  Yes.

22       Q.    Exactly.

23            What are 36, 37, 38?

24       A.    So it is basically the front and

25   back of these cards which are cards that we

1                          Goldhamer - direct

2       use to deliver the results to the hosts.

3            Q.     Can we actually have those

4       originals?  Do you mind?

5            A.     Sure.   That is fine.

6            Q.     We will make these 36, 37 and 38.

7                   These are prepared in advance?

8            A.     The blind cards are, yes.

9            Q.     When do they get filled in?

10           A.     During the actual show.

11                  So three points during the show we

12      have -- the first point is after the

13      swimsuit competition when we know who the

14      top ten are, we fill out the 16 to 10 card,

15      when we have the ten that compete in the

16      evening gown and we determine who the top

17      five are, fill out the 10 to 5 card and

18      ultimately when we get the final results of

19      the final ranking of the five remaining

20      contestants we fill out that last card.

21           Q.     When you say "we," who does the

22      filling out?

23           A.     The stickers are all managed by me

24      but my team helps me.   It is a

25      collaborative.   I need Minnesota and my

1        Goldhamer - direct

2     person with me will hand me the Minnesota

3     sticker.

4         Q.     Let's go through this step by

5     step.

6              If you would take a look at

7     Exhibit 11 in your book?

8         A.     Sure.

9         Q.     What is Exhibit 11?  We heard

10    testimony from Ms. Shugart about it but if

11    you can give us your perspective?

12        A.     Sure.

13             Exhibit 11 is the dot matrix

14    printout of the scores of the 16 contestants

15    who competed in the swimsuit competition

16    during the telecast.

17        Q.     This is a dot matrix printer?

18        A.     It is, yes.

19        Q.     Why is that?

20        A.     It is interesting.  A laser

21    printer can't print out line by line so they

22    have designed the computer system such that

23    after each girl competes, in the event of a

24    computer failure, after each girl competes,

25    her scores, the individual scores, show up

1                    Goldhamer - direct
2       on a piece of paper.
3              If we had to go to manual
4       calculations we have it captured on a piece
5       of paper outside of the computer, assuming
6       the computer has gone down, we would have
7       the printouts of however many girls had
8       already competed.
9              Q.    That is your signature at the top
10      of the page?
11             A.    It is, yes.
12             Q.    Is that your handwriting on the
13      lines?
14             A.    Unfortunately, it is, yes.
15             Q.    This is the result of the first
16      element which is swimsuit?
17             A.    The first competition, yes.
18             Q.    When does the Miss Universe
19      organization see this Exhibit 11?
20             A.    Exhibit 11, usually within a week
21      or two after -- this piece of paper you are
22      asking?
23             Q.    Yes.
24             A.    Usually a week or two so we get
25      back from the show and it takes me a handful

1                    Goldhamer - direct

2    of days to put together the actual file that

3    I will hand over to them, the printed copy

4    of it.

5        Q.    So we go from 16 to 10.  And what

6    do you do with the list of ten once it is

7    tabulated?

8        A.    So once the list of 10 is

9    tabulated I would prepare this card which is

10   Exhibit -- I am not sure.

11       Q.    36.

12       A.    So I would use the labels that we

13   had printed in advance.  I would stick the

14   ten contestants who made it to the top ten

15   in a random order on to this card.

16       Q.    Why do you do it in a random

17   order?

18       A.    Because I think part of it is

19   there might be fan favorites and you don't

20   want to put the girls who are the fan

21   favorites always as the first ones because

22   it just becomes predictable for the

23   audience.

24              I say random order.  It is

25   probably haphazard.  There is not a lot of