# EXHIBIT K-3

1          Goldhamer - direct

2    time to do it.  I am usually doing this

3    during a two to three minute commercial

4    break.

5              There is only so much time and

6    just to vary it up so the top contestants

7    aren't always the first.

8         Q.    What do you do with the card,

9    Exhibit 36, once you put the stickers on?

10        A.    The card is delivered generally

11   almost in the nick of time from the hosts

12   when they are coming back from the

13   commercial and read it on the air.

14        Q.    Do you give that information to

15   anybody else?

16        A.    It is given -- at the point where

17   we prepared the card we call the truck where

18   the director and the folks who work on his

19   team and they use that information we

20   understand to just position the cameras so

21   they can anticipate which girl is going to

22   be called next.

23        Q.    How much time passes between the

24   moment the card is created and the moment

25   that it is announced that the top ten are

```
 1                    Goldhamer - direct
 2      announced on live television?
 3           A.    It is a few minutes.  So it varies
 4      from show to show.
 5                    It depends on from time to time
 6      anywhere from two minutes to five minutes at
 7      the most because sometimes we deliver to the
 8      hosts.  They come back from commercial.
 9                    They show a videotape to the
10      audience so there might be an extra minute
11      or two built in there but it is usually less
12      than -- it is called seven minutes at the
13      very, very high end.
14           Q.    Is that information on the card
15      given to anyone else other than the
16      production truck and the host before it is
17      announced on live television?
18           A.    No.
19           Q.    Then once we are down to ten what
20      happens?
21           A.    So the ten compete in the evening
22      gown competition and it is basically the
23      same routine.
24                    It is the Olympic-type scoring
25      system where the judges -- as the girls are
```

Goldhamer - direct

1
2      coming out one by one are entering their
3      scores into their respective judges'
4      terminals during the evening gown
5      competition.
6           Q.    Exhibit 12?
7           A.    Yes.
8           Q.    What is Exhibit 12?
9           A.    Exhibit 12 is the detail of the
10     specific votes that were cast by the judges
11     in the evening gown competition.
12          Q.    What does this Exhibit 12 take us
13     down to in terms of the number of
14     contestants?
15          A.    It takes us down to five.
16          Q.    Once, sorry.
17               Is Exhibit 12 created in the same
18     manner as Exhibit 11?
19          A.    Exact same.  It is a dot matrix
20     printer.  It prints out real time.  Exact
21     same.  Literally, the exact same.
22          Q.    The judges type in the information
23     on their key pad, it goes right to your
24     secure computer.  This prints, you
25     retabulate and confirm and then you put it

1            Goldhamer - direct

2      on a card?

3         A.    Correct.  Yes.  We use this card.

4         Q.    Which is Exhibit 37?

5         A.    37, yes.  Exact same thing.

6         Q.    That gets us down to how many?

7         A.    It gets us down to five.

8         Q.    How much time exists between the

9     moment you create the card and the moment it

10    is announced on national television?

11        A.    It varies.  I actually brought the

12    show rundown.  I can tell you exactly.

13        Q.    Just give us the rough.

14        A.    It is a handful of minutes.

15    Evening gown -- so this one is about, let's

16    call it, the same, seven minutes or so.

17        Q.    Prior to you creating that card no

18    such card exists, is that right?

19        A.    Yes.  I create it.

20        Q.    Then we have five left and how do

21    we get to the finalist?

22        A.    The finalist goes through some

23    interviews on stage with the host and the

24    judges ask some questions and the last event

25    is a ranking.

1               Goldhamer - direct

2           The ranking is done ranking them 1

3     through 5.

4           So the girls are brought out one

5     by one and as each judge's evaluating the

6     girls, this is the girl that should be in

7     the first place or winner they would enter a

8     1 on to this computer system, into the

9     terminal.

10          The second place would be 2, 3, 4

11    and 5.

12          The way the system works there is

13    another control to the terminal where the

14    keys actually illuminate and if somebody has

15    voted 4 for the first girl, when the next

16    girl comes out 4 is no longer illuminated.

17          That just prevents the judge from

18    voting two places for two different girls --

19    same place for two different girls.

20          THE ARBITRATOR:  May I ask a

21      question?

22          People vote before they have

23      actually heard each of the contestants?

24          THE WITNESS:  No.  So the sequence

25      of events is the swimsuit gets 16 to 10,

1             Goldhamer - direct

2        the evening gown gets 10 to 5 and then

3        the girls go through typically one or

4        two rounds of interview-type questions

5        after which point the judges then need

6        to listen to everything they have heard

7        and rank them 1 through 5.

8   BY MR. BALBER:

9        Q.    Are you aware of something called

10   the final look?

11        A.    I am.

12        Q.    What is the final look?

13        A.    The final look is what I was just

14   describing where the girls are coming out,

15   contestants are coming out one at a time.

16            The judges get I assume a final

17   look but what they are doing is entering

18   their scores at that point.

19        Q.    This is after the interviews have

20   all taken place?

21        A.    Yes.  This is the last sequence,

22   yes.

23        Q.    So the judges are typing again on

24   the key pad.  They are ranking 1 to 5 and

25   that data goes to your secure terminal.

1                    Goldhamer - direct

2        A.    Yes.

3        Q.    What do you with that information?

4        A.    So it works very similar.   I

5    assume you probably have an exhibit.

6        Q.    Why don't we look at Exhibit 13

7    and 14?

8        A.    Yes.

9              13 is the exact same thing.   It

10   says interview but it is actually the final

11   ranking.

12             It happens after the interview.

13   It is essentially the same thing.   They are

14   entering 1, 2, 3, 4, 5 there.

15             You can probably make it out

16   there.

17             The computer tabulates again who

18   the winners are and the top contestant, the

19   top scoring contestant broadcasts Miss USA

20   and the second is the first runner up and so

21   on down the line.

22        Q.    By the way, that is your signature

23   on the top of the page?

24        A.    It is.

25        Q.    Exhibit 14?

Page 148

1                          Goldhamer - direct

2          A.    Yes.

3          Q.    What is that?

4          A.    It is the printout from our

5    spreadsheet which has the same thing so we

6    are replicating the exact same thing that is

7    happening.

8                That is just the printout from my

9    spreadsheet.

10         Q.    Do you take that information and

11   put it on a card?

12         A.    I do.

13         Q.    That is Exhibit 37?

14         A.    That is 38.

15         Q.    38?

16         A.    That's right.  This one works a

17   little differently.

18               Same way in terms of assigning

19   labels to it.  Attaching labels to it except

20   this is one that I personally deliver to the

21   host on live television.

22         Q.    Again --

23               THE ARBITRATOR:  That one is not

24   done randomly.

25               THE WITNESS:  That is not random.

1                  Goldhamer - direct

2           That is right.  This is not random.

3           Very specific.

4      BY MR. BALBER:

5           Q.    You are taking information from

6      Exhibit 13 and 14 and you are creating that

7      card?

8           A.    Correct.

9           Q.    How much time is there between the

10     moment you create that card, Exhibit 38, and

11     the moment it is announced on national

12     television.

13          A.    I am an accountant.  That one is

14     probably four or five minutes again.

15          Q.    Prior to you creating that card it

16     does not exist?

17          A.    The card exists.  It doesn't exist

18     with the labels on it.

19          Q.    Does anybody see that card other

20     than you, the other folks from Ernst & Young

21     and the technical people who are operating

22     the computer?

23          A.    No.  Nobody.

24          Q.    Again you call the truck with the

25     information?

Page 150

```
 1                    Goldhamer - direct
 2      A.     Yes.
 3      Q.     And you deliver it to the host?
 4      A.     Correct.
 5      Q.     It is announced on live
 6   television?
 7      A.     Correct.
 8             MR. BALBER:  We offer Exhibits 36,
 9   37, 38.
10             THE ARBITRATOR:  Okay.  Admitted.
11   I don't think I have those.
12             MR. BALBER:  We don't.  These are
13   the actual cards.
14             (Claimant's Exhibit 36 received in
15   evidence)
16             (Claimant's  Exhibit 37 received
17   in evidence)
18             (Claimant's Exhibit 38 received in
19   evidence)
20             MR. BALBER:  We will give them to
21   you before you leave.
22   BY MR. BALBER:
23      Q.     After the pageant did you come to
24   learn that some allegations were made about
25   it being rigged?
```

Page 151

Goldhamer - direct

1

2      A.     I did.

3      Q.     Did you and Ernst & Young prepare

4  any press statement to respond to those

5  allegations?

6      A.     We did.

7      Q.     Let me show you what has been

8  marked as Exhibit 22?

9      A.     Okay.

10     Q.     What is Exhibit 22?

11     A.     Exhibit 22 is a statement that we

12  released in response to those allegations

13  that you referenced.

14     Q.     Who is the "we?"

15     A.     Ernst & Young, but I worked on it

16  with our public relations representative

17  which is a guy named Charlie Perkins.

18     Q.     Is it fair to say that the purpose

19  of this memo was to confirm that Ernst &

20  Young was independent, is that right?

21     A.     Correct.

22     Q.     And that Ernst & Young had

23  designed the controls that were put in place

24  for the judging?

25     A.     I don't know if that was the

(47)

1                    Goldhamer - direct

2          purpose.

3                    We certainly did but I don't know

4          if that was the purpose.

5                    The purpose was to make it clear

6          to the media and others who were interested

7          what our role was, what we did, when we did

8          it, when information was calculated and

9          known and when it was not.

10         Q.     You say in the memo that Ernst &

11         Young independently tabulated the judge's

12         votes?

13         A.     Correct.

14         Q.     And that the results of the

15         tabulation remained under Ernst & Young's

16         control until they were presented to the

17         host during the live broadcast?

18         A.     Correct, yes.

19         Q.     You also say in your memo that no

20         one could have seen either list, meaning the

21         final ten or the final five, beforehand,

22         right?

23         A.     Yes.  Miss Universe Organization,

24         Donald Trump, NBC, the celebrity judges nor

25         any of the contestants could have known what

1                Goldhamer - direct

2      the final five were before the evening gown

3      competition because the tabulation was

4      completed and verified by us.

5          Q.   And the list was created by you?

6          A.   Yes, and the order.

7              MR. BALBER:  We have no further

8      questions.

9              THE ARBITRATOR:  Just -- does

10     Ernst & Young participate in the

11     rehearsal?

12             THE WITNESS:  We do.

13             THE ARBITRATOR:  During the

14     rehearsal do you prepare any lists or

15     anything like that, who is going to be

16     in the top 16 or top five?

17             THE WITNESS:  Sure.

18             So there is two different -- there

19     are three different types of rehearsals.

20             There is rehearsals that go on

21     throughout the week and there is lots of

22     lists of groups.

23             You can imagine 51 contestants,

24     trying to keep track of who rehearsed in

25     certain segments and who hasn't, so

Page 154

1                     Goldhamer - direct

2        there are lots of lists, not having

3        anything to do with us, but we know

4        because we have a copy of the whole book

5        and binder, all the lists.

6            This is one list.  There is a

7        rehearsal that happens the day before

8        the show, generally called start-stop.

9            We are more actively attuned to

10       the lists because we generally attend

11       the start-stop rehearsal so we like to

12       see the flow of the show, the timing of

13       the show.

14           Every show is a little different

15       and we plan things down to a few seconds

16       and so changes in the show, even things

17       that are happening at the very last

18       moment, we are very interested in

19       understanding what those changes are and

20       how it impacts.

21           We have something like 100 tasks

22       that we have to do during the course of

23       the show.  We practice that.

24           The third type of rehearsal is the

25       dress rehearsal which happens just

1          Goldhamer - direct
2     before the live show, a few hours before
3     the live show and essentially is a run
4     through of the two hours, almost real
5     time, and there is -- for that rehearsal
6     there is a list of 16 contestants that
7     are identified but from that point
8     onward, just like real life, just from
9     that point onward who is going to
10    proceed from 16 to 10 to 5 to the winner
11    is something we do sort of real time on
12    the fly to practice the tabulation
13    without working towards a predicted
14    outcome so that is the third type of
15    rehearsal.
16         There is lists associated with
17    each of those and we participate mostly
18    just in the start-stop and in the dress
19    rehearsal.
20         THE ARBITRATOR:  You create those
21    lists for the rehearsal?
22         THE WITNESS:  We don't.
23         THE ARBITRATOR:  You don't?
24         THE WITNESS:  We don't.
25         The only thing we do create for

1                 Goldhamer - direct

2        rehearsals are -- for the dress

3        rehearsal, we practice with the labels

4        because that is the real time.

5              We want to see how long it takes

6        to put the labels on the cards and

7        practice that and then for -- we have a

8        saying, a determination for the dress

9        rehearsal only who is going continue

10       from 16 to 10 to 5 to 1 because that is

11       not predetermined and we want to

12       practice based on people standing in for

13       judges what the actual outcome would be

14       and just watch the flow of the show that

15       way.

16   BY MR. BALBER:

17        Q.    Just so I am clear, during the

18   rehearsal you actually are delivering a card

19   to a pretend host?

20        A.    During the rehearsal we do it just

21   like we would during the real show.

22        Q.    Am I correct that the 51 girls who

23   are competing would actually see the cards

24   delivered to the hosts?

25        A.    They may not see -- certainly see

Page 157

Goldhamer - direct

1
2      the final card because it is happening on
3      stage with all of them present there.
4              The 16 to 10 and the 10 to 5 and
5      the top 16 card, the initial card, they may
6      not see it because it is happening off the
7      wing to the side where the hosts go to grab
8      a drink of water so during a commercial
9      break typically the hosts go off stage, they
10     are reviewing their script, getting dabbed
11     with makeup and we would go over that at a
12     station and deliver the card.
13             THE ARBITRATOR:  But during the
14        rehearsal?
15             THE WITNESS:  During the rehearsal
16        and during the live show.  Same thing.
17             THE ARBITRATOR:  When these cards
18        are prepared for the rehearsal what is
19        done with them after the rehearsal?
20             THE WITNESS:  After the rehearsal
21        I would not know that.
22             THE ARBITRATOR:  You don't take
23        charge?
24             THE WITNESS:  No.  Our job is to
25        ensure we verify, tabulate, deliver a

Page 158

1                    Goldhamer - direct

2         card and make sure that the right

3         winners are announced on stage.

4              After that it is just a card with

5         labels on it that we don't have much of

6         an interest in.

7    BY MR. BALBER:

8         Q.    One other question that the judge

9    asked Ms. Shugart.  She didn't have a

10   precise answer.

11             Where do you and your team

12   physically sit during the live broadcast?

13        A.    It varies from show to show.  We

14   are typically in the house at a place where

15   we have a view of the stage; usually

16   cordoned off area.

17             You will see a lighting table or

18   table sort of towards the back or side of

19   the house mixing with the audience but back

20   so in this case for this show we were

21   probably I think behind the audience sort of

22   like stadium type seating.

23             THE ARBITRATOR:  So the

24   contestants are nowhere near you?

25             THE WITNESS:  No.  We are in the

1            Goldhamer - direct

2        back of the house.

3    BY MR. BALBER:

4        Q.    By the way, you prepared the

5    rehearsal cards.  You said that a minute

6    ago.

7              Let me ask it differently.  You

8    put the stickers on the cards for the

9    rehearsal?

10       A.    Yes.

11       Q.    Do you know whether the final five

12   rehearsal card was identical and in the same

13   order as the actual final telecast five?

14       A.    So highly unlikely and I would

15   think the answer is, no, but I want to say

16   no, but, without actually -- I don't recall.

17       Q.    You have no reason to believe it

18   was the same as the final five?

19       A.    No, because -- no.

20       Q.    Being an accountant what would be

21   the mathematical odds of your top five being

22   ranked in the same order in the rehearsal as

23   the ultimate final five being ranked in the

24   same order?

25       A.    Speculation.  I am not a

Page 160

1                    Goldhamer - direct

2    statistical accountant.  I am a practical

3    accountant.

4              I don't -- unlikely.

5        Q.    Exponentially large?

6        A.    Certainly would be reasonable to

7    say unlikely.  How is that for an answer?

8        Q.    Good enough.

9              MR. BALBER:  No final questions.

10             THE ARBITRATOR:  Thank you.

11             MR. BALBER:  Shall we take the

12   lunch break?

13             THE ARBITRATOR:  Yes.  This is a

14   good time?

15             (Luncheon recess: 1:42 p.m.)

16

17

18

19

20

21

22

23

24

25

Page 161

1                          Heitkamp - direct

2                       AFTERNOON SESSION

3                          2:19 p.m.

4        CRAIG HEITKAMP, called as a witness by the

5            Claimant, having been duly sworn,

6            testified as follows:

7        DIRECT EXAMINATION

8     BY MR. BALBER:

9            Q.    Mr. Heitkamp, where are you

10     currently employed?

11           A.    I work for Future Productions.

12           Q.    What is your position there?

13           A.    Vice president.

14           Q.    You are also an owner of Future

15     Productions?

16           A.    I am, yes.

17           Q.    Who is the other owner?

18           A.    My wife.

19           Q.    What does Future Productions do?

20           A.    We produce seven of the state

21     events for the Miss Universe organization.

22           Q.    How long has Future Productions

23     been in this business?

24           A.    We are in our 11th year of

25     producing state events.

Page 162

1                       Heitkamp - direct

2          Q.     You said you produce for seven

3      states.   Which states are those?

4          A.     They are Colorado, Wyoming, North

5      Dakota, South Dakota, Iowa, Wisconsin and

6      Wyoming.

7                 Excuse me.

8                 Wisconsin -- Colorado, Wyoming,

9      North Dakota, South Dakota Minnesota, Iowa

10     and Wisconsin.   Those are the seven.

11               THE ARBITRATOR:   A lot of swing

12         states in there.

13               MR. BALBER:   Your states may

14         decide the election.

15     BY MR. BALBER:

16         Q.     Am I correct that Future

17     Productions is a franchisee of the

18     Miss Universe organization?

19         A.     Correct, yes.

20         Q.     As a franchisee that is the

21     mechanism by which you produce these state

22     events?

23         A.     Correct.   We franchise the rights

24     from the Miss Universe organization to use

25     their brand or their trademark within those

1          Heitkamp - direct
2   states to produce our event.
3       Q.    Are you aware of any other
4   franchisee that produces as many states or
5   more than you do?
6       A.    No.  We are the largest at seven.
7       Q.    What is the role of Future
8   Productions as a franchisee of
9   Miss Universe?
10      A.    Well, there are a number of them.
11          The primary ones are to produce a
12  state event, to produce an event where we
13  crown two winners, one of which goes to the
14  Miss Teen USA and one which goes to the
15  Miss USA pageant.
16          The second is help those
17  individuals, those girls who win, those 14
18  title holders, two per state, seven states,
19  to prepare and be ready to compete at the
20  national pageant.
21          The third piece is we oversee and
22  manage their careers basically for that year
23  so we oversee their appearances, their media
24  interactions, endorsements, et cetera.
25          And then the fourth piece of that

1        Heitkamp - direct

2    is that we kind of serve as an advocate for

3    the Miss Universe organization within our

4    state.

5            We are sort of the grass roots

6    structure for Miss Universe within our

7    states.

8        Q.    How do the contestants come to

9    participate in the statewide events?

10       A.    They all apply on our web site.

11   We take a look at that and we accept a

12   certain number of them and then those

13   individuals sign up to compete and they pay

14   a registration fee in order to compete in

15   the event.

16       Q.    Does Future Productions as a

17   franchisee pay a fee to the Miss Universe

18   organization?

19       A.    Yes.  Every state varies based on

20   population and pageant size and popularity.

21           We pay a franchisee fee of various

22   amounts in each state each year for the

23   right to produce those.

24       Q.    I think you testified a minute ago

25   that you receive entry fees from

1                    Heitkamp - direct

2    contestants?

3         A.    Correct.

4         Q.    What are the other sources of

5    revenue for Future Productions?

6         A.    There are only two main ones.  It

7    is the registration fees from the

8    contestants, they pay an amount.  It can

9    vary from state to state to enter the event.

10             And the other piece is ticket

11   revenue from friends and families and

12   audience members coming to watch the shows.

13        Q.    Other than the franchise fee you

14   pay to Miss Universe are there other costs

15   associated with running your organization?

16        A.    Yes.  I mean all the costs.

17             Everything that is required to

18   produce the event is on our bill so it is

19   the venue rental, the transportation, the

20   housing, the food, the production cost, the

21   salary, insurance, everything.

22        Q.    Are some of those costs fixed and

23   some variable meaning some you have to pay

24   regardless of the number of girls and some

25   vary depending upon how many girls compete?

1               Heitkamp - direct

2       A.     Almost all of them are fixed

3   regardless if we have one contestant or 100

4   contestants the venue rental is the same,

5   the insurance cost is the same.

6               The only variables are the housing

7   and the meals for the contestants which is

8   pretty minor.

9       Q.     It is fair to say that once you

10  have covered your fixed costs with the entry

11  fees and the ticket sales the rest above

12  that is all profit?

13      A.     99 percent of it.  We have a

14  pretty good idea as an organization how many

15  contestants we need to have in order to

16  break even.

17      Q.     You are aware that we are here

18  because Ms. Monnin made some public

19  statements about the Miss Universe

20  organization?

21      A.     Yes.

22      Q.     And have those public statements,

23  i.e., that the pageant is rigged, have had

24  any impact, any negative impact on your

25  seven states?

1              Heitkamp - direct

2        A.    Yes.  I mean, we now, this fall,

3   have produced five of our seven events and

4   we have answered a lot of questions from

5   state contestants, mostly their parents

6   really, on whether there was any validity to

7   that, is there any concern on our end,

8   should they be concerned.

9            We certainly answered a lot of

10  questions in those in that recruitment

11  process of getting girls to sign up and

12  compete.

13       Q.    These are questions by girls, by

14  their parents.  How frequently have you

15  faced those questions in four or five months

16  since the comments were made?

17       A.    Probably had 20 to 25 questions

18  asked and for every one that is willing to

19  prompt the question I am sure there are

20  quite a few that don't ever make the phone

21  call if there is a concern.

22           That is a substantial amount.

23  That is incredibly abnormal.

24           We have been doing this for a long

25  time so the nature of the conversations you

1                    Heitkamp - direct

2      have with the contestants are pretty

3      consistent year to year.

4            It is unusual to have those types

5      of questions posed.

6         Q.    Have seen any impact on the

7      ability of your states to recruit girls to

8      compete in the statewide pageants?

9         A.    You see the impact once the state

10     pageant is complete.  You see whether or not

11     your contestant numbers were the same or

12     higher or lower than the previous year's and

13     we have seen a pretty massive reduction.

14            Of the five events of the seven we

15     have done this fall four of those five have

16     had very large reductions of contestant

17     numbers, three of them double digit

18     reductions.

19        Q.    Let me show you Exhibit 23 in that

20     book over there.

21            Do you recognize Exhibit 23?

22        A.    Yes.  This is the spreadsheet I

23     put together for you.

24        Q.    What does this spreadsheet show?

25        A.    The first column are the seven

1                    Heitkamp - direct

2      states that we produce.

3                    The second column says 2012.

4                    Basically we produce the 2012

5      event in the fall of 2011.  So that is last

6      year's contestant numbers for our events.

7                    The 2013 column shows the

8      contestant numbers thus far.  Obviously, we

9      have two events that are still upcoming next

10     weekend and Thanksgiving that haven't been

11     completed yet.

12                   The third column shows the change

13     in current year to previous year.  So you

14     can see three of those states were double

15     digit reductions.

16                   Wisconsin was the lone state that

17     had an increase.

18                   So the net change was a pretty

19     drastic reduction.

20         Q.    Is this -- before you go on, is

21     this kind of volatility in the number of

22     contestants in your states something you

23     have seen before?

24         A.    No.  Typically the contestant

25     numbers stay very consistent.

1          Heitkamp - direct

2          We do the same set of marketing

3     each year and to see this drastic of a

4     change is pretty dramatic.

5          Specifically, just because it was

6     just last weekend, our South Dakota pageant

7     to go from 58 contestants to 43.

8          To see 15 contestants reduced from

9     previous years, that is the lowest numbers

10    that we have ever produced in that state.

11    Q.    On a percentage basis is that a

12    significant change?

13    A.    That is massive, yes.

14    Q.    Next to the column that says

15    "change," what is the arithmetic

16    computations there?

17    A.    Each of these states have a

18    registration fee that they signed up to

19    compete so, for instance, the first row

20    there in that column is 16 times 899.

21         899 is the registration fee to

22    compete in Colorado.

23         Our average ticket price is

24    $35 and I know from a decade of doing this

25    amongst the states that we sell an average

1                          Heitkamp - direct

2       about six-and-a-half tickets per contestant

3       for each show, a preliminary show and a

4       final show.

5                  It gives the breakdown of the raw

6       reduction in revenue is.

7                  That second to last column, the

8       change in gross revenue, is just the

9       calculation summed up and then again as we

10      said earlier your only expenses for those

11      additional contestants is hotels and meals

12      so the final column just takes into account

13      what expenses would have been put out for

14      those girls and it shows the reduction in

15      net profit for us as an organization.

16          Q.     This is a net total for your

17      organization for the five states that have

18      happened so far is a $45,000 loss?

19          A.     Correct.

20          Q.     That is all off your bottom line?

21          A.     Correct.

22          Q.     Is that significant in your seven

23      state scheme?

24          A.     You know, in our organization in

25      the midwest that is somebody's salary so,

1                    Heitkamp - direct

2    yes, it is quite significant.

3        Q.    Do you communicate with other

4    state directors about how they are faring in

5    their state pageants?

6        A.    This time of year it gets busy but

7    I do communicate with all of them.

8              They are very much so experiencing

9    the same type of things that we are.

10       Q.    The same in some cases, double

11   digit drops in contestants?

12       A.    Correct.

13             THE ARBITRATOR:  You said that you

14   held five out of your seven events?

15             THE WITNESS:  Yes.

16             THE ARBITRATOR:  So do you

17   actually know what the actual attendance

18   was and how it correlates with what you

19   sort of generally expect in terms of 6.5

20   per contestant?

21             THE WITNESS:  I wouldn't have

22   actual ticket sales numbers until the

23   end of year.

24             It is not something that is done

25   necessarily on site but as a visual,

Page 173

1                    Heitkamp - direct

2         over doing it for ten years, we have to

3         plan our venues according to our

4         contestant numbers so knowing that

5         calculation and knowing that average

6         number of ticket sales is really vital

7         in the planning process because the last

8         thing you want to do is sell out and not

9         be able to have parents come in and

10        watch their daughter compete so we have

11        gotten very good at knowing what that is

12        going to change.

13             That does not change or fluctuate

14        very much from year to year.

15             Six-and-a-half is pretty

16        consistent for almost a decade.

17   BY MR. BALBER:

18        Q.   What is the basis for your belief

19   that this decline in your, at least five

20   states, is attributable to Ms. Monnin's

21   comments?

22        A.   When there is that big of a

23   change, ten years is a pretty good sample

24   size to determine volatility in a market

25   like that.

Heitkamp - direct

1
2       To see that sort of reduction that
3   we have never seen before, the only thing
4   that is different is the conversations that
5   we are having to have in reference to Sheena
6   Monnin's statements that she made, that is
7   the only thing that has changed from our
8   standpoint.
9       Q.    What is going to happen to your
10  organization if you continue to see double
11  digit declines in the number of girls who
12  compete in your pageants?
13      A.    It becomes very difficult to run a
14  profitable organization, number one.
15          We will have to make reductions
16  and make changes and probably the end result
17  is going to be contacting the Miss Universe
18  organization to renegotiate those franchise
19  fees that we pay every year.
20          There comes a point where paying
21  that much in a franchise fee will not be
22  possible because we can't generate the
23  contestant numbers to do it.
24      Q.    When did you fly in?
25      A.    This morning.

Page 175

Heitkamp - direct

1
2     Q.      Where did you come from?
3     A.      Well, our South Dakota event was
4  last night in Sioux Falls, South Dakota so
5  it was a bit of a trip to get here.
6     Q.      Can you tell us why you flew in
7  from Sioux Falls this morning for a 10 or 15
8  minute bit of testimony?
9     A.      When there is that big of a change
10 in our business.  We are a small business,
11 we are three employees, and that is a
12 dramatic change.
13          This is mortgage payments and it
14 is peoples' salaries that are changing at
15 this point so I am -- yes, I am running on
16 about 90 minutes sleep but it was important
17 for me to be here to make sure that people
18 understood the ground game end result when
19 there is that sort of change.
20          MR. BALBER:  No further questions.
21          THE ARBITRATOR:  Let me ask you,
22     do you have any interest in seeing one
23     of your seven states winners go on to be
24     Miss USA?
25          THE WITNESS:  It is helpful.

Page 176

1                    Heitkamp - direct
2        There is no financial interest but it is
3        helpful in that it brings attention to
4        the state pageant.
5              It is kind of like if the Yankees
6        win the World Series it brings an
7        interest to the City of New York.
8              The same goes for our states.  If
9        we have a national winner it brings some
10       interest to the state, but other than
11       that, that is really --
12             THE ARBITRATOR:  Have you ever had
13       any feeling that the outcome of the
14       contest, particularly in 2012, was not
15       truthful?
16             THE WITNESS:  No.  As directors we
17       sit and watch these national pageants
18       every year and you become quite
19       accustomed to knowing which girls really
20       stand out and which ones will do well.
21             I had no questions about it.  The
22       girl that won is extraordinary and she
23       was the one who I chose when I saw the
24       top 15 so it made absolute sense to me.
25             THE ARBITRATOR:  Thank you.

Page 177

Heitkamp - direct

1
2        MR. BALBER:  Thank you very much.
3        THE ARBITRATOR:  Get some sleep.
4        MR. BALBER:  Let me get our next
5     witness.
6            (Pause)
7        MR. BALBER:  I want to offer
8     Exhibit 23.
9            THE ARBITRATOR:  23 will be
10    admitted.
11           (Claimant's Exhibit 23 received in
12    evidence)
13  JONATHAN LOW, called as a witness by the
14     Claimant, having been duly sworn,
15     testified as follows:
16  DIRECT EXAMINATION
17  BY MR. BALBER:
18       Q.     Mr. Low, what do you do for a
19    living?
20       A.     I am a partner in a consulting
21    firm called Predictiv Consulting.
22           We specialize in measuring the
23    financial impact of intangibles like brand
24    and reputation.
25       Q.     If you look in your exhibit book,

Page 178

1                     Low - direct

2      Exhibit 29, what is Exhibit 29?

3          A.    Exhibit 29 appears to be my

4      biographical information.

5              MR. BALBER:  We offer Exhibit 29.

6              THE ARBITRATOR:  Admitted.

7              (Claimant's Exhibit 29 received in

8          evidence)

9      BY MR. BALBER:

10         Q.    While it is all there, if you can

11     give us some of the highlights of your

12     professional career?

13         A.    Okay.  I am a graduate of

14     Dartmouth College and Yale University School

15     of Management.

16             I worked in various consulting

17     firms for a number of years.

18             I was a Deputy Assistant Secretary

19     of Labor from 1993 to 1996.  My title

20     assistant was deputy assistant for work and

21     technology policy.

22             A lot of work I did focused on

23     trying to understand the transition through

24     which the economy was going from an

25     industrial to a service-based economy.

```
1                    Low - direct
2              I had a research budget of about
3    $2 million and much of the research we
4    sponsored focused on trying to understand
5    why companies were going out of business and
6    specifically whether we could identify
7    predictive metrics that would help the
8    Department of Labor project when companies
9    in specific might be unloading in their
10   pension liabilities on the Pension Benefit
11   Guarantee Corporation.
12        Q.    What have you done since you left
13   your position as -- under the secretary of
14   labor?
15        A.    When I left the Department of
16   Labor I went to work for the Ernst & Young
17   consulting division which later became Cap
18   Gemini Ernst & Young and I led a practice
19   there focused on trying to identify, measure
20   and help companies manage the impact of
21   these intangibles which have become a much
22   more dominant part of the performance of
23   companies in the service economy but which
24   are not covered by GAAP or international
25   accounting standards.
```

1                        Low - direct

2         Q.      Then did you ultimately form your

3    own organization?

4         A.      Yes.   In 2002 a colleague and I

5    were given the opportunity to write a book

6    about our work on intangibles which we did.

7              It was called Invisible Advantage

8    and as a result of the publication of that

9    book we were encouraged to form our own firm

10   which is Predictiv and have been working in

11   that capacity ever since.

12        Q.      What are some of the things you

13   have done through your Predictiv entity?

14        A.      We generally work with large

15   corporations and try to help them understand

16   the impact that factors like brand and

17   reputation, the financial impact, the

18   factors like brand and reputation might have

19   on scenarios and outcomes that they are

20   anticipating particularly in the global

21   economy as they are facing competition,

22   threats and opportunities from previously

23   unforeseen quarters.

24        Q.      What was your assignment in this

25   case?

Low - direct

1
2      A.     We were asked to look at whether
3   or not the allegations by Ms. Monnin might
4   have an impact on the brand and reputation
5   of the Miss Universe organization, and, if
6   so, what the scope of that impact might be.
7      Q.     What did you do to execute that
8   assignment?
9      A.     Well, the first thing we did was
10  look for data that might shed light on the
11  experience of other companies that had faced
12  reputational challenges, whether actual or
13  alleged and to see what the scope of the
14  positive or negative impact might be.
15          What we discovered was that the
16  impact tended to be negative and it tended
17  to be far more significant than we
18  anticipated.
19          We identified seven companies
20  which in the last 10 to 15 years had
21  suffered significant challenges, companies
22  like Toyota, Goldman Sachs, News Corp.,
23  Intel, Wal-Mart and so forth, British
24  Petroleum, and what we looked at was the
25  scope of the decline they experienced

Page 182

Low - direct

1

2    particularly in the five months from the

3    point at which the allegations became public

4    and the five months succeeding that.

5            We chose the five month period

6    because it has been five months since Ms.

7    Monnin's allegations became public.

8        Q.    What were some of the reputational

9    challenges that those seven companies you

10   identified have faced?

11       A.    Well, perhaps the most dramatic, I

12   can go through all of them, but perhaps the

13   most dramatic was the one faced by Coca-Cola

14   in 1999.

15            You may recall that a group of

16   Belgian school children became sick and

17   originally it was thought it was a stomach

18   virus but it turned out to be more

19   prolonged.

20            And the children alleged -- the

21   children and eventually their parents

22   alleged that it was due to a bad batch of

23   Coca-Cola and although it was difficult

24   chemically to identify what specifically

25   might have been bad about that batch,

Page 183

```
 1                        Low - direct
 2      Coca-Cola eventually acknowledged that it
 3      could have been a batch of CO2 gas which is
 4      used in the manufacture of Coca-Cola that
 5      might have affected this.
 6              Subsequent research determined
 7      that, in fact, it was not a bad batch, there
 8      was nothing wrong with the CO2, but the
 9      damage to Coca-Cola was almost catastrophic.
10              The company lost $34 billion in
11      market value.  Its European subsidiary
12      registered a $215 million loss for that
13      year.
14              The company's planned and
15      previously agreed to acquisition of Orangina
16      which is a large European soft drink company
17      which was supposed to have been the catalyst
18      for its expansion into eastern Europe was
19      derailed by the European commission and six
20      months later the CEO was replaced so that is
21      probably the most extreme example.
22              I don't think it is necessarily a
23      bad one because it shows what can happen
24      when individuals who may or may not be
25      motivated by goodwill or by their own
```