

**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law       A Professional Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 6 2013

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201-489-3000  201-489-1536 FAX

Steven R. Klein
MEMBER

Reply to New Jersey Office
WRITER'S DIRECT LINE: 201-525-6265
WRITER'S DIRECT FAX: 201-678-6265
WRITER'S E-MAIL: SKLEIN@COLESCHOTZ.COM

NEW YORK
—
DELAWARE
—
MARYLAND
—
TEXAS

The Clerk of Court is Directed to:
☐ Term motion (doc. # ___)
☑ Doc. and File As: *Letter*

February 5, 2013

**Via Facsimile (212) 805-7991**

The Honorable J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
Room 620
500 Pearl Street
New York, NY 10007

     Re:    **Miss Universe L.P., L.L.L.P. v. Monnin**
             Civil Action No.: 1:12-cv-09174 (JPO)

Dear Judge Oetken:

     This firm represents respondent Sheena Monnin ("Monnin") in the above-referenced action. In accordance with Your Honor's Individual Practices in Civil Cases, we write to respectfully request oral argument concerning the Petition of Miss Universe L.P., L.L.L.P. to Confirm Arbitration Award (Docket No. 1), as well as concerning Monnin's Cross-Motion to Vacate Arbitration Award, which was filed today.

     As always, we thank the Court for its consideration in and attention to this matter.

                                          Respectfully submitted,

                                          Steven R. Klein

SRK:mry
cc:    Scott Sonny Balber, Esq. (*via e-mail*)
        Timothy L. Foster, Esq. (*via e-mail*)