

Cooley
LLP

Scott S. Balber
T: +1 212 479 6550
sbalber@cooley.com

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 2/7/13 |

BY FAX

February 6, 2013

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007
Fax: (212) 805-7991

**RE: Miss Universe L.P., L.L.L.P. v. Sheena Monnin, 12-cv-09174**

Dear Judge Oetken:

We represent Petitioner Miss Universe L.P., L.L.L.P. (the "MUO") in the above-referenced matter, in which we seek to confirm an arbitration award entered against Respondent Sheena Monnin ("Monnin"). We write to request an extension of time, from January 12, 2013 to January 20, 2013, for the MUO to respond to Monnin's Opposition to Petitioner's Petition to Confirm the Arbitration Award and Cross-Motion to Vacate the Arbitration Award. This is the MUO's first request for an extension. Respondent's counsel has consented to the requested extension.

Respectfully,

Scott S. Balber

**APPLICATION GRANTED:**

HON. J. PAUL OETKEN     2/6/13
UNITED STATES DISTRICT JUDGE

cc:     Steven R. Klein, Esq. (by email)
        Damian L. Albergo, Esq. (by email)