UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MISS UNIVERSE L.P., LLLP,

                Petitioner,

-against-

SHEENA MONNIN,

                Respondent.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2013
```

12 CIVIL 9174 (JPO)

**JUDGMENT**

      Whereas before the Court are MUO's petition to confirm the Arbitration Award entered in its favor, pursuant to the Federal Arbitration Act, 9 U.S.C. §, and Respondent Monnin's cross-petition to vacate that award, and the matter having been brought before the Honorable J. Paul Oetken, United States District Judge, and the Court, on July 2, 2013, having issued its Opinion and Order granting MUO's petition; denying Monnin's petition to vacate the award; confirming the arbitration Award by arbitrator Theodore H. Katz, and directing the Clerk of Court to enter judgment accordingly, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 2, 2013, MUO's petition is granted; Monnin's cross-petition is denied, and the Arbitration award is confirmed; accordingly, the case is closed.

**Dated:** New York, New York
           July 12, 2013

                                                      **RUBY J. KRAJICK**

                                                          Clerk of Court

                          BY:

                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____