UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MISS UNIVERSE L.P., LLLP,                         :

                Petitioner,         :         Civil Action No. 1:12-cv-09174 (JPO)

v.                                                :

                                                    **SATISFACTION OF JUDGMENT**

SHEENA MONNIN,                                    :

                Respondent.        :

------------------------------------ x

    WHEREAS, a judgment was entered in the above action on the 12th day of July, 2013 in favor of petitioner, Miss Universe L.P., LLLP, and against respondent, Sheena Monnin, confirming the December 10, 2012 Arbitration Award entered by the Honorable Theodore H. Katz, U.S.M.J. (ret.), in the amount of $5,000,000.00, and said judgment with any and all interest and costs having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       ~~July~~ ___, 2014
       August 13

                              HERBERT SMITH FREEHILLS LLP

                              By: _____
                                  Scott Balber, Esq.
                                  Attorneys for Petitioner, Miss Universe L.P., LLLP
                                  450 Lexington Avenue
                                  New York, NY 10017

STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF NEW YORK        )

On the 13th day of August, 2014, before me personally came Scott Balber, Esq. to me known and known to be a member of the firm of Herbert Smith Freehills LLP, attorneys for petitioner, Miss Universe L.P., LLLP, in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

DIANE MILLER
Notary Public - State of New York
NO. 01MI6286146
Qualified in Queens County
My Commission Expires Jul 22, 2017

32000/0505-10807651v1